# United States Bankruptcy Court
## Southern District of Florida

In re: **Dream Recovery International LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dream Recovery International LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 27, 2016**
Date

/s/ Tarek K. Kiem
**Tarek K. Kiem 637041**
Signature of Attorney or Litigant
Counsel for **Dream Recovery International LLC**
**Rappaport Osborne Rappaport & Kiem, PL**
**1300 N Federal Hwy**
**Suite 203**
**Boca Raton, FL 33432**
**561-368-2200 Fax:561-338-0350**