**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

DREAM RECOVERY INTERNATIONAL, LLC,

Debtor
_______________________________________/

CASE NO. 16-16068-JKO
CHAPTER 11
Lead Case

DREAM INTERNATIONAL HOLDINGS, LLC,

Debtor.
_______________________________________/

CASE NO. 16-16073-JKO
(JOINTLY ADMINISTERED)
CHAPTER 11

FIREBIRD RENEWAL, LLC,

Debtor.
_______________________________________/

CASE NO. 16-16074-JKO
(JOINTLY ADMINISTERED)
CHAPTER 11

**NOTICE OF FILING**

Debtors, DREAM RECOVERY INTERNATIONAL, LLC, DREAM INTERNATIONAL HOLDINGS, LLC, FIREBIRD RENEWAL, LLC, by and through undersigned counsel, hereby file the most recent Financial Statements for DREAM RECOVERY INTERNATIONAL, LLC and DREAM INTERNATIONAL HOLDINGS, LLC and the 2014 Tax Return for DREAM INTERNATIONAL HOLDINGS, LLC pursuant to 11 U.S.C. §1116(1)(A).

No tax return has been prepared for DREAM RECOVERY INTERNATIONAL, LLC and FIREBIRD RENEWAL, LLC, along with no financial statement has been prepared for FIREBIRD RENEWAL, LLC, pursuant to 11 U.S.C. §1116(1)(B).

I declare under the penalty of perjury that the information provided in this Notice of Filing is true and correct.

DREAM RECOVERY INTERNATIONAL, LLC
BY DREAM INTERNATIONAL HOLDINGS, LLC, BY FIREBIRD RENEWAL, LLC, JAMES S. COLEMAN, MGMR

DREAM INTERNATIONAL HOLDINGS, LLC
BY FIREBIRD RENEWAL, LLC, JAMES S. COLEMAN, MGMR

FIREBIRD RENEWAL, LLC,BY
JAMES S. COLEMAN, MGMR

By:/s/ ______________________________
JAMES S. COLEMAN, MGMR

I HEREBY CERTIFY that a copy of the foregoing was furnished by regular mail or electronically to all those listed on the attached service list, including the 20 largest creditors, this 6th day of May, 2015.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
Attorneys for Debtor
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY:/s/ ______________________________
TAREK K. KIEM, ESQ.
Florida Bar No. 637041

SERVICE LIST:

- Michael S Feldman mfeldman@shirlawgroup.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

See matrix attached

Label Matrix for local noticing
113C-0
Case 16-16068-JKO
Southern District of Florida
Fort Lauderdale
Fri May 6 15:31:03 EDT 2016

Dream International Holdings LLC
510 San Marco Dr
Fort Lauderdale, FL 33301-2546

Dream Recovery International LLC
510 San Marco Dr
Fort Lauderdale, FL 33301-2546

Dream Years IV LLC
c/o Shir Law Group, P.A.
1800 NW Corporate Blvd Ste 200
Boca Raton, FL 33431-7336

Firebird Renewal LLC
370 Northern Boulevard
Great Neck, NY 11021-4813

American Funding Group LLC
1855 Griffin Rd
Dania, FL 33004-2200

Dream Years IV LLC
c/o Shir Law Group PA
1800 NW Corporate Blvd #200
Boca Raton, FL 33431-7336

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Tarek K Kiem
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 8 |
| Bypassed recipients | 0 |
| Total | 8 |

Label Matrix for local noticing
113C-0
Case 16-16073-JKO
Southern District of Florida
Fort Lauderdale
Fri May 6 15:32:49 EDT 2016

Dream International Holdings LLC
510 San Marco Dr
Fort Lauderdale, FL 33301-2546

Dream Years IV LLC
c/o Shir Law Group, P.A.
1800 NW Corporate Blvd Ste 200
Boca Raton, FL 33431-7336

Dream Years IV LLC
c/o Shir Law Group PA
1800 NW Corporate Blvd #200
Boca Raton, FL 33431-7336

