**Fill in this information to identify the case:**

Debtor name  **Dream Recovery International LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **16-16068**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................ $     **1,940,338.67**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................. $     **1,940,338.67**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **124,751.80**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **72,624.87**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **1,812,477.12**

4.  **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b     $     **2,009,853.79**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Dream Recovery International LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **16-16068**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank -331.91 | Checking Account | 7658 | $0.00 |
| 3.2. | Chase | Savings Account | 2180 | $7.35 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**                                                                 $7.35
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security Deposit with landlord, Athena Savas, San Marco Trust | $55,500.00 |
|---|---|---|

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor   **Dream Recovery International LLC**                     Case number *(If known)* **16-16068**
Name

9.      **Total of Part 2.**                                                                      | $55,500.00 |

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **1,853,831.32**    -              **0.00**    = ....        **$1,853,831.32**
face amount                        doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                      | $1,853,831.32 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                            % of ownership

15.1.   **Dream JV, LLC**                          **50**   %                                       **Unknown**

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**                                                                      | $0.00 |

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Dream Recovery International LLC**                         Case number *(If known)*  **16-16068**
          Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture, cabinets, computer equipment and additional beds** | **Unknown** | **Comparable sale** | **$1,000.00** |

| | | | |
|---|---|---|---|
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$1,000.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2012 Ford Van, VIN 1FBSS3BL2CDA76686, 76,943 miles** | **$0.00** | **Comparable sale** | **$15,000.00** |
| 47.2. **Leased 2014 Mercedes Sprinter Van, VIN No. WDZPE7CC8E5866022, no value to estate, jointly leased with Scott Frankel** | **$0.00** | | **Unknown** |
| 47.3. **2012 Ford Van, VIN 1FBSS3BL6CDA76772, 73,486 miles** | **$0.00** | **Comparable sale** | **$15,000.00** |

| | | | |
|---|---|---|---|
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor  **Dream Recovery International LLC**　　　　　　　　　Case number *(If known)*  **16-16068**
　　　　　Name

49.　　**Aircraft and accessories**

50.　　**Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.　　**Total of Part 8.**

| | |
|---|---|
| | **$30,000.00** |

　　　　Add lines 47 through 50.  Copy the total to line 87.

52.　　**Is a depreciation schedule available for any of the property listed in Part 8?**
　　　　■ No
　　　　☐ Yes

53.　　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

**Part 9:　Real property**

54. **Does the debtor own or lease any real property?**

　　■ No.  Go to Part 10.
　　☐ Yes Fill in the information below.

**Part 10:　Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　☐ No.  Go to Part 11.
　　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.　**Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.　**Internet domain names and websites** **http://dreamrecoveryintl.com** | **$0.00** | | **Unknown** |
| 62.　**Licenses, franchises, and royalties** **State of Florida, Department of Children and Families, Day or Night Treatment with Community Housing, Intensive Outpatient Treatment and Outpatient Treatment, no value to estate** | **$0.00** | | **$0.00** |
| 63.　**Customer lists, mailing lists, or other compilations** **Debtor does maintain a list of customers and clients** | **$0.00** | | **Unknown** |
| 64.　**Other intangibles, or intellectual property** | | | |
| 65.　**Goodwill** | | | |

66.　　**Total of Part 10.**

| | |
|---|---|
| | **$0.00** |

　　　　Add lines 60 through 65. Copy the total to line 89.

Debtor **Dream Recovery International LLC**
Name

Case number *(If known)* **16-16068**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☒ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Claims against Boca Palms Group, LLC for the purchase of 343 NW 23 St, Boca Raton, FL 33431. Debtor paid to date $240,000.000 deposit towards the purchase price of $400,000.00**

| | |
|---|---|
| | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Dream Years IV, LLC** | **Unknown** |
| Nature of claim | **Potential and contingent claims** |
| Amount requested | **$0.00** |

| | |
|---|---|
| **CB Harrison, LLC** | **Unknown** |
| Nature of claim | **Potential and contingent claims** |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Scott Frankel** | **Unknown** |
| Nature of claim | **Potential and Contingent Claims** |
| Amount requested | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dream Recovery International LLC** | Case number *(If known)* **16-16068** |
|---|---|---|
| | Name | |

| **Dana Frankel** | | **Unknown** |
|---|---|---|
| Nature of claim | Potential and contingent claims | |
| Amount requested | $0.00 | |

| **NuMed Care, LLC** | | **Unknown** |
|---|---|---|
| Nature of claim | Potential and Contingent Claims | |
| Amount requested | $0.00 | |

| **Michael Lohan** | | **Unknown** |
|---|---|---|
| Nature of claim | Potential and contingent claims | |
| Amount requested | $0.00 | |

| **Calm Trust LLC** | | **Unknown** |
|---|---|---|
| Nature of claim | Potential and contingent claims | |
| Amount requested | $0.00 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Dream Recovery International LLC**                                   Case number *(If known)* **16-16068**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $55,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,853,831.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,940,338.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,940,338.67 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

11. Account Receivables  See attached reports.  The Debtor is owed additional account receivables from other insurance companies which were handled by NuMed Care, LLC. NuMed Care, LLC ceased operations as the DEA seized all of the records and funds from the company which included Debtor's records.  NuMed provided the Debtor with Human Resources, Accounting and Medical Billing Services.  The amount is unknown as to the remaining receivables that NuMed Care, LLC was still collecting.

Dream Recovery Int, LLC

## AR Aging Summary Report

**As Of Tx Date:** 4/30/2016          **Payor Class:** ALL          **Location:** ALL          **Start DOS:** 1/1/2007          **End DOS:** 4/30/2016

| Payor Class | Current | 31-60 | 61-90 | 91-120 | >120 | Total |
|---|---|---|---|---|---|---|
| AE | $0.00 | $0.00 | $0.00 | $5,600.00 | $20,787.20 | $26,387.20 |
| BC | $0.00 | $0.00 | $28,600.00 | $5,700.00 | $227,394.12 | $261,694.12 |
| CG | $0.00 | $0.00 | $0.00 | $8,500.00 | $42,200.00 | $50,700.00 |
| MS | $0.00 | $0.00 | $80,600.00 | $74,700.00 | $268,800.00 | $424,100.00 |
| UBH | $0.00 | $0.00 | $0.00 | $38,400.00 | $67,000.00 | $105,400.00 |
| Total | $0.00 | $0.00 | $109,200.00 | $132,900.00 | $626,181.32 | $868,281.32 |
| % of total | 0.00 % | 0.00 % | 12.58 % | 15.31 % | 72.12 % | 100.00 % |

| Provider | Current | 31-60 | 61-90 | 91-120 | >120 | Total |
|---|---|---|---|---|---|---|
| Quesada, Thania | $0.00 | $0.00 | $109,200.00 | $132,900.00 | $626,181.32 | $868,281.32 |
| Total | $0.00 | $0.00 | $109,200.00 | $132,900.00 | $626,181.32 | $868,281.32 |
| % of total | 0.00 % | 0.00 % | 12.58 % | 15.31 % | 72.12 % | 100.00 % |

| Provider | Payor Class | Current | 31-60 | 61-90 | 91-120 | >120 | Total |
|---|---|---|---|---|---|---|---|
| Quesada, Thania | AE | $0.00 | $0.00 | $0.00 | $5,600.00 | $20,787.20 | $26,387.20 |
| | BC | $0.00 | $0.00 | $28,600.00 | $5,700.00 | $227,394.12 | $261,694.12 |
| | CG | $0.00 | $0.00 | $0.00 | $8,500.00 | $42,200.00 | $50,700.00 |
| | MS | $0.00 | $0.00 | $80,600.00 | $74,700.00 | $268,800.00 | $424,100.00 |
| | UBH | $0.00 | $0.00 | $0.00 | $38,400.00 | $67,000.00 | $105,400.00 |
| | Total | $0.00 | $0.00 | $109,200.00 | $132,900.00 | $626,181.32 | $868,281.32 |
| Total | | $0.00 | $0.00 | $109,200.00 | $132,900.00 | $626,181.32 | $868,281.32 |

Dream Recovery Int, LLC

## AR Aging Summary Report

**As Of Tx Date:**  4/30/2016      **Payor Class:**  ALL          **Location:**  ALL        **Start DOS:**  1/1/2007        **End DOS:**  4/30/2016

| % of total | | | | 0.00 % | 0.00 % | 12.58 % | 15.31 % | 72.12 % | 100.00 % |
|---|---|---|---|---|---|---|---|---|---|