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Tarek K Kiem
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

End of Label Matrix
Mailable recipients 5
Bypassed recipients 0
Total 5

Label Matrix for local noticing
113C-0
Case 16-16074-JKO
Southern District of Florida
Fort Lauderdale
Fri May 6 15:33:31 EDT 2016

Dream Years IV LLC
c/o Shir Law Group, P.A.
1800 NW Corporate Blvd Ste 200
Boca Raton, FL 33431-7336

Firebird Renewal LLC
370 Northern Boulevard
Great Neck, NY 11021-4813

Dream Years IV LLC
c/o Shir Law Group PA
1800 NW Corporate Blvd #200
Boca Raton, FL 33431-7336

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Tarek K Kiem
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 5 |
| Bypassed recipients | 0 |
| Total | 5 |

MINA HIGGINS GROUP, LLP
Certified Public Accountants & Business Consultants

BRUCE A. MINA, MS-TAXATION, CPA/ABV, CVA, BVAL, PARTNER
STEPHEN P. HIGGINS, CPA, PARTNER
------------------------------------------
GARY S. SMAGALA, CPA

555 BROAD HOLLOW ROAD
SUITE 404
MELVILLE, NEW YORK 11747
TEL. (631) 249-4455
FAX. (631) 249-4475

# Dream Recovery International, LLC

## Financial Statements

## for the Period

## January 1, 2014 through June 26, 2014

MINA HIGGINS GROUP, LLP
Certified Public Accountants & Business Consultants

BRUCE A. MINA, MS-TAXATION, CPA/ABV, CVA, BVAL, PARTNER
STEPHEN P. HIGGINS, CPA, PARTNER
GARY S. SMAGALA, CPA

555 BROAD HOLLOW ROAD
SUITE 404
MELVILLE, NEW YORK 11747
TEL. (631) 249-4455
FAX. (631) 249-4475

**Dream Recovery International, LLC**
**Table of Contents**
**June 26, 2014**


| | PAGE |
|---|---|
| Accountant's Compilation Report | 1 |
| Balance Sheets | 2 |
| Statements of Revenue and Expense and Members Capital | 3 |
| Schedules of Direct Costs and Selling, General and Administrative Expenses | 4 |
| Notes to the Financial Statements | 5-7 |

# MINA HIGGINS GROUP, LLP

Certified Public Accountants & Business Consultants

BRUCE A. MINA, MS-TAXATION, CPA/ABV, CVA, BVAL, PARTNER
STEPHEN P. HIGGINS, CPA, PARTNER
-----------------------------------------
GARY S. SMAGALA, CPA

555 BROAD HOLLOW ROAD
SUITE 404
MELVILLE, NEW YORK 11747
TEL. (631) 249-4455
FAX. (631) 249-4475

The Members of
Dream Recovery International, LLC
Boca Raton, Florida

We have compiled the accompanying balance sheet of Dream Recovery International, LLC as of June 26, 2014, and the related statements of revenue and expense and members capital for the period January 1, 2014 through June 26, 2014. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with accounting principles generally accepted in the United States of America.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of financial statements

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements

Management has elected to omit substantially all of the disclosures required by generally accepted accounting principles. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Company's financial position. Accordingly, these financial statements are not designed for those who are not informed about such matters.

Mina Higgins Group, LLP

Melville, New York
March 30, 2015

# Dream Recovery International, LLC
## Balance Sheet
June 26, 2014

(unaudited)

### ASSETS

| | |
|---|---|
| **Current Assets** | |
| Cash and Cash Equivalents | $ 75,469 |
| Accounts Receivable- net of allowance for doubtful accounts of $ 1,208,738 | 2,162,828 |
| Due from NuMed Care LLC | 3,000,000 |
| Prepaid Expense | 31,509 |
| **Total Current Assets** | 5,269,806 |
| **Fixed Assets - Net** | 19,190 |
| **Other Assets** | |
| Security Deposits | 50,676 |
| **TOTAL ASSETS** | **$ 5,339,673** |

### LIABILITIES & EQUITY

| | |
|---|---|
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable and Accrued Expenses | $ 176,492 |
| Due to Related Entity | 4,834 |
| **Total Current Liabilities** | 181,326 |
| **Total Liabilities** | 181,326 |
| **Equity** | |
| Members Capital | 5,158,347 |
| **Total Equity** | 5,158,347 |
| **TOTAL LIABILITIES & EQUITY** | **$ 5,339,673** |

See Accountant's Compilation Report.