# Charges Due Insurance -- by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81522399 | 11/11/2015 | $1,200 | |
| | | 81522303 | 11/10/2015 | $1,200 | |
| | | 81522825 | 11/13/2015 | $1,200 | |
| | | 81521432 | 11/13/2015 | $2,500 | |
| | | 81521432 | 11/10/2015 | $2,500 | |
| | | 81521432 | 11/11/2015 | $2,500 | |
| | | 81521432 | 11/12/2015 | $2,500 | |
| | | 81497938 | 11/10/2015 | $1,700 | |
| | | 81717546 | 11/11/2015 | $200 | |
| | | 81717590 | 11/13/2015 | $200 | |
| | | 81717376 | 11/10/2015 | $200 | |
| | | 81763764 | 11/10/2015 | $1,700 | |
| | | 81526116 | 11/10/2015 | $1,700 | |
| | | 81526116 | 11/11/2015 | $1,700 | |
| | | 81526116 | 11/12/2015 | $1,700 | |
| | | 81526116 | 11/13/2015 | $1,700 | |
| | | 81528835 | 11/02/2015 | $1,200 | |
| | | 81528126 | 11/16/2015 | $1,200 | |
| | | 81526760 | 10/30/2015 | $1,200 | |
| | | 81527258 | 11/06/2015 | $1,200 | |
| | | 81526998 | 11/04/2015 | $1,200 | |
| | | 81525875 | 11/05/2015 | $1,700 | |
| | | 81525875 | 10/30/2015 | $1,700 | |
| | | 81525875 | 10/29/2015 | $1,700 | |
| | | 81525875 | 10/28/2015 | $1,700 | |
| | | 81525875 | 10/27/2015 | $1,700 | |
| | | 81670807 | 10/20/2015 | $1,700 | |
| | | 81525141 | 10/23/2015 | $1,200 | |
| | | 81524966 | 10/08/2015 | $1,700 | |
| | | 81670807 | 10/19/2015 | $1,700 | |
| | | 81526538 | 11/17/2015 | $1,700 | |
| | | 81526538 | 11/16/2015 | $1,700 | |
| | | 81525238 | 10/26/2015 | $1,200 | |
| | | 81526116 | 11/09/2015 | $1,700 | |
| | | 81527438 | 11/09/2015 | $1,200 | |
| | | 81527633 | 11/11/2015 | $1,200 | |
| | | 81527792 | 11/13/2015 | $1,200 | |
| | | 81525404 | 10/28/2015 | $1,200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81673836 | 11/06/2015 | $200 | |
| | | 81673712 | 10/30/2015 | $200 | |
| | | 81763905 | 11/13/2015 | $200 | |
| | | 81674182 | 11/11/2015 | $200 | |
| | | 81674182 | 11/09/2015 | $200 | |
| | | 81673755 | 11/02/2015 | $200 | |
| | | 81674222 | 11/16/2015 | $200 | |
| | | 81673798 | 11/04/2015 | $200 | |
| | | 81672915 | 10/28/2015 | $200 | |
| MAGNACARE | | CCW2929430 | 02/25/2016 | $1,200 | G0477 |
| MAGNACARE | | CCW2929430 | 02/26/2016 | $1,200 | G0477 |
| MAGNACARE | | CCW2929430 | 02/26/2016 | $1,995 | S0201 |
| MAGNACARE | | CCW2929430 | 02/25/2016 | $1,995 | S0201 |
| MAGNACARE | | CCW2929430 | 02/24/2016 | $1,995 | S0201 |
| MAGNACARE | | CCW2929430 | 02/23/2016 | $1,995 | S0201 |
| MAGNACARE | | CCW2929430 | 02/22/2016 | $1,995 | S0201 |
| MAGNACARE | | CCW2929430 | 02/12/2016 | $1,200 | G0477 |
| MAGNACARE | | CCW2929430 | 02/12/2016 | $1,995 | S0201 |
| MAGNACARE | | CCW2929430 | 02/11/2016 | $1,995 | S0201 |
| MAGNACARE | | CCW2929430 | 02/10/2016 | $1,995 | S0201 |
| MAGNACARE | | CCW2929430 | 02/10/2016 | $1,200 | G0477 |
| MAGNACARE | | CCW2929430 | 02/09/2016 | $1,995 | S0201 |
| MAGNACARE | | CCW2929430 | 02/08/2016 | $1,200 | G0477 |
| MAGNACARE | | CCW2929430 | 02/08/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/26/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/26/2016 | $1,200 | G0477 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/25/2016 | $1,200 | G0477 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/24/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/23/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/22/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/22/2016 | $1,200 | G0477 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/12/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/12/2016 | $1,200 | G0477 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/11/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/10/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/10/2016 | $1,200 | G0477 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/09/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/08/2016 | $1,995 | S0201 |
| AMERIHEALTH ADMINISTRATORS INC. | | 05902813TPA | 02/25/2016 | $1,995 | S0201 |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81675516 | 11/11/2015 | $200 | |
| | | 81675488 | 11/09/2015 | $200 | |
| | | 81675543 | 11/13/2015 | $200 | |
| | | 81675567 | 11/16/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | YPS101249776 | 02/12/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | YPS101249776 | 02/08/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/26/2016 | $1,795 | H0015 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/25/2016 | $1,795 | H0015 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/24/2016 | $1,795 | H0015 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/24/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/23/2016 | $1,795 | H0015 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/22/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/22/2016 | $1,795 | H0015 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/12/2016 | $1,995 | S0201 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/12/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/11/2016 | $1,995 | S0201 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/10/2016 | $1,995 | S0201 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/10/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/09/2016 | $1,995 | S0201 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/08/2016 | $1,995 | S0201 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YPS101249776 | 02/08/2016 | $1,200 | G0477 |
| | | 81542086 | 11/17/2015 | $2,500 | |
| | | 81542086 | 11/16/2015 | $2,500 | |
| | | 81721451 | 11/16/2015 | $1,700 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 11/16/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 11/09/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 11/05/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 10/30/2015 | $200 | 82075 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 10/29/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 10/26/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 10/23/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 10/19/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 10/15/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R69020130 | 11/02/2015 | $1,200 | G0434 |
| | | 81545063 | 10/15/2015 | $1,200 | |
| | | 81545656 | 11/09/2015 | $1,200 | |
| | | 81545231 | 10/23/2015 | $1,200 | |
| | | 81545127 | 10/19/2015 | $1,200 | |
| | | 81545524 | 11/02/2015 | $1,200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81545441 | 10/29/2015 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81546017 | 11/16/2015 | $1,700 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81545802 | 11/16/2015 | $1,200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81545358 | 10/26/2015 | $1,200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81545607 | 11/05/2015 | $1,200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81676556 | 11/02/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81676463 | 10/23/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81676399 | 10/15/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81676496 | 10/26/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81676439 | 10/19/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81676631 | 11/05/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81677003 | 11/16/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81681407 | 10/29/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81676925 | 11/09/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81562722 | 10/23/2015 | $1,200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81563065 | 11/09/2015 | $1,200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | 81563109 | 11/13/2015 | $1,200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | 81563180 | 10/02/2015 | $1,200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | 81562800 | 10/26/2015 | $1,200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | 81563135 | 11/16/2015 | $1,200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM1065710930002/08/2016 | 02/08/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/16/2015 | 11/16/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/12/2015 | 11/12/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/09/2015 | 11/09/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/06/2015 | 11/06/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/02/2015 | 11/02/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/30/2015 | 10/30/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/28/2015 | 10/28/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/26/2015 | 10/26/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/23/2015 | 10/23/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/21/2015 | 10/21/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/19/2015 | 10/19/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | ISM106571093001/16/2015 | 10/16/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | ISM1065710930002/08/2016 | 02/08/2016 | $1,200 | G0477 |