MHG, LLP

# Dream Recovery International, LLC

## Revenue and Expenses

for the period

**January 1, 2014 through June 26, 2014**

| | (unaudited) |
|---|---|
| **Revenues** | $ 4,232,098 |
| **Direct Expenses** | 618,731 |
| **Gross Profit** | $ 3,613,367 |
| **Selling, General and Administrative Expenses** | 1,886,920 |
| **Income from Operations** | $ 1,726,447 |
| **Other (Income) Expense** | |
| Proceeds to Establish Joint Venture | (4,100,000) |
| Finders Fee | 180,000 |
| **Net Income** | $ 5,646,447 |
| **Capital Account - Beginning** | - |
| Member Contributions | 225,000 |
| Member Distributions | (713,100) |
| **Capital Account - Ending** | $ 5,158,347 |

See Accountant's Compilation Report.



MHG, LLP

# Dream Recovery International, LLC

## Schedules of Direct Expenese and Selling, General and Administrative Expenses

for the period

**January 1, 2014 through June 26, 2014**

(unaudited)

| | | |
|---|---|---|
| **Direct Expenses** | | |
| Payroll Costs | $ | 415,448 |
| House Expenses | | 175,969 |
| Client Expenses | | 2,869 |
| Staff Meal Costs | | 17,690 |
| Medical Records and Supplies | | 6,755 |
| **Total Direct Expenses** | $ | 618,731 |

| | | |
|---|---|---|
| **Selling, General and Administrative Expenses** | | |
| Marketing and Advertising | $ | 261,580 |
| Professional Fees | | 197,163 |
| Rent | | 20,277 |
| Utilities | | 1,734 |
| Office Supplies and Expense | | 12,692 |
| Salaries and Related | | 50,000 |
| Telephone | | 3,615 |
| Equipment Lease and Expense | | 3,723 |
| Interest | | 30,000 |
| Depreciation | | 1,667 |
| Miscellaneous | | 1,778 |
| Travel and Entertainment | | 54,016 |
| Vehicle Expense | | 30,181 |
| Insurance | | 5,265 |
| Bank Charges | | 2,370 |
| Education | | 2,119 |
| Bad Debt | | 1,208,738 |
| **Total General and Administrative Expense** | $ | 1,886,920 |



See Accountant's Compilation Report.

MHG, LLP

**Dream Recovery International, LLC**
**Notes to the Financial Statements**
**June 26, 2014**

## Note A - Company Background

Dream Recovery International, LLC, (DRI), operate a comprehensive addiction and dual diagnosis treatment facilities located in Florida.

## Note B - Summary of Significant Accounting Policies

Basis of Accounting: DRI maintains its books on the accrual basis of accounting for financial statement preparation.

Federal Income Taxes: Federal income taxes are not payable by, or provided for, by the partnership. Partners are taxed individually on their share of partnership earnings. Partnership net revenue or loss is allocated equally to the members of the Joint Venture.

Depreciation & Amortization: Depreciation & Amortization are calculated using the straight-line method over the estimated useful life or remaining lease term for leasehold improvements. Renewals and betterments are capitalized to the related asset. Repairs & Maintenance are charged to expense as incurred.

Cash and Cash Equivalents: For purposes of the statement of cash flows, DRI considers all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

Revenue Recognition and Accounts Receivable: Revenue is recorded at the gross amount billed. An allowance for uncollectible accounts is established based on the insurance companies' average approval rate of 70%. Furthermore, the company establishes additional reserves based on the age of the receivable. In 2014 the management decided to accrue 50% of all outstanding accounts receivable at June 26, 2014.