| | | 81564407 | 10/26/2015 | $1,200 | |
| | | 81564476 | 10/30/2015 | $1,200 | |
| | | 81564237 | 10/19/2015 | $1,200 | |
| | | 81564623 | 11/16/2015 | $1,200 | |
| | | 81564368 | 10/23/2015 | $1,200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code | Less than 30 days | 31 to 60 days | 61 to 90 days | 91 to 120 days | 121 to 150 days | 151 to 180 days | 181 to 365 days | Over 1 year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 81564529 | 11/06/2015 | $1,200 | | | | | | | | | |
| | | 81564326 | 10/21/2015 | $1,200 | | | | | | | | | |
| | | 81564181 | 10/16/2015 | $1,200 | | | | | | | | | |
| | | 81564432 | 10/28/2015 | $1,200 | | | | | | | | | |
| | | 81564569 | 11/09/2015 | $1,200 | | | | | | | | | |
| | | 81564512 | 11/02/2015 | $1,200 | | | | | | | | | |
| | | 81564603 | 11/12/2015 | $1,200 | | | | | | | | | |
| | | 81683048 | 10/16/2015 | $200 | | | | | | | | | |
| | | 81683483 | 10/26/2015 | $200 | | | | | | | | | |
| | | 81683605 | 11/06/2015 | $200 | | | | | | | | | |
| | | 81683460 | 10/23/2015 | $200 | | | | | | | | | |
| | | 81683369 | 10/19/2015 | $200 | | | | | | | | | |
| | | 81683836 | 11/16/2015 | $200 | | | | | | | | | |
| | | 81683534 | 10/30/2015 | $200 | | | | | | | | | |
| | | 81683748 | 11/11/2015 | $200 | | | | | | | | | |
| | | 81683794 | 11/12/2015 | $200 | | | | | | | | | |
| | | 81683699 | 11/09/2015 | $200 | | | | | | | | | |
| | | 81683508 | 10/28/2015 | $200 | | | | | | | | | |
| | | 81683572 | 11/02/2015 | $200 | | | | | | | | | |
| | | 81683429 | 10/21/2015 | $200 | | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R60113362 | 10/07/2015 | $1,200 | G0434 | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R60113362 | 10/21/2015 | $1,200 | G0434 | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R60113362 | 10/19/2015 | $1,200 | G0434 | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | R60113362 | 10/16/2015 | $1,200 | G0434 | | | | | | | | |
| | | 81566492 | 10/21/2015 | $1,200 | | | | | | | | | |
| | | 81566416 | 10/16/2015 | $1,200 | | | | | | | | | |
| | | 81565452 | 10/19/2015 | $1,200 | | | | | | | | | |
| | | 81565317 | 10/07/2015 | $1,200 | | | | | | | | | |
| | | 81684748 | 10/21/2015 | $200 | | | | | | | | | |
| | | 81684934 | 10/07/2015 | $200 | | | | | | | | | |
| | | 81684594 | 10/19/2015 | $200 | | | | | | | | | |
| | | 81684479 | 10/16/2015 | $200 | | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 11/16/2015 | $1,200 | G0434 | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 11/11/2015 | $1,200 | G0434 | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 11/09/2015 | $1,200 | G0434 | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 11/06/2015 | $1,200 | G0434 | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 11/04/2015 | $1,200 | G0434 | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 11/02/2015 | $1,200 | G0434 | | | | | | | | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 10/30/2015 | $1,200 | G0434 | | | | | | | | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 10/28/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 10/26/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 10/23/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 10/21/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 10/19/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | JWT360M63236 | 10/16/2015 | $1,200 | G0434 |
| | | 81571411 | 11/11/2015 | $1,200 | |
| | | 81566154 | 10/21/2015 | $1,200 | |
| | | 81566069 | 10/19/2015 | $1,200 | |
| | | 81571270 | 11/06/2015 | $1,200 | |
| | | 81570840 | 10/23/2015 | $1,200 | |
| | | 81566036 | 10/16/2015 | $1,200 | |
| | | 81571128 | 11/02/2015 | $1,200 | |
| | | 81571048 | 10/30/2015 | $1,200 | |
| | | 81571379 | 11/09/2015 | $1,200 | |
| | | 81571197 | 11/04/2015 | $1,200 | |
| | | 81570996 | 10/28/2015 | $1,200 | |
| | | 81570889 | 10/26/2015 | $1,200 | |
| | | 81571557 | 11/16/2015 | $1,200 | |
| | | 81686366 | 10/23/2015 | $200 | |
| | | 81690432 | 11/04/2015 | $200 | |
| | | 81686282 | 10/21/2015 | $200 | |
| | | 81690380 | 11/09/2015 | $200 | |
| | | 81690857 | 11/16/2015 | $200 | |
| | | 81689518 | 10/28/2015 | $200 | |
| | | 81764752 | 11/11/2015 | $200 | |
| | | 81690274 | 11/06/2015 | $200 | |
| | | 81690494 | 11/02/2015 | $200 | |
| | | 81690688 | 10/16/2015 | $200 | |
| | | 81690218 | 10/30/2015 | $200 | |
| | | 81764712 | 10/26/2015 | $200 | |
| | | 81690638 | 10/19/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | HSH3HZN655896 | 02/24/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | HSH3HZN655896 | 02/22/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | HSH3HZN655896 | 02/12/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | HSH3HZN655896 | 02/10/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | HSH3HZN655896 | 02/08/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | HSH3HZN655896 | 02/24/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | HSH3HZN655896 | 02/22/2016 | $1,200 | G0477 |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | HSH3HZN655896 | 02/12/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | HSH3HZN655896 | 02/10/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | HSH3HZN655896 | 02/08/2016 | $1,200 | G0477 |
| | | 81574942 | 11/16/2015 | $2,500 | |
| | | 81574942 | 11/17/2015 | $2,500 | |
| | | 81711212 | 11/06/2015 | $200 | |
| | | 81764876 | 11/02/2015 | $200 | |
| | | 81711198 | 11/04/2015 | $200 | |
| | | 81711231 | 11/09/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YLS890438781 | 11/09/2015 | $200 | 82075 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YLS890438781 | 11/09/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YLS890438781 | 11/06/2015 | $200 | 82075 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YLS890438781 | 11/06/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YLS890438781 | 11/04/2015 | $200 | 82075 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YLS890438781 | 11/04/2015 | $1,200 | G0434 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | YLS890438781 | 11/02/2015 | $200 | 82075 |
| | | 81589439 | 11/09/2015 | $2,500 | |
| | | 81586244 | 11/04/2015 | $2,500 | |
| | | 81586244 | 11/03/2015 | $2,500 | |
| | | 81586244 | 11/06/2015 | $2,500 | |
| | | 81589439 | 11/10/2015 | $1,995 | |
| | | 81586244 | 11/05/2015 | $2,500 | |
| BEACON HEALTH STRATEGIES | | 00066367502 | 02/26/2016 | $1,200 | G0477 |
| BEACON HEALTH STRATEGIES | | 00066367502 | 02/24/2016 | $1,200 | G0477 |
| JOHNS HOPKINS MEDICAL SERVICE | | 00066367502 | 02/26/2016 | $1,995 | S0201 |
| JOHNS HOPKINS MEDICAL SERVICE | | 00066367502 | 02/25/2016 | $1,995 | S0201 |
| JOHNS HOPKINS MEDICAL SERVICE | | 00066367502 | 02/24/2016 | $1,995 | S0201 |
| JOHNS HOPKINS MEDICAL SERVICE | | 00066367502 | 02/23/2016 | $1,995 | S0201 |
| JOHNS HOPKINS MEDICAL SERVICE | | 00066367502 | 02/22/2016 | $1,995 | S0201 |
| | | 81765971 | 04/14/2015 | $375 | |
| | | 81645865 | 02/19/2015 | $1,700 | |
| | | 81645865 | 02/20/2015 | $1,700 | |
| | | 81645942 | 02/24/2015 | $1,700 | |
| | | 81645942 | 02/25/2015 | $1,700 | |
| | | 81646159 | 03/10/2015 | $1,700 | |
| | | 81646159 | 03/11/2015 | $1,700 | |
| | | 81646193 | 03/12/2015 | $1,700 | |
| | | 81646385 | 01/19/2015 | $1,200 | |
| | | 81646350 | 01/16/2015 | $1,200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81645982 | 02/26/2015 | $1,700 | |
| | | 81645982 | 02/27/2015 | $1,700 | |
| | | 81645942 | 02/23/2015 | $1,700 | |
| | | 81646320 | 01/14/2015 | $1,200 | |
| | | 81646049 | 03/05/2015 | $1,700 | |
| | | 81646049 | 03/06/2015 | $1,700 | |
| | | 81646159 | 03/09/2015 | $1,700 | |
| | | 81645982 | 02/28/2015 | $1,700 | |
| | | 81646295 | 01/13/2015 | $1,200 | |
| | | 81646449 | 01/26/2015 | $1,200 | |
| | | 81645865 | 01/23/2015 | $1,200 | |
| | | 81620922 | 02/18/2015 | $1,700 | |
| | | 81711728 | 10/16/2015 | $1,200 | |
| | | 81711717 | 10/14/2015 | $200 | |
| | | 81711752 | 10/19/2015 | $200 | |
| | | 81711813 | 11/13/2015 | $200 | |
| | | 81711782 | 11/09/2015 | $200 | |
| | | 81711791 | 11/11/2015 | $200 | |
| | | 81711764 | 10/21/2015 | $200 | |
| | | 81591198 | 10/22/2015 | $2,500 | |
| | | 81590187 | 10/15/2015 | $2,500 | |
| | | 81618099 | 10/06/2015 | $1,200 | |
| | | 81617984 | 10/05/2015 | $1,200 | |
| | | 81618170 | 10/09/2015 | $1,200 | |
| | | 81591635 | 10/02/2015 | $1,200 | |
| | | 81618211 | 10/21/2015 | $1,200 | |
| | | 81618234 | 10/23/2015 | $1,200 | |
| | | 81590375 | 10/21/2015 | $2,500 | |
| | | 81590375 | 10/20/2015 | $2,500 | |
| | | 81590375 | 10/19/2015 | $2,500 | |
| | | 81590375 | 10/16/2015 | $2,500 | |
| | | 81590187 | 10/14/2015 | $2,500 | |
| | | 81590187 | 10/13/2015 | $2,500 | |
| | | 81590187 | 10/09/2015 | $2,500 | |
| | | 81618141 | 10/07/2015 | $1,200 | |
| | | 81618194 | 10/14/2015 | $1,200 | |
| | | 81618255 | 10/26/2015 | $1,200 | |
| | | 81589949 | 10/08/2015 | $2,500 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00
Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 47517?)
Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81589949 | 10/07/2015 | $2,500 | |
| | | 81340977 | 10/26/2015 | $2,500 | |
| | | 81340977 | 10/27/2015 | $2,500 | |
| | | 81340977 | 10/28/2015 | $2,500 | |
| | | 81340977 | 10/29/2015 | $2,500 | |
| | | 81591198 | 10/23/2015 | $2,500 | |
| | | 81589949 | 10/05/2015 | $2,500 | |
| | | 81589949 | 10/06/2015 | $2,500 | |
| | | 81711912 | 10/23/2015 | $200 | |
| | | 81518858 | 09/18/2015 | $1,700 | |
| | | 81519559 | 10/05/2015 | $1,700 | |
| | | 81521901 | 10/06/2015 | $1,200 | |
| | | 81518670 | 09/03/2015 | $2,500 | |
| | | 81518670 | 09/02/2015 | $2,500 | |
| | | 81518670 | 09/01/2015 | $2,500 | |
| | | 81518764 | 09/04/2015 | $1,700 | |
| | | 81519559 | 10/06/2015 | $1,700 | |
| | | 81518802 | 09/09/2015 | $1,700 | |
| | | 81518858 | 09/15/2015 | $1,700 | |
| | | 81521449 | 10/02/2015 | $1,200 | |
| | | 81518921 | 09/25/2015 | $1,700 | |
| | | 81521495 | 10/05/2015 | $1,200 | |
| | | 81519168 | 09/29/2015 | $1,700 | |
| | | 81519168 | 09/28/2015 | $1,700 | |
| | | 81518802 | 09/08/2015 | $1,700 | |
| | | 81518921 | 09/22/2015 | $1,700 | |
| | | 81518921 | 09/21/2015 | $1,700 | |
| | | 81518858 | 09/16/2015 | $1,700 | |
| | | 81722558 | 10/05/2015 | $200 | |
| | | 81722473 | 10/02/2015 | $200 | |
| MAGNACARE | | LICG81657 | 02/08/2016 | $1,200 | G0477 |
| MAGNACARE | | LICG81657 | 02/08/2016 | $1,795 | H0015 |
| MAGNACARE | | LICG81657 | 02/11/2016 | $1,200 | G0477 |
| MAGNACARE | | LICG81657 | 02/11/2016 | $1,795 | H0015 |
| MAGNACARE | | LICG81657 | 02/09/2016 | $1,795 | H0015 |
| | | 81542017 | 11/02/2015 | $1,700 | |
| | | 81542467 | 11/06/2015 | $1,700 | |
| | | 81543547 | 11/06/2015 | $1,200 | |
| | | 81540731 | 10/28/2015 | $1,200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00
Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)
Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81543923 | 11/09/2015 | $1,700 | |
| | | 81543165 | 11/04/2015 | $1,200 | |
| | | 81544404 | 11/12/2015 | $1,700 | |
| | | 81544404 | 11/13/2015 | $1,700 | |
| | | 81536054 | 10/21/2015 | $1,200 | |
| | | 81530922 | 10/16/2015 | $1,200 | |
| | | 81529935 | 10/06/2015 | $1,700 | |
| | | 81529935 | 10/07/2015 | $1,700 | |
| | | 81529935 | 10/08/2015 | $1,700 | |
| | | 81529935 | 10/09/2015 | $1,700 | |
| | | 81530667 | 10/13/2015 | $2,500 | |
| | | 81530733 | 10/14/2015 | $1,200 | |
| | | 81524189 | 10/01/2015 | $2,500 | |
| | | 81524189 | 10/02/2015 | $2,500 | |
| | | 81524295 | 10/02/2015 | $1,200 | |
| | | 81530864 | 10/16/2015 | $2,500 | |
| | | 81545152 | 11/16/2015 | $1,200 | |
| | | 81535902 | 10/19/2015 | $1,200 | |
| | | 81538829 | 10/27/2015 | $1,700 | |
| | | 81538829 | 10/28/2015 | $1,700 | |
| | | 81538829 | 10/29/2015 | $1,700 | |
| | | 81523025 | 09/21/2015 | $2,500 | |
| | | 81523025 | 09/22/2015 | $2,500 | |
| | | 81522823 | 09/15/2015 | $2,500 | |
| | | 81522823 | 09/16/2015 | $2,500 | |
| | | 81522909 | 09/18/2015 | $2,500 | |
| | | 81544462 | 11/13/2015 | $1,200 | |
| | | 81524471 | 10/05/2015 | $2,500 | |
| | | 81538346 | 10/26/2015 | $1,200 | |
| | | 81536885 | 10/23/2015 | $1,200 | |
| | | 81530338 | 10/09/2015 | $1,200 | |
| | | 81530025 | 10/06/2015 | $1,200 | |
| | | 81530288 | 10/08/2015 | $1,200 | |
| | | 81544010 | 11/09/2015 | $1,200 | |
| | | 81536428 | 10/22/2015 | $2,500 | |
| | | 81536428 | 10/23/2015 | $2,500 | |
| | | 81530667 | 10/14/2015 | $2,500 | |
| | | 81530667 | 10/15/2015 | $2,500 | |
| | | 81541844 | 10/30/2015 | $1,200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00
Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL, LLC - 475177)
Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81545073 | 11/16/2015 | $1,700 | |
| | | 81535519 | 10/19/2015 | $2,500 | |
| | | 81535519 | 10/20/2015 | $2,500 | |
| | | 81535519 | 10/21/2015 | $2,500 | |
| | | 81543923 | 11/10/2015 | $1,700 | |
| | | 81523354 | 10/05/2015 | $1,200 | |
| | | 81542169 | 11/02/2015 | $1,200 | |
| | | 81544300 | 11/11/2015 | $1,200 | |
| | | 81545073 | 11/17/2015 | $1,700 | |
| | | 81523252 | 09/25/2015 | $2,500 | |
| | | 81543923 | 11/11/2015 | $1,700 | |
| | | 81523335 | 09/28/2015 | $2,500 | |
| | | 81523335 | 09/29/2015 | $2,500 | |
| | | 81530080 | 10/07/2015 | $1,200 | |
| | | 81539018 | 10/30/2015 | $1,700 | |
| | | 81537512 | 10/26/2015 | $1,700 | |
| | | 81542467 | 11/04/2015 | $1,700 | |
| | | 81542467 | 11/05/2015 | $1,700 | |
| | | 81542017 | 11/03/2015 | $1,700 | |
| | | 81758485 | 10/16/2015 | $200 | |
| | | 81759483 | 11/16/2015 | $200 | |
| | | 81758458 | 10/14/2015 | $200 | |
| | | 81758415 | 10/09/2015 | $200 | |
| | | 81758993 | 10/30/2015 | $200 | |
| | | 81758504 | 10/19/2015 | $200 | |
| | | 81758959 | 10/28/2015 | $200 | |
| | | 81759450 | 11/13/2015 | $200 | |
| | | 81759329 | 11/06/2015 | $200 | |
| | | 81758531 | 10/21/2015 | $200 | |
| | | 81759252 | 11/04/2015 | $200 | |
| | | 81758926 | 10/26/2015 | $200 | |
| | | 81759362 | 11/09/2015 | $200 | |
| | | 81758322 | 10/02/2015 | $200 | |
| | | 81758348 | 10/05/2015 | $200 | |
| | | 81759408 | 11/11/2015 | $200 | |
| | | 81759019 | 11/02/2015 | $200 | |
| | | 81758902 | 10/23/2015 | $200 | |
| | | 81758368 | 10/07/2015 | $200 | |
| | | 81758381 | 10/08/2015 | $200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81758356 | 10/06/2015 | $200 | |
| | | 81562506 | 05/01/2015 | $1,200 | |
| | | 81637953 | 04/29/2015 | $300 | |
| | | 81637460 | 04/28/2015 | $350 | |
| | | 81637706 | 05/05/2015 | $350 | |
| | | 81637790 | 05/04/2015 | $300 | |
| | | 81637661 | 05/01/2015 | $350 | |
| | | 81638053 | 04/24/2015 | $300 | |
| | | 81638015 | 04/27/2015 | $300 | |
| | | 81566503 | 05/06/2015 | $1,200 | |
| | | 81662531 | 05/04/2015 | $1,200 | |
| | | 81637580 | 04/30/2015 | $350 | |
| | | 81760191 | 04/07/2015 | $1,700 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | RET820505942 | 10/21/2015 | $1,200 | G0434 |
| | | 81567341 | 10/21/2015 | $1,200 | |
| | | 81724947 | 10/28/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | CCU91843316G | 10/19/2015 | $200 | 82075 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | CCU91843316G | 10/19/2015 | $1,700 | 90791 |
| | | 81571382 | 11/03/2015 | $2,500 | |
| | | 81571131 | 10/29/2015 | $2,500 | |
| | | 81571131 | 10/30/2015 | $2,500 | |
| | | 81571382 | 11/02/2015 | $2,500 | |
| | | 81570362 | 10/23/2015 | $1,200 | |
| | | 81569884 | 10/19/2015 | $1,200 | |
| | | 81570308 | 10/21/2015 | $1,200 | |
| | | 81571672 | 11/05/2015 | $2,500 | |
| | | 81571873 | 11/11/2015 | $2,500 | |
| | | 81571873 | 11/10/2015 | $2,500 | |
| | | 81571873 | 11/09/2015 | $2,500 | |
| | | 81572222 | 11/13/2015 | $2,500 | |
| | | 81572006 | 11/11/2015 | $1,200 | |
| | | 81571920 | 11/09/2015 | $1,200 | |
| | | 81571253 | 10/30/2015 | $1,200 | |
| | | 81571438 | 11/02/2015 | $1,200 | |
| | | 81571784 | 11/06/2015 | $1,200 | |
| | | 81571491 | 11/04/2015 | $1,200 | |
| | | 81572222 | 11/12/2015 | $2,500 | |
| | | 81571382 | 11/04/2015 | $2,500 | |
| | | 81572430 | 11/16/2015 | $1,200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81570864 | 10/26/2015 | $1,200 | |
| | | 81570981 | 10/28/2015 | $1,200 | |
| | | 81571672 | 11/06/2015 | $2,500 | |
| | | 81572281 | 11/16/2015 | $2,500 | |
| | | 81572281 | 11/17/2015 | $2,500 | |
| | | 81572346 | 11/13/2015 | $1,200 | |
| | | 81570817 | 10/26/2015 | $2,500 | |
| | | 81570817 | 10/27/2015 | $2,500 | |
| | | 81570817 | 10/28/2015 | $2,500 | |
| | | 81726087 | 11/13/2015 | $200 | |
| | | 81726052 | 11/11/2015 | $200 | |
| | | 81725626 | 10/21/2015 | $200 | |
| | | 81725930 | 11/06/2015 | $200 | |
| | | 81726000 | 11/09/2015 | $200 | |
| | | 81726891 | 11/04/2015 | $200 | |
| | | 81726125 | 11/16/2015 | $200 | |
| | | 81725725 | 11/02/2015 | $200 | |
| | | 81583906 | 06/23/2015 | $1,700 | |
| | | 81583906 | 06/25/2015 | $1,700 | |
| | | 81577502 | 05/01/2015 | $1,700 | |
| | | 81576703 | 04/25/2015 | $1,700 | |
| | | 81576703 | 04/26/2015 | $1,700 | |
| | | 81576703 | 04/27/2015 | $1,700 | |
| | | 81576703 | 04/28/2015 | $1,700 | |
| | | 81576803 | 04/30/2015 | $1,700 | |
| | | 81582369 | 06/02/2015 | $1,700 | |
| | | 81582369 | 06/03/2015 | $1,700 | |
| | | 81582369 | 06/04/2015 | $1,700 | |
| | | 81582614 | 06/08/2015 | $1,700 | |
| | | 81582614 | 06/09/2015 | $1,700 | |
| | | 81582544 | 06/05/2015 | $1,700 | |
| | | 81575266 | 04/02/2015 | $1,200 | |
| | | 81578406 | 05/21/2015 | $1,700 | |
| | | 81578406 | 05/22/2015 | $1,700 | |
| | | 81582331 | 05/29/2015 | $1,700 | |
| | | 81576274 | 04/20/2015 | $1,200 | |
| | | 81577944 | 05/15/2015 | $1,700 | |
| | | 81582959 | 06/16/2015 | $1,700 | |
| | | 81582959 | 06/17/2015 | $1,700 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81577867 | 05/11/2015 | $1,700 | |
| | | 81577867 | 05/12/2015 | $1,700 | |
| | | 81577867 | 05/13/2015 | $1,700 | |
| | | 81577867 | 05/14/2015 | $1,700 | |