## Note C - Fixed Assets

Fixed Assets at June 30, 2014 are comprised of:

| | 2014 |
|---|---|
| Equipment and Office Equipment | $ 20,547 |
| Less: Accumulated Depreciation & Amortization | 1,667 |
| Net Fixed Assets | $ 19,190 |

**Dream Recovery International, LLC**
**Notes to the Financial Statements**
**June 26, 2014**

**Note D Commitments:**

The DRI rents a house, utilized to house clients, from a related party on a month to month basis, located in Boca Raton, Florida. Per agreement the house will be purchased for a total of $ 400,000 with the related party holding an interest free twelve month mortgage. At year end payments totaling $ 144,000 have been made and are reflected on the balance sheet as Deposit on House. The DRI also rents two office suites and space utilized to house a cafe, located in Boca Raton, Florida and two additional residences located in Fort Lauderdale, Florida utilized to house clients. The DRI also leases a vehicle for the transport of its clients to and from various activities.

**Note E - Concentration of Credit Risk:**

Financial instruments that potentially subject the Company to concentrations of credit risk consist principally of temporary cash investments and accounts receivables. All cash accounts are currently maintained in FDIC insured financial institutions. Management believes that it has made an adequate reserve for any uncollectible receivables as described above.

**Note F - Related Party Transactions:**

As stated in note D, the Company rents and is purchasing a residence to house clients from a related entity. In addition a related party maintains a cafe on the premise which is utilized for both the clients and employees benefit.

DRI is 100% owned by Dream International Holdings, LLC, (DRI), a Florida LLC. Various transactions for the benefit of DRI have been processed through the cash accounts of DRI.

**Note G – Subsequent Events:**

Since January 1, 2014 through March 24, 2015, DIH is involved in two pending litigations CALM TRUST /LOHAN and McLaughlin and one threatened Litigation involving DREAM YEARS IV.

In the Calm Trust/Lohan matter the company management is responding vigorously to the action at bar and has instructed its outside counsel to proceed though trial.

In the McLaughlin matter, the management has adopted a similar posture and has instructed its outside counsel to prosecute vigorously the action at bar and to proceed though trial.

In the Dream Years IV threatened litigation, no lawsuit has been filed in this matter as of March 24, 2014. To date, the outside counsel for Dream Years IV made a Books and Records Demand and has coordinated a pre-suit mediation in hopes of settling the matter.

**Dream Recovery International, LLC**
**Notes to the Financial Statements**
**June 26, 2014**

**Note G Subsequent Events Continued:**

On June 17, 2014 Dream Recovery International, LLC ("DRI") entered into a Joint Venture Agreement ("JVA") with NuMedCare, LLC. ("NMC"). This Agreement went into effect on June 26, 2014. Section 1.1 of the Agreement called for the formation of a separate entity in the form of a Limited Liability Company to be created and to adopt an Operating Agreement which was to be added to the Joint Venture Agreement as an exhibit. The separate entity referenced in the JV Agreement was not created. Instead, the Joint Venturers decided to utilize Dream Recovery International, LLC as the operating entity for the Joint Venture. NMC has taken the responsibility to maintain the books and records of DRI as it pertains to JV operations.

As part of the Joint Venture Agreement, NMC was obligated to pay $4.1 million dollars ($4,100,000) which represented a purchase price ("Purchase Price") for NMC's 50% of the future profits of the Joint Venture and 50% of the assets then in existence or in the future except for the outstanding receivables as of the June 26, 2014. The funds related to the Purchase Price were intended to be distributed to the owners of DRI. JVA called for an initial payment of $1.1 million dollars ($1,100,000) upon signing of the JVA and monthly payments of $500,000 over a six-month period. As of December 31, 2014 NMC had paid a total of $3.6 million dollars ($3,600,000). The final payment of $500,000 was made on January 8, 2015. All payments made by NMC were deposited in the IOLA account belonging to Mr. Charles Goldstein, an attorney representing Dream International Holding, LLC.