| | | 81578314 | 05/18/2015 | $1,700 | |
| | | 81578314 | 05/19/2015 | $1,700 | |
| | | 81578314 | 05/20/2015 | $1,700 | |
| | | 81573470 | 04/03/2015 | $1,200 | |
| | | 81583093 | 06/19/2015 | $1,700 | |
| | | 81583093 | 06/18/2015 | $1,700 | |
| | | 81577647 | 05/04/2015 | $1,700 | |
| | | 81577647 | 05/05/2015 | $1,700 | |
| | | 81575788 | 04/13/2015 | $1,700 | |
| | | 81583989 | 06/26/2015 | $1,700 | |
| | | 81576427 | 04/22/2015 | $1,700 | |
| | | 81576427 | 04/21/2015 | $1,700 | |
| | | 81576427 | 04/23/2015 | $1,700 | |
| | | 81576427 | 04/24/2015 | $1,700 | |
| | | 81582369 | 06/01/2015 | $1,700 | |
| | | 81575626 | 04/08/2015 | $1,200 | |
| | | 81575982 | 04/15/2015 | $1,200 | |
| | | 81575662 | 04/09/2015 | $1,200 | |
| | | 81576221 | 04/17/2015 | $1,200 | |
| | | 81582791 | 06/10/2015 | $1,700 | |
| | | 81583906 | 06/22/2015 | $1,700 | |
| | | 81583906 | 06/24/2015 | $1,700 | |
| | | 81576803 | 04/29/2015 | $1,700 | |
| | | 81575920 | 04/15/2015 | $1,700 | |
| | | 81575920 | 04/16/2015 | $1,700 | |
| | | 81582959 | 06/15/2015 | $1,700 | |
| | | 81578943 | 05/26/2015 | $1,700 | |
| | | 81578943 | 05/27/2015 | $1,700 | |
| | | 81578943 | 05/28/2015 | $1,700 | |
| | | 81577766 | 05/06/2015 | $1,700 | |
| | | 81577766 | 05/07/2015 | $1,700 | |
| | | 81577766 | 05/08/2015 | $1,700 | |
| | | 81582791 | 06/11/2015 | $1,700 | |
| | | 81582791 | 06/12/2015 | $1,700 | |
| | | 81575572 | 04/06/2015 | $1,200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00
Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)
Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| QUALCARE INC | | 81726665 | 04/02/2015 | $1,400 | |
| QUALCARE INC | | H3212238 | 11/06/2015 | $1,700 | H0015 |
| | | H3212238 | 11/05/2015 | $1,700 | H0015 |
| | | 81587366 | 11/02/2015 | $1,700 | |
| | | 81586540 | 10/19/2015 | $1,700 | |
| | | 81587366 | 11/03/2015 | $1,700 | |
| | | 81587366 | 11/04/2015 | $1,700 | |
| | | 81585922 | 09/15/2015 | $2,500 | |
| | | 81587930 | 11/13/2015 | $1,700 | |
| | | 81587967 | 11/13/2015 | $1,200 | |
| | | 81586725 | 10/23/2015 | $1,700 | |
| | | 81585847 | 09/08/2015 | $2,500 | |
| | | 81588054 | 11/16/2015 | $1,700 | |
| | | 81588054 | 11/17/2015 | $1,700 | |
| | | 81586784 | 10/23/2015 | $1,200 | |
| | | 81588115 | 11/16/2015 | $1,200 | |
| | | 81587024 | 10/26/2015 | $1,200 | |
| | | 81587887 | 11/11/2015 | $1,200 | |
| | | 81585847 | 09/09/2015 | $2,500 | |
| | | 81586344 | 10/06/2015 | $1,700 | |
| | | 81585922 | 09/16/2015 | $2,500 | |
| | | 81586652 | 10/21/2015 | $1,200 | |
| | | 81587135 | 10/29/2015 | $1,700 | |
| | | 81587135 | 10/30/2015 | $1,700 | |
| | | 81586899 | 10/26/2015 | $1,700 | |
| | | 81586414 | 10/16/2015 | $1,700 | |
| | | 81586540 | 10/20/2015 | $1,700 | |
| | | 81586540 | 10/21/2015 | $1,700 | |
| | | 81586540 | 10/22/2015 | $1,700 | |
| | | 81585759 | 09/03/2015 | $2,500 | |
| | | 81585759 | 09/04/2015 | $2,500 | |
| | | 81587453 | 11/04/2015 | $1,200 | |
| | | 81587796 | 11/09/2015 | $1,700 | |
| | | 81586899 | 10/27/2015 | $1,700 | |
| | | 81586899 | 10/28/2015 | $1,700 | |
| | | 81587679 | 11/09/2015 | $1,700 | |
| | | 81587679 | 11/10/2015 | $1,700 | |
| | | 81587679 | 11/11/2015 | $1,700 | |
| | | 81587679 | 11/12/2015 | $1,700 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00
Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)
Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81731288 | 11/11/2015 | $200 | |
| | | 81731340 | 11/13/2015 | $200 | |
| | | 81731399 | 11/16/2015 | $200 | |
| | | 81731067 | 11/09/2015 | $200 | |
| | | 81730948 | 11/04/2015 | $200 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | CCA837958654 | 10/16/2015 | $1,700 | 90791 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | CCA837958654 | 10/16/2015 | $1,200 | G0434 |
| | | 81733455 | 11/16/2015 | $200 | |
| | | 81733136 | 11/09/2015 | $200 | |
| | | 81733180 | 11/11/2015 | $200 | |
| | | 81733008 | 11/04/2015 | $200 | |
| | | 81732700 | 10/16/2015 | $200 | |
| | | 81733302 | 11/13/2015 | $200 | |
| | | 81636097 | 11/09/2015 | $1,200 | |
| | | 81630241 | 11/11/2015 | $1,700 | |
| | | 81630241 | 11/12/2015 | $1,700 | |
| | | 81628742 | 10/21/2015 | $1,200 | |
| | | 81630241 | 11/09/2015 | $1,700 | |
| | | 81636213 | 11/13/2015 | $1,200 | |
| | | 81628989 | 10/23/2015 | $1,200 | |
| | | 81630241 | 11/10/2015 | $1,700 | |
| | | 81636374 | 11/17/2015 | $1,700 | |
| | | 81628402 | 10/14/2015 | $1,200 | |
| | | 81629997 | 11/06/2015 | $1,700 | |
| | | 81636374 | 11/16/2015 | $1,700 | |
| | | 81629498 | 11/03/2015 | $2,500 | |
| | | 81629498 | 11/02/2015 | $2,500 | |
| | | 81636250 | 11/16/2015 | $1,200 | |
| | | 81636134 | 11/11/2015 | $1,200 | |
| | | 81626582 | 10/13/2015 | $1,200 | |
| | | 81628558 | 10/16/2015 | $1,200 | |
| | | 81636336 | 11/13/2015 | $1,700 | |
| | | 81629207 | 10/30/2015 | $2,500 | |
| | | 81629207 | 10/29/2015 | $2,500 | |
| | | 81629207 | 10/28/2015 | $2,500 | |
| | | 81629207 | 10/27/2015 | $2,500 | |
| | | 81629051 | 10/26/2015 | $1,200 | |
| | | 81629291 | 10/28/2015 | $1,200 | |
| | | 81629346 | 10/30/2015 | $1,200 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00
Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)
Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81629778 | 11/05/2015 | $2,500 | |
| | | 81629778 | 11/04/2015 | $2,500 | |
| | | 81628684 | 10/19/2015 | $1,200 | |
| | | 81626053 | 10/13/2015 | $2,500 | |
| | | 81734087 | 10/14/2015 | $200 | |
| | | 81734804 | 10/28/2015 | $200 | |
| | | 81735225 | 11/11/2015 | $200 | |
| | | 81734574 | 10/21/2015 | $200 | |
| | | 81734532 | 10/19/2015 | $200 | |
| | | 81734724 | 10/26/2015 | $200 | |
| | | 81734640 | 10/23/2015 | $200 | |
| | | 81734935 | 10/30/2015 | $200 | |
| | | 81735036 | 11/09/2015 | $200 | |
| | | 81734483 | 10/16/2015 | $200 | |
| | | 81735447 | 11/16/2015 | $200 | |
| | | 81735316 | 11/13/2015 | $200 | |
| COMMON GROUND HEALTHCARE COOPERATIVE | | 000158591001 | 02/10/2016 | $1,200 | G0477 |
| COMMON GROUND HEALTHCARE COOPERATIVE | | 000158591001 | 02/08/2016 | $1,200 | G0477 |
| COMMON GROUND HEALTHCARE COOPERATIVE | | 000158591001 | 02/08/2016 | $1,995 | S0201 |
| COMMON GROUND HEALTHCARE COOPERATIVE | | 000158591001 | 02/09/2016 | $1,995 | S0201 |
| COMMON GROUND HEALTHCARE COOPERATIVE | | 000158591001 | 02/10/2016 | $1,995 | S0201 |
| COMMON GROUND HEALTHCARE COOPERATIVE | | 000158591001 | 02/12/2016 | $1,995 | S0201 |
| COMMON GROUND HEALTHCARE COOPERATIVE | | 000158591001 | 02/12/2016 | $1,995 | S0201 |
| | | 81634953 | 10/19/2015 | $1,200 | |
| | | 81635554 | 11/02/2015 | $2,500 | |
| | | 81635202 | 10/23/2015 | $1,200 | |
| | | 81634609 | 10/15/2015 | $2,500 | |
| | | 81634609 | 10/16/2015 | $2,500 | |
| | | 81634911 | 10/16/2015 | $1,200 | |
| | | 81635554 | 11/03/2015 | $2,500 | |
| | | 81635929 | 11/17/2015 | $1,700 | |
| | | 81635929 | 11/16/2015 | $1,700 | |
| | | 81634762 | 10/14/2015 | $1,200 | |
| | | 81635064 | 10/21/2015 | $2,500 | |
| | | 81635064 | 10/22/2015 | $2,500 | |
| | | 81635064 | 10/23/2015 | $2,500 | |
| | | 81634609 | 10/14/2015 | $2,500 | |
| | | 81635420 | 10/29/2015 | $2,500 | |
| | | 81635420 | 10/30/2015 | $2,500 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00
Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)
Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81635637 | 11/04/2015 | $2,500 | |
| | | 81635637 | 11/05/2015 | $2,500 | |
| | | 81635637 | 11/06/2015 | $2,500 | |
| | | 81635321 | 10/26/2015 | $2,500 | |
| | | 81635321 | 10/27/2015 | $2,500 | |
| | | 81635321 | 10/28/2015 | $2,500 | |
| | | 81635759 | 11/09/2015 | $1,700 | |
| | | 81635759 | 11/10/2015 | $1,700 | |
| | | 81635759 | 11/11/2015 | $1,700 | |
| | | 81635146 | 10/21/2015 | $1,200 | |
| | | 81635889 | 11/12/2015 | $1,700 | |
| | | 81635889 | 11/13/2015 | $1,700 | |
| | | 81736804 | 10/14/2015 | $200 | |
| | | 81737296 | 10/21/2015 | $200 | |
| | | 81736745 | 10/14/2015 | $1,700 | |
| | | 81736895 | 10/16/2015 | $200 | |
| | | 81736954 | 10/19/2015 | $200 | |
| | | 81737418 | 10/23/2015 | $200 | |
| | | 81633756 | 08/13/2015 | $2,500 | |
| | | 81640610 | 08/21/2015 | $1,700 | |
| | | 81633756 | 08/11/2015 | $2,500 | |
| | | 81641049 | 09/02/2015 | $1,700 | |
| | | 81641049 | 09/01/2015 | $1,700 | |
| | | 81634010 | 08/20/2015 | $2,500 | |
| | | 81634010 | 08/19/2015 | $2,500 | |
| | | 81634010 | 08/18/2015 | $2,500 | |
| | | 81634010 | 08/17/2015 | $2,500 | |
| | | 81640610 | 08/28/2015 | $1,700 | |
| | | 81640610 | 08/27/2015 | $1,700 | |
| | | 81634304 | 08/24/2015 | $1,200 | |
| | | 81641049 | 08/31/2015 | $1,700 | |
| | | 81641229 | 09/09/2015 | $1,795 | |
| | | 81641229 | 09/08/2015 | $1,700 | |
| | | 81641049 | 09/04/2015 | $1,700 | |
| | | 81641049 | 09/03/2015 | $1,700 | |
| | | 81634129 | 08/17/2015 | $1,200 | |
| | | 81633756 | 08/14/2015 | $2,500 | |
| | | 81640610 | 08/26/2015 | $1,700 | |
| | | 81640610 | 08/25/2015 | $1,700 | |