**Note H Additional Information:**

Total distributions reflected at June 26, 2014 were derived from a combination of a schedule provided by one of the DRI's legal counsel and information entered into the general ledger. At June 26, 2914 the total distributions were agreed to the total distributions reflected on the books of DIH at June 26, 2014.

DIH financial statements at December 31, 2014 reflect the additional distributions taken for the period June 27 through December 31, 2014.

During the period January 1 through June 26, 2014 Firebird Renewal, LLC and CB Harrison, LLC had each lent funds in excess of their respective capital contribution requirements to fund operational shortfalls. These loans were repaid with from the first payment received from NMC referred to above.

MINA HIGGINS GROUP, LLP

Certified Public Accountants & Business Consultants

BRUCE A. MINA, MS-TAXATION, CPA/ABV, CVA, BVAL, PARTNER
STEPHEN P. HIGGINS, CPA, PARTNER

GARY S. SMAGALA, CPA

555 BROAD HOLLOW ROAD
SUITE 404
MELVILLE, NEW YORK 11747
TEL. (631) 249-4455
FAX. (631) 249-4475

# Dream International Holdings, LLC

## Financial Statements

## for the Period

## December 31, 2014

MINA HIGGINS GROUP, LLP
Certified Public Accountants & Business Consultants

BRUCE A. MINA, MS-TAXATION, CPA/ABV, CVA, BVAL, PARTNER
STEPHEN P. HIGGINS, CPA, PARTNER

GARY S. SMAGALA, CPA

555 BROAD HOLLOW ROAD
SUITE 404
MELVILLE, NEW YORK 11747
TEL. (631) 249-4455
FAX. (631) 249-4475

**Dream International Holdings, LLC**
**Table of Contents**
**December 31, 2014**

| | PAGE |
|---|---|
| Accountant's Compilation Report | 1 |
| Balance Sheets | 2 |
| Statements of Revenue and Expense and Members Capital | 3 |
| Notes to the Financial Statements | 4-5 |

# MINA HIGGINS GROUP, LLP

Certified Public Accountants & Business Consultants

BRUCE A. MINA, MS-TAXATION, CPA/ABV, CVA, BVAL, PARTNER
STEPHEN P. HIGGINS, CPA, PARTNER

GARY S. SMAGALA, CPA

555 BROAD HOLLOW ROAD
SUITE 404
MELVILLE, NEW YORK 11747
TEL. (631) 249-4455
FAX. (631) 249-4475

The Members of
Dream International Holdings, LLC
Boca Raton, Florida

We have compiled the accompanying balance sheet of Dream International Holdings, LLC as of December 31, 2014, and the related statements of revenue and expense and members capital for the period January 14, 2014 through December 31, 2014. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with accounting principles generally accepted in the United States of America.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of financial statements

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. The objective of a compilation is to assist management in presenting financial information in the form of financial statements without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements

Mina Higgins Group LLP

Melville, New York
April 6, 2015

# Dream International Holding, LLC

## Balance Sheet

December 31, 2014

| | (unaudited) |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Due from Member | $ 100,000 |
| Due from DRI | 191,932 |
| **Total Current Assets** | 291,932 |
| **Other Assets** | |
| Investment in DRI | 2,873,566 |
| **TOTAL ASSETS** | **$ 3,165,498** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Members Capital | $ 3,165,498 |
| **Total Equity** | 3,165,498 |
| **TOTAL LIABILITIES & EQUITY** | **$ 3,165,498** |

See Accountant's Compilation Report.