# Charges Due Insurance - by Aging Range

Run Date: May 05, 2016 at 02:39:04 PM -04:00

Customer is one of: (DREAM MEDICAL SERVICES, LLC - 475307, DREAM RECOVERY INTERNATIONAL LLC - 475177)

Charge Fromdate Age is one of: (Less than 30 days, 31 to 60 days, 61 to 90 days, 91 to 120 days, 121 to 150 days, 151 to 180 days, 181 to 365 days, Over 1 year)

| Charge Current Payer Name | Patient Full Name | Current Payer Member ID | Charge From Date | Charge Amount | Charge CPT Code |
|---|---|---|---|---|---|
| | | 81640610 | 08/24/2015 | $1,700 | |
| | | 81633756 | 08/12/2015 | $2,500 | |
| | | 81757677 | 08/10/2015 | $1,700 | |
| | | 81757742 | 08/11/2015 | $1,700 | |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | BFE906821680 | 02/22/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | BFE906821680 | 02/10/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | BFE906821680 | 02/08/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | BFE906821680 | 02/25/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA H | | BFE906821680 | 02/26/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | BFE906821680 | 02/26/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | BFE906821680 | 02/25/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | BFE906821680 | 02/22/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | BFE906821680 | 02/10/2016 | $1,200 | G0477 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA U | | BFE906821680 | 02/08/2016 | $1,200 | G0477 |
| | | 81681945 | 10/30/2015 | $200 | |
| | | 81682438 | 11/16/2015 | $200 | |
| | | 81682363 | 11/11/2015 | $200 | |
| | | 81681844 | 10/19/2015 | $200 | |
| | | 81682172 | 11/06/2015 | $200 | |
| | | 81681918 | 10/28/2015 | $200 | |
| | | 81681979 | 11/02/2015 | $200 | |
| | | 81682293 | 11/09/2015 | $200 | |
| | | 81681786 | 10/09/2015 | $200 | |
| | | 81682447 | 11/13/2015 | $200 | |
| | | 81682016 | 11/04/2015 | $200 | |
| | | | | $985,550 | |

1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used.
For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:
DREAM RECOVERY INTERNATIONAL LLC
3010 N MILITARY TRL STE 300
BOCA RATON, FL 33431-6393

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

| | | | | | | | CO/AGY | 6 / 4 | T# | 882202717 |
| | | | | | | | | | B# | 10070762 |

| PLATE | **ECBF79** | DECAL | **16336470** | Expires | **Midnight Sat 12/31/2016** | | | |
|---|---|---|---|---|---|---|---|---|

| YR/MK | **2012/FORD** | BODY | **VN** | COLOR | **WHI** | Reg. Tax | 96.85 | Class Code | 41 |
|---|---|---|---|---|---|---|---|---|---|
| VIN | **1FBSS3BL2CDA76686** | | | TITLE | **114455216** | Init. Reg. | | Tax Months | 12 |
| Plate Type | **RGS** | NET WT | **5946** | GVW | **6999** | County Fee | 3.00 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | 0.75 | Credit Class | |
| DL/FEID | **-** | | | | | Sales Tax | | Credit Months | 0 |
| Date Issued | **11/30/2015** | Plate Issued | **4/14/2015** | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 100.60 | | |

DREAM RECOVERY INTERNATIONAL LLC
3010 N MILITARY TRL STE 300
BOCA RATON, FL 33431-6393

### IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 20 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

a separate carrier, an integrated child seat, or a child booster seat may be used.
For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period.  Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:

DREAM RECOVERY INTERNATIONAL, LLC, SCOTT PHILIP
FRANKEL
5301 N FEDERAL HWY STE 160
BOCA RATON, FL  33487-4915

**Important note:** If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399.  Surrendering the plate will prevent your driving privilege from being suspended.

---

# FLORIDA VEHICLE REGISTRATION

| | | | CO/AGY | 6 | / 4 | T# | 882744208 |
|---|---|---|---|---|---|---|---|
| | | | | | | B# | 10080775 |

| PLATE | **CLYF31** | DECAL | **16549568** | Expires | **Midnight Sat 12/31/2016** |
|---|---|---|---|---|---|

| YR/MK | **2014/MERZ** | BODY | **VN** | COLOR | **BLK** | Reg. Tax | 112.10 | Class Code | **41** |
|---|---|---|---|---|---|---|---|---|---|
| VIN | **WDZPE7CC8E5866022** | | | TITLE | **114361866** | Init. Reg. | | Tax Months | **12** |
| Plate Type | **RGS** | NET WT | **5574** | GVW | **8550** | County Fee | 3.00 | Back Tax Mos | **0** |
| | | | | | | Mail Fee | 0.75 | Credit Class | |
| DL/FEID | **-** | | | 2ND DL# | **F652795582420** | Sales Tax | | Credit Months | **0** |
| Date Issued | **12/3/2015** | Plate Issued | **3/4/2014** | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 115.85 | | |

DREAM RECOVERY INTERNATIONAL, LLC, SCOTT
PHILIP FRANKEL
5301 N FEDERAL HWY STE 160
BOCA RATON, FL  33487-4915

### IMPORTANT INFORMATION

1.  The Florida license plate must remain with the registrant upon sale of vehicle.
2.  The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3.  Your registration must be updated to your new address within 20 days of moving.
4.  Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration.  Renewal notices are provided as a courtesy and are not required for renewal purposes.
5.  I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

SECTION 320.0605, Florida Statutes, requires this registration certificate or an official copy or a true copy of a rental or lease agreement issued for the motor vehicle described be in possession of the operator or carried in the vehicle while the vehicle is being used or operated on the highways or streets of this state.