# Dream International Holding, LLC
## Statements of
## Revenue and Expenses and Members Capital
for the period
**January 14, 2014 through December 31, 2014**

| | (unaudited) |
|---|---|
| **Operational Income** | $ 2,372,948 |
| **Gross Profit** | $ 2,372,948 |
| **Selling, General and Administrative Expenses** | 184,000 |
| **Operational Income** | $ 2,188,948 |
| **Other (Income) Expense** | |
| Proceeds to Establish Joint Venture | 3,920,000 |
| **Net Income** | $ 6,108,948 |
| **Capital Account - Beginning** | - |
| Member Contributions: | 325,000 |
| Member Distributions | (3,268,450) |
| **Capital Account - Ending** | $ 3,165,498 |

See Accountant's Compilation Report.



MHG, LLP

**Dream International Holdings, LLC**
**Notes to the Financial Statements**
**December 31, 2014**

## Note A - Company Background

Dream International Holdings, LLC, (DIH), is the sole owner of Dream Recovery International, LLC, (DRI), which operates a comprehensive addiction and dual diagnosis treatment facilities located in Florida.

## Note B - Summary of Significant Accounting Policies

Basis of Accounting: DIH maintains its books on the accrual basis of accounting for financial statement preparation.

Federal Income Taxes: Federal income taxes are not payable by, or provided for, by the partnership. Partners are taxed individually on their share of partnership earnings. Partnership net revenue or loss is allocated equally to the members of the Joint Venture.

Depreciation & Amortization: Depreciation & Amortization are calculated using the straight-line method over the estimated useful life or remaining lease term for leasehold improvements. Renewals and betterments are capitalized to the related asset. Repairs & Maintenance are charged to expense as incurred.

Cash and Cash Equivalents: For purposes of the statement of cash flows, DIH considers all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

**Note C Members Capital:** A schedule of DIH members and their respective ownership interest and capital account as of December, 2014 follows:

**TO BE ADJUSTED AFTER REVEIW OF IOLA ACCOUNT**

| | Calm Trust, LLC | CB Harrison, LLC | Dream Years IV, LLC | Firebird Renewal, LLC | Total |
|---|---|---|---|---|---|
| Ownership % | 0% | 22% | 38.9% | 38.9% | 100% |
| Capital Contributed | $ 0 | $ 0 | $ 145,000* | $ 180,000 | $ 325,000 |
| Allocated Net Income | 0 | 1,343,969 | 2,382,490 | 2,382,489 | 6,108,948 |
| Distributions | 0 | 649,300 | 1,300,000 | 1,319,150 | 3,268,450** |
| Ending Capital | $ 0 | $ 694,669 | $ 1,227,490 | $ 1,243,339 | $ 3,165,498 |

* Per terms of the Limited Liability Company Agreement dated January 14, 2014 acknowledges $100,000 capital contribution from Dream Years IV LLC. The management has not been able to provide evidence, documentary or otherwise, that this capital contribution has, in fact, been made.

**Member distributions were derived from a combination of a schedule prepared by an attorney of his escrow activity for the LLC and from the general ledger entries for direct disbursements from the DRI bank accounts which were not included on the aforementioned attorney schedule.



MHG, LLP

**Dream International Holdings, LLC**
**Notes to the Financial Statements**
**December 31, 2014**

## Note D - Subsequent Events:

Since January 1, 2015 through March 24, 2015, DIH is involved in two pending litigations, one with CALM TRUST /LOHAN and one threatened Litigation involving DREAM YEARS IV.

In the Calm Trust/Lohan matter the company management is responding vigorously to the action at bar and has instructed it outside counsel to proceed through trial.

In the Dream Years IV threatened litigation, no lawsuit has been filed in this matter as of March 24, 2015. to date, the outside counsel for Dream Years IV made a Books and Records Demand and has coordinated a pre-suit mediation in hopes of settling the matter.

## Note E - Related Party Transactions:

As described in Note A above, the company is the sole owner of DRI. The company has processed a number of transactions for its benefit through the bank accounts of DRI.

## Note F - Other Item:

The company does not currently maintain any bank accounts. In addition to the transactions described in Note E, the company members have received distributions directly for the IOLA account of one of the DIH legal counsel.