SECTION 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide for protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat, for children aged 4 through 5 years, a separate carrier or seat belt may be used.

SECTION 627.733, Florida Statutes, requires mandatory Florida No-Fault Insurance to be maintained continuously throughout the entire registration period; failure to maintain the required coverage could result in suspension of your driver license and registration.

Mail To:

**DREAM RECOVERY INTERNATIONAL LLC**
**5301 N FEDERAL HIGHWAY SUITE 1**
**BOCA RATON, FL  33487**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: Dept. of Highway Safety, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

|  |  |  |  | CO/AGY | 10 / 4 | T# | 849989247 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | B# | 1773267 |

| PLATE | **ECBF80** | DECAL | **19505960** | Expires | **Midnight Thu 12/31/2015** |
|---|---|---|---|---|---|

| YR/MK | **2012/FORD** | BODY | **VN** | COLOR | **WHI** | Reg. Tax | 95.60 | Class Code | **41** |
|---|---|---|---|---|---|---|---|---|---|
| VIN | **1FBSS3BL6CDA76772** |  |  | TITLE | **114455172** | Init. Reg. |  | Tax Months | **8** |
| Plate Type | **RGS** | NET WT | **6432** | GVW | **7999** | County Fee | 3.00 | Back Tax Mos |  |
| DL/FEID | **-** |  |  |  |  | Mail Fee |  | Credit Class |  |
| Date Issued | **4/14/2015** | Plate Issued | **4/14/2015** |  |  | Sales Tax |  | Credit Months |  |
|  |  |  |  |  |  | Voluntary Fees |  |  |  |
|  |  |  |  |  |  | Grand Total | 98.60 |  |  |

**DREAM RECOVERY INTERNATIONAL LLC**
**5301 N FEDERAL HIGHWAY SUITE 1**
**BOCA RATON, FL  33487**

IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 20 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE    PLATE ISSUED X**

**Fill in this information to identify the case:**

Debtor name **Dream Recovery International LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **16-16068**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **American Funding Group LLC** | Describe debtor's property that is subject to a lien | $90,000.00 | $2,180,000.00 |
|---|---|---|---|---|

Creditor's Name

**1855 Griffin Rd #A370
Dania, FL 33004**

**All property of the Debtor**

Creditor's mailing address

**Describe the lien**
**Blanket UCC**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.2 | **Mercedes-Benz Financial Services** | Describe debtor's property that is subject to a lien | $34,751.80 | Unknown |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5260
Carol Stream, IL
60197-5209**

**Leased 2014 Mercedes Sprinter Van, VIN No. WDZPE7CC8E5866022, no value to estate, jointly leased with Scott Frankel**

Creditor's mailing address

**Describe the lien**
**Vehicle Lease**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**2014**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8336**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Dream Recovery International LLC**
Name

Case number (if know)    **16-16068**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$124,751.80**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Dream Recovery International LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **16-16068**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Augustin, Iesha**<br>**138 SE 3rd Ave**<br>**Boynton Beach, FL 33435** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $520.00 | $520.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Baker, Ericka L**<br>**5624 SW 18**<br>**West Park, FL 33023** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $840.00 | $840.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Dream Recovery International LLC** | Case number (if known) | **16-16068** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.68 | $2,307.68 |
|---|---|---|---|---|

**Baker-Carr, Heather G**
**2435 SW 22 Ave #202**
**Delray Beach, FL 33445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.08 | $923.08 |
|---|---|---|---|---|

**Beckles, Tamara**
**7100 Pioneer Rd**
**West Palm Beach, FL 33413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.08 | $923.08 |
|---|---|---|---|---|

**Blake, Paul**
**3460 W Hillsboro Blvd**
**Coconut Creek, FL 33073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,155.00 | $1,155.00 |
|---|---|---|---|---|

**Brown, Russell**
**725 A NW 3 Ct**
**Hallandale, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Dream Recovery International LLC | Case number (if known) | 16-16068 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $825.00 | $825.00 |
|---|---|---|---|---|
| | **Bullard, Andrew J**<br>**2222 McClellan St**<br>**Hollywood, FL 33020** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.00 | $1,650.00 |
|---|---|---|---|---|
| | **Burton, Colette**<br>**4440 NW 19 St #L307**<br>**Lauderhill, FL 33313** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,911.00 | $1,911.00 |
|---|---|---|---|---|
| | **Colon, Milagros J**<br>**403 South F St**<br>**Lake Worth, FL 33460** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.08 | $173.08 |
|---|---|---|---|---|
| | **Dalton, Charles P**<br>**3617 SE 2 Ct**<br>**Boynton Beach, FL 33435** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Dream Recovery International LLC** | Case number (if known) | **16-16068** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Dell, Jessica R**
**8641 Ranch Club Ct**
**Park City, UT 84098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Florida Department of Revenue**
**5050 West Tennessee Street**☐
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for noticing purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.00 | $660.00 |
|---|---|---|---|---|

**Foster, Shane**
**26 SW 5th Ave**
**Dania Beach, FL 33004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.00 | $528.00 |
|---|---|---|---|---|

**Gibson, Donald**
**1815 Merry Pl #205**
**West Palm Beach, FL 33407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Dream Recovery International LLC** | | Case number (if known) | **16-16068** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.92 | $726.92 |
|---|---|---|---|---|

**Gibson, Jake**
**7199 Ivy Crossing Ln**
**Boynton Beach, FL 33436**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,119.37 | $1,119.37 |
|---|---|---|---|---|

**Giebel, Joseph J**
**1102 SE 3 St #4**
**Deerfield Beach, FL 33441**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,402.50 | $1,402.50 |
|---|---|---|---|---|

**Hariston, Joy**
**4400 NE 20 Ave #4**
**Oakland Park, FL 33308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.50 | $418.50 |
|---|---|---|---|---|

**Harris, Taniere**
**1213 NW 19th Ave**
**Ft Lauderdale, FL 33311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Dream Recovery International LLC** | Case number (if known) | **16-16068** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,961.53 | $2,961.53 |
|---|---|---|---|---|

**Hemerick, Tara L**
**16531 Blatt Blvd 203**
**Weston, FL 33326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,265.38 | $1,265.38 |
|---|---|---|---|---|

**Hodge, Chabli**
**1018 NW 116th Ave**
**Coral Springs, FL 33071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $484.61 | $484.61 |
|---|---|---|---|---|

**Holliday, Trina M**
**3460 W Hillsboro Blvd # 202**
**Coconut Creek, FL 33073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,461.55 | $6,461.55 |
|---|---|---|---|---|

**Hughes-Fillette, Jessica D**
**5952 NW 77 Dr**
**Parkland, FL 33067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dream Recovery International LLC** | Case number (if known) | **16-16068** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Central Insolvency Unit**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**for noticing purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,200.00** | **$1,200.00** |
|---|---|---|---|---|
| | **James, Marc**<br>**200 NE 38 St #5**<br>**Oakland Park, FL 33334** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,320.05** | **$1,320.05** |
|---|---|---|---|---|
| | **Johnson, April D**<br>**7311 SW 8th Ct**<br>**N Lauderdale, FL 33068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$795.00** | **$795.00** |
|---|---|---|---|---|
| | **Johnson, Sabrina**<br>**5891 W McNab**<br>**North Lauderdale, FL 33068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Dream Recovery International LLC** | Case number (if known) | **16-16068** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,923.07** | **$9,923.07** |
|---|---|---|---|---|

**Jordan, Robert W**
**238 Birch St**
**Boynton Beach, FL 33426**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,211.53** | **$2,211.53** |
|---|---|---|---|---|

**Konnerta, Rachel L**
**697 NE 36 Ave C**
**Oakland Park, FL 33334**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,560.00** | **$1,560.00** |
|---|---|---|---|---|

**Livingston, Iris F**
**422 NW 7 Ct**
**Boynton Beach, FL 33426**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$540.00** | **$540.00** |
|---|---|---|---|---|

**Mazan, Gary A**
**8150 Cleary Blvd #1509**
**Plantation, FL 33411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Dream Recovery International LLC** | Case number (if known) | **16-16068** |
| --- | --- | --- | --- |
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.00 | $840.00 |
| --- | --- | --- | --- | --- |
| | **Meza, Fanny G**<br>**3758 Mil Race Ct**<br>**Greenacres, FL 33463** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,576.92 | $1,576.92 |
| --- | --- | --- | --- | --- |
| | **Mikkelson, Raymond**<br>**9916 Liberty Rd**<br>**Boca Raton, FL 33434** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,416.00 | $12,475.00 |
| --- | --- | --- | --- | --- |
| | **Morales, Jose**<br>**380 W Palmetto Park Rd #205C**<br>**Boca Raton, FL 33432** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $765.00 | $765.00 |
| --- | --- | --- | --- | --- |
| | **Newman, Edward D**<br>**22708 Vista Wood Way**<br>**Boca Raton, FL 33428** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Dream Recovery International LLC** | | Case number (if known) | **16-16068** |
|---|---|---|---|---|

Name

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $646.16 | $646.16 |
|---|---|---|---|---|

**Poitier, Darius**
**221 NW 4 Ave**
**Delray Beach, FL 33444**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $808.25 | $808.25 |
|---|---|---|---|---|

**Raphael, Cassandra**
**512 SW 1 Ct #304**
**Pompano Beach, FL 33060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.00 | $1,120.00 |
|---|---|---|---|---|

**Reyes, Griffin**
**20985 St Andrews Blvd #28**
**Boca Raton, FL 33433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,625.00 | $1,625.00 |
|---|---|---|---|---|

**Salzano, Vincent**
**4620 Bougainvilla Dr #9**
**Lauderdale By The Sea, FL 33308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Dream Recovery International LLC**                              Case number (if known) **16-16068**
Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,474.75 | $1,474.75 |

Priority creditor's name and mailing address
**Scorzelli, Daniel**
**65 Forest Cir**
**Cooper City, FL 33028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,474.75**  **$1,474.75**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address
**Sosa Ramirez, Damiana**
**617 Urquhart St**
**Lake Worth, FL 33461**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,153.86**  **$2,153.86**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address
**Taylor, Tearaca S**
**3870 SW 31 Ct**
**Hollywood, FL 33023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,393.00**  **$1,393.00**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Nonpriority creditor's name and mailing address
**Athena Sava, San Marco Trust and**
**Meir Dehry, Trustee**
**c/o Ron Kaniuk, Esq.**
**301 Yamato Road, #2121**
**Boca Raton, FL 33431**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00**

Date(s) debt was incurred  **2016**

Basis for the claim:  **rent**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Dream Recovery International LLC** | Case number (if known) | **16-16068** |
|---|---|---|---|
| | Name | | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Boca Palms Group LLC**
Attn: Dana Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Calm Trust LLC**
c/o David J Zappitell Esq
200 NE 2 Ave #103
Delray Beach, FL 33444

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CB Harrison LLC**
Attn: Scott Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$832,456.33** |
|---|---|---|---|

**Cigna**
Attn: Cynthia Makara
Routing W3SIUQ
900 Cottage Grove Rd
Hartford, CT 06152

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __6802__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Overpayment__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dana Frankel**
9455 Bridgebrook Dr
Boca Raton, FL 33496

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dream Years IV LLC**
c/o Shir Law Group PA
1800 NW Corporate Blvd #200
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lawsuit - amount unknown__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.37** |
|---|---|---|---|

**Gibel, Joseph J**
1102 SE 3 St #4
Deerfield Beach, FL 33441

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor     **Dream Recovery International LLC**
       Name

Case number (if known)  **16-16068**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700,000.00 |
|---|---|---|---|

**James S. Coleman**
**370 Northern Blvd.**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loans to the company**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jill Youngswich**
**21218 St Andrews Blvd #700**
**Boca Raton, FL 33433**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Jone, Robert W**
**238 Birch St**
**Boynton Beach, FL 33426**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,682.14 |
|---|---|---|---|

**Jordan Dynamics**
**11641 Q Gardens Ave #111**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith Youngswich**
**21218 St Andrews Blvd #700**
**Boca Raton, FL 33433**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maricel Castro**
**c/o Keith E. Gitman Esq**
**Kanner & Pintaluga PA**
**925 S Federal Hwy 6 FL**
**Boca Raton, FL 33432**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Medivance Billing Service Inc**
**4750 N Hiatus Rd**
**Fort Lauderdale, FL 33351**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor **Dream Recovery International LLC**                                    Case number (if known) **16-16068**
_____
Name

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Michael Lohan**
c/o David J. Zappitell Esq
200 NE 2 Ave #103
Delray Beach, FL 33444

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,707.25** |

**Mina Higgins Group LLP**
555 Broadhollow Rd #404
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **g055**

Basis for the claim: **Accounting Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |

**Morales, Jose**
380 W Palmetto Park Rd #205C
Boca Raton, FL 33432

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**NuMed Care LLC**
Attn Clifford Carroll
4800 N Federal Hwy #B200
Boca Raton, FL 33431

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$164,964.03** |

**Palm Law Partners PA**
1801 N Military Trail #120
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0001**

Basis for the claim: **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Scott Frankel**
9455 Bridgebrook Dr
Boca Raton, FL 33496

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123.00** |

**United Medical Industries Corp.**
8603 NW 66 St
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **3403**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Dream Recovery International LLC** | | Case number (if known) | **16-16068** |
|---|---|---|---|---|
| | Name | | | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Urgent Care Billing**
**123 NW 13 St #300A**
**Boca Raton, FL 33432**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 72,624.87 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,812,477.12 |
| **5c. Total of Parts 1 and 2** | 5c. | $ | **1,885,101.99** |
| Lines 5a + 5b = 5c. | | | |

**Fill in this information to identify the case:**

Debtor name   **Dream Recovery International LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **16-16068**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at 510 San Marco Drive, Fort Lauderdale, FL 33301** |
|         State the term remaining | **January 31, 2017** | **Athena Sava, San Marco Trust and Meir Dehry Trust c/o Ron Kaniuk, Esq. 301 Yamato Road, #2121 Boca Raton, FL 33431** |
|         List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Dream Recovery International LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **16-16068**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 James S. Coleman | 370 Northern Blvd. Great Neck, NY 11021 | American Funding Group LLC | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 James S. Coleman | 370 Northern Blvd. Great Neck, NY 11021 | Athena Sava, San Marco Trust and | ☐ D ____ ☑ E/F __3.1__ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Dream Recovery International LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **16-16068**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ☐ Operating a business<br>**Not operating since 2/28 - accounting for 2016 not yet finalized**<br>■ Other | **Unknown** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>**Operating a Business - Accounting for 2015 not yet finalized**<br>■ Other | **Unknown** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$2,372,948.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Dream Recovery International LLC**    Case number *(if known)* **16-16068**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    . | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Debtor has been**<br>**unable to access its financial**<br>**records and is in the process of**<br>**doing so and will amend the**<br>**schedules accordingly.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    . | | **$0.00** | **Debtor has been unable to**<br>**access its financial records and**<br>**is in the process of doing so**<br>**and will amend the schedules**<br>**accordingly.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   **Dream Recovery International LLC**                         Case number *(if known)* **16-16068**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Dream Recovery International, LLC and Dream International Holdings, LLC v. Michael Lohan and Calm Trust, LLC**<br>**502014CA014048XXXXMB AH** | **members' dispute** | **Circuit Court Palm Beach County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Dream Years IV, LLC v. Dream Recovery International, LLC, et al.**<br>**502015CA008133XXXXMB** | **members' dispute** | **Circuit Court Palm Beach County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Maricel Castro v. Dream Recovery International, LLC, et al.**<br>**15018783** | **Former employee negligent security** | **Circuit Court Broward County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Dream Recovery International LLC**                    Case number *(if known)* **16-16068**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rappaport Osborne Rappaport & Kiem, PL 1300 N Federal Hwy Suite 203 Boca Raton, FL 33432** | **Attorney Fees $61,566.00, Third Party paid $22,566.00 with an additional fee to be paid in the amount of $39,000.00, Filing Fee $1,717.00** | **4/27/16** | **$22,566.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor? Dominic Sin** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **Pursuant to the Joint Venture Agreement, Dream Recovery International, LLC received $4.1 million which was directed to the attorney for Dream International Holdings, LLC Trust Account and disbursed to Dream Years IV, LLC $1.3 million, Firebird Renewal, LLC $1.3 million and CB Harrison, LLC $649,000.00** | **2014** | **$0.00** |
| | **Relationship to debtor** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5301 N Federal Hwy #160 Boca Raton, FL 33487** | **2014-9/2015** |
| 14.2. | | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

Debtor  **Dream Recovery International LLC**                          Case number *(if known)* **16-16068**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Dream Recovery International LLC 510 San Marco Dr Fort Lauderdale, FL 33301** | **Day or Night Treatment with Community Housing, Intensive Outpatient Treatment, and Outpatient Treatment** | **1000** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **510 San Marco Dr., Fort Lauderdale, FL 33301** | How are records kept? *Check all that apply:* ■ Electronically ■ Paper |

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**social secuity numbers, DOB**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Dream Recovery International LLC**                                          Case number *(if known)*  **16-16068**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

Debtor    **Dream Recovery International LLC**                                          Case number *(if known)*  **16-16068**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Stephen P. Higgins, CPA**<br>**67 Dumbarton Dr**<br>**Huntington, NY 11743** | **2014 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dream International Holdings, LLC** | **510 San Marco Dr.**<br>**Fort Lauderdale, FL 33301** | | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          page 7

Debtor    **Dream Recovery International LLC**

Case number *(if known)*  **16-16068**

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See SOFA 4** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 18, 2016**

| | |
|---|---|
| **/s/ Dream International Holdings LLC by Firebird Renewal LLC** | **Dream International Holdings LLC by Firebird Renewal LLC** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **by James S. Coleman, MGMR of Firebird Renewal LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

# United States Bankruptcy Court
## Southern District of Florida

In re __Dream Recovery International LLC__  Case No. __16-16068__
Debtor(s)  Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **by James S. Coleman, MGMR of Firebird Renewal LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __May 18, 2016__  Signature __/s/ Dream International Holdings LLC by Firebird Renewal LLC__
Dream International Holdings LLC by Firebird Renewal LLC

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.