**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

DREAM RECOVERY INTERNATIONAL, LLC,                    CASE NO. 16-16068-JKO
                                                      CHAPTER 11
        Debtor                                        Lead Case

_____/

DREAM INTERNATIONAL HOLDINGS, LLC,                    CASE NO. 16-16073-JKO
                                                      (JOINTLY ADMINISTERED)
                                                      CHAPTER 11
        Debtor.

_____/

FIREBIRD RENEWAL, LLC,                                CASE NO. 16-16074-JKO
                                                      (JOINTLY ADMINISTERED)
                                                      CHAPTER 11

        Debtor.

_____/

## DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY

DREAM RECOVERY INTERNATIONAL, LLC, and DREAM INTERNATIONAL

HOLDINGS, LLC, Debtors and Debtors-In-Possession, by and through its undersigned

counsel, pursuant to 11 U.S.C §§362 and 105, hereby files this Motion to Enforce

Automatic Stay, and in support thereof states:

1.      On April 27, 2016, Debtors filed separate voluntary Chapter 11 petitions,

which are being jointly administered by this Bankruptcy Court.

2.      On May 3, 2016, the Debtors filed and served a Suggestion of Bankruptcy

on the affected parties in the case of Dream Recovery International, LLC *et al* v. Michael

Lohan *et al* , Case No. 502014CA014048XXXXMB AH pending in the Circuit Court of the

Fifteenth Judicial Circuit, in an for Palm Beach County, Florida (the "Lohan Case").  The

foregoing Lohan Case also includes counterclaims and third party claims.  A copy of the

1

foregoing Suggestion of Bankruptcy is attached hereto and incorporated herein as Exhibit "A."

3.      Around June 17, 2016, Calm Trust LLC and Michael Lohan filed Proof of Claims 6 and 7 in the Dream Recovery International LLC bankruptcy case, Proof of Claims 3 and 4 in the Dream International Holdings LLC bankruptcy case, and Proof of Claims 2 and 3 in the Firebird Renewal LLC bankruptcy case, asserting a similarly based claim amount of approximately $300,000.

4.      On June 24, 2016, the Debtors were served with a Notice of Hearing in the Lohan Case, wherein counsel for Counter-Claimant Plaintiffs Michael Lohan and Calm Trust LLC is asking the underlying State Court to hear on July 28, 2016 at 8:45AM (1) its motion to strike the Debtors' affirmative defenses and (2) its motion to default and/or dismiss the Debtors' claims.  A copy of the foregoing Notice of Hearing including the referenced motions are attached hereto and incorporated herein as Composite Exhibit "B."

5.      On June 29, 2016, bankruptcy counsel for the Debtors sent an email to state court counsel for Counter-Claimant Plaintiffs Michael Lohan and Calm Trust LLC asking them to withdraw and or cancel the above referenced State Court Notice of Hearing since their actions are in violation of the Bankruptcy Court's automatic stay.  However, after a series of email exchanges with the foregoing opposing counsel, they still insist on moving forward with the hearing in state court.  A true and correct copy of the foregoing referenced email exchange is attached hereto and incorporated herein as Exhibit "C."

6.      The Debtors should not be required to defend or pursue claims asserted in the Lohan Case in the underlying State Court.  The Lohan Case involves counterclaims

2

against the Debtors and other third parties.  Michael Lohan and Calm Trust LLC are asking the underlying State Court for the Debtors affirmative defenses to Michael Lohan and Calm Trust LLC counter claims to be stricken.  Furthermore, Michael Lohan and Calm Trust LLC are asking the underlying State Court to default or dismiss the Debtors claims, while allowing Michael Lohan and Calm Trust LLC to continue to pursue their counterclaims against the Debtors.  The foregoing action by Michael Lohan and Calm Trust LLC are in clear violation of the Bankruptcy Court's automatic stay.

7.      By filing the Notice of Hearing and pursuing the referenced motion to strike the Debtors' affirmative defenses and motion to default and/or dismiss the Debtors' claims, Michael Lohan and Calm Trust LLC have violated the automatic stay imposed by section 362. Section 362 operates as a stay, applicable to all entities of:

> (1) the commencement or continuation, including the issuance or process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
>
>  (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
>
>  (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
>
> 11 U.S.C. § 362(a)(1), (3), (6).

8.      The Eleventh Circuit has noted that §362 is "one of the fundamental debtor protections provided by the bankruptcy laws because it gives the debtor a breathing spell from his creditors, stops all collection efforts, all harassment, and all foreclosure actions,

3

and permits the debtor to attempt a repayment or reorganization plan." *In re Jacks,* 642 F.3d 1323, 1328 (11th Cir.2011) (citation omitted). To that end, §362(a) imposes, subject to certain exceptions, an automatic stay of various acts that are attempts to enforce prepetition claims or that would otherwise affect or interfere with property of the estate or debtor. *Id.* (citation and quotation marks omitted).

9. Michael Lohan and Calm Trust LLC's actions as detailed in this Motion, is in violation of the automatic stay. Without seeking relief of the automatic stay from this Bankruptcy Court, Michael Lohan and Calm Trust LLC are asking the underlying State Court to strike the Debtors affirmative defenses to claims asserted by Michael Lohan and Calm Trust LLC against the Debtors. The foregoing referenced claims asserted by Michael Lohan and Calm Trust LLC, are the same claims that form the basis of the Proofs of Claims filed in the underlying bankruptcy cases. As such, the foregoing actions are clearly in violation of Section 362(a)(6) since it is an "act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title...". See also Section 362(a)(1).

10. Furthermore, Michael Lohan and Calm Trust LLC, are asking the underlying State Court (without obtaining relief from the automatic stay) to default or dismiss the Debtors claims, while allowing Michael Lohan and Calm Trust LLC to continue to pursue their counterclaims against the Debtors. The claims against Michael Lohan and Calm Trust LLC are assets of the bankruptcy estates and the actions by Michael Lohan and Calm Trust LLC to dismiss those claims in State Court are clearly in violation of Section 362(a)(3) since it is an "act any act to obtain possession of property of the estate or of

4

property from the estate or to exercise control over property of the estate…".  See also Section 362(a)(1).

WHEREFORE, Debtors respectfully requests this Bankruptcy Court to enter an Order: (1) holding Michael Lohan and Calm Trust LLC in civil contempt for having violated and disregarded the automatic stay; (2) directing Michael Lohan and Calm Trust LLC to remedy its violations of the automatic stay by immediately withdrawing or cancelling any hearings and or motions seeking relief against the Debtors, including the motion to strike the Debtors' affirmative defenses and the motion to default and/or dismiss the Debtors' claims; (3) assessing sanctions for Michael Lohan and Calm Trust LLC's willful violation of the automatic stay including reimbursing the Debtors for their reasonable attorneys' fees and costs in connection with the enforcement of the automatic stay; and (4) for such other and further relief as may be just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all parties on the attached list the 27th day of July, 2016.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
Attorneys for Debtors
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone:  (561) 368-2200

BY:_____/s/_____
    TAREK K. KIEM, ESQ.
    FL Bar No. 637041

5

4101 4068

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FL

CASE NO. 502014CA014048XXXXMB AH

DREAM RECOVERY INTERNATIONAL, LLC,
a Florida limited liability company; and
DREAM INTERNATIONAL HOLDINGS, LLC,                    **Exhibit "A"**
a Florida limited liability company;

      Plaintiffs,

vs.

MICHAEL LOHAN, an Individual, and
CALM TRUST, LLC,

      Defendants.

_____/

MICHAEL LOHAN and CALM TRUST, LLC,
a Florida limited liability company,

      Counterclaimants,

vs.

DREAM, RECOVERY INTERNATIONAL, LLC,
a Florida limited liability company,

      Counter-Defendant,

_____/

MICHAEL LOHAN,

      Third Party Plaintiff,

vs.

SCOTT FRANKEL,

      Third Party Defendant.

_____/

## SUGGESTION OF BANKRUPTCY

DREAM RECOVERY INTERNATIONAL, LLC, by and through its undersigned

counsel, herewith advises this Court that on April 27, 2016, said Defendant filed a voluntary Chapter 11 petition in the United States Bankruptcy Court for the Southern District of Florida, Case Number 16-16068-BKC-JKO.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by mail or electronically where available to all parties on the service list attached this 3rd day of May, 2016.

RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
Attorneys for Debtor-in-Possession
1300 North Federal Highway
Squires Building, Suite 203
Boca Raton, Florida 33432
Telephone: (561) 368-2200
Facsimile: (561) 338-0350

BY:___/s/_____
        TAREK K. KIEM, ESQ.
        Florida Bar No. 637041

SERVICE LIST:
Michael Lohan and Calm Trust, LLC
c/o Kerri C. Smith, Esquire
Zappitell Law Firm, P.L.
200 NE 2nd Avenue, Suite 103
Delray Beach, FL  33444
E-service:  kerri@bocaratonlaw.com; david@bocaratonlaw.com;
cheryl@bocaratonlaw.com

Scott Frankel
9455 Bridgebrook Dr.
Boca Raton, FL  33496

Dream International Holdings, LLC
c/o James Coleman
510 San Marco Dr.
Fort Lauderdale, FL  33301

United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 11 of the United States Bankruptcy Code, entered on
04/27/2016 at 3:13 PM and filed on 04/27/2016.

**Dream Recovery International LLC**
510 San Marco Dr
Fort Lauderdale, FL 33301
Tax ID / EIN: 46-4096802

The case was filed by the debtor's attorney:

**Tarek K Kiem**
1300 N Federal Hwy #203
Boca Raton, FL 33432
(561) 368-2200

The case was assigned case number 16-16068-JKO to Judge John K Olson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor
and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the
debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the
Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet*
home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important
deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 05/03/2016 13:17:39 | | |
| PACER Login: | kr0026:2582760:0 | Client Code: |
| Description: | Notice of Filing | Search Criteria: | 16-16068-JKO |
| Billable Pages: | 1 | Cost: | 0.10 |

IN THE CIRCUIT COURT OF THE FIFTEEN JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

DREAM RECOVERY INTERNATIONAL, LLC,
A Florida Limited Liability Company, and
DREAM INTERNATIONAL HOLDINGS, LLC,
A Florida Limited Liability Company,

Plaintiff,                          CASE NO.: 50-2014-CA-14048 XXXX MB (AH)

Vs.

MICHAEL LOHAN, an Individual, and
CALM TRUST, LLC,

Defendants.

_____/

MICHAEL LOHAN and CALM TRUST, LLC,
Florida Limited Liability Company,

Counterclaimants,

Vs.

DREAM RECOVERY INTERNATIONAL, LLC,
A Florida Limited Liability Company,

Counter-Defendant.

_____/

MICHAEL LOHAN,

Third Party Plaintiff,

Vs.

SCOTT FRANKEL,

Third Party Defendant.                          **Exhibit "B"**

_____/

## NOTICE OF HEARING
( Motion Calendar )

TO:   Tarek K. Kiem, Esquire          James Coleman          Scott Frankel
      Rappaport Osborne, et al        510 San Marco Dr.      9455 Bridgebrook Dr.
      1300 N. Federal Hwy., #203      Ft. Lauderdale, FL     Boca Raton, FL   33496
      Boca Raton, FL   33432          33301

**ZAPPITELL** | *Law Firm*

200 NE 2ⁿᵈ Avenue, Suite 103 • Delray Beach, Florida 33444 • O: 561.330.6330 • F: 561.330.6769 • www.delraybeachlawyers.com • www.bocaratonlaw.com

YOU ARE HEREBY NOTIFIED that the above is set down for hearing upon the following matters;

| | |
|---|---|
| JUDGE | :Lisa Small |
| TO BE HEARD | :Counter-claimant, Michael Lohan's and Calm Trust, LLC's, Motion to Strike Affirmative Defenses of Counter-Defendant, Dream Recovery International, LLC; and Defendant, Michael Lohan's and Calm Trust LLC's, Motion for Default and/or to Dismiss the Claims of Plaintiff, Dream Recovery International, LLC and Dream International Holdings, LLC |
| PLACE | : Palm Beach County Courthouse<br>: 205 North Dixie Highway<br>: West Palm Beach, Florida 33401 |
| DATE | :Thursday, July 28, 2016 |
| TIME | : 8:45 a.m. |

PLEASE BE GOVERNED ACCORDINGLY

Movant counsel certifies that a bona fide effort to agree or to narrow the issues on the motion noticed herein has been made with opposing counsel or that because of time considerations, such effort has not yet been possible but will be made prior to the date of the above hearing.

In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding, contact the ADA Coordinator, (561) 355-2431, not later than seven (7) days prior to the proceedings.  If hearing impaired, contact (TDD) 1-800-955-8771, or (V) 1-800-955-8770 via Florida Relay.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by E-Mail Transmission and Certified Mail – RRR to the above named addressee(s) this 24 day of June, 2016.

ZAPPITELL LAW FIRM, P.L.
Attorneys for Plaintiff
200 N.E. 2nd Avenue, Suite 103
Delray Beach, FL  33444
(561-330-6330; Fax: 561-330-6769)

BY: _____
DAVID J. ZAPPITELL
Florida Bar No.: 088545

cc: Judicial Assistant

**ZAPPITELL** | *Law Firm*

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

DREAM RECOVERY INTERNATIONAL, LLC,
A Florida Limited Liability Company,
and DREAM INTERNATIONAL HOLDINGS, LLC,
a Florida Limited Liability Company,

Plaintiff,                                   CASE NO.: 50-2014-CA-14048 XXXX MB (AH)

Vs.

MICHAEL LOHAN, an Individual, and
CALM TRUST, LLC,

Defendants.
_____/

MICHAEL LOHAN and CALM TRUST, LLC,
Florida Limited Liability Company,

Counterclaimants,

Vs.

DREAM RECOVERY INTERNATIONAL, LLC,
A Florida Limited Liability Company,

Counter-Defendant.
_____/

MICHAEL LOHAN,

Third Party Plaintiff,

Vs.

SCOTT FRANKEL,

Third Party Defendant.
_____/

## COUNTERCLAIMANTS, MICHAEL LOHAN's AND CALM TRUST, LLC's, MOTION TO STRIKE AFFIRMATIVE DEFENSES OF COUNTER-DEFENDANT, DREAM RECOVERY INTERNATIONAL, LLC

1

Counterclaimants, MICHAEL LOHAN and CALM TRUST, LLC, a Florida Limited Liability Company, hereby file this Motion to Strike the Affirmative Defenses of Counter-Defendant, DREAM RECOVERY INTERNATIONAL, LLC, and state as follows:

1.      On March 31, 2016, this Honorable Court entered an Order authorizing counsel for Counter-Defendant, DREAM RECOVERY INTERNATIONAL, LLC, to withdraw. In the Order, the Court provided this Counter-Defendant with twenty (20) days to engage new counsel "or adverse action may happen without its knowledge." The Order is attached hereto as Exhibit "A."

2.      The March 31, 2016 Order specifically stated, "If the party is a corporation, Florida law requires that a corporation be represented by an attorney. Failure to timely retain new counsel, who files an appearance of behalf of the corporation within twenty (20) days from the date of this Order, may result in the entry of a Default."

3.      Twenty days have lapsed, and the corporate Counter-Defendant, DREAM RECOVERY INTERNATIONAL, LLC, has failed to timely retain new counsel who filed an appearance in this case.

4.      Accordingly, Counterclaimants, MICHAEL LOHAN and CALM TRUST, LLC, request this Court to enter an Order striking the Affirmative Defenses of Counter-Defendant, DREAM RECOVERY INTERNATIONAL, LLC, for failing to retain new counsel and failing to abide by this Court's Order.

WHEREFORE, Defendants, MICHAEL LOHAN and CALM TRUST, LLC, request this Court to enter an Order striking the Affirmative Defenses of Counter-

Defendant, DREAM RECOVERY INTERNATIONAL, LLC, for failing to retain new counsel and failing to abide by this Court's Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by Email Service and Certified Mail to James Coleman, for Dream International Holdings, LLC and Dream Recovery International, LLC, 50 San Marco Drive, Fort Lauderdale, FL 33301; Scott Frankel, 9455 Bridgebrook Drive, Boca Raton, FL 33496; and Craig Oberweger, Esq., Palm Law Partners, P.A., 1801 North Military Trail, Suite 120, Boca Raton, FL 33431 (craig@palmlawpartners.com; · Jason@palmlawpartners.com; Carmen@palmlawpartners.com) this 3rd day of May , 2016.

ZAPPITELL LAW FIRM, P.L.
Attorneys for Michael Lohan and
Calm Trust, LLC
200 N.E. 2nd Avenue, Suite 103
Delray Beach, FL 33444
(561-330-6330; Fax: 561-330-6769)

BY: _____
KERRI C. SMITH
Florida Bar No.: 0183369

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT OF FLORIDA, IN AND
FOR PALM BEACH COUNTY

DREAM RECOVERY INTERNATIONAL,
LLC., a Florida Limited Liability Company, and
DREAM INTERNATIONAL HOLDINGS
LLC., a Florida Limited Liability Company

      Plaintiff,                CASE NO.: 502014CA014048XXXXMB (AH)

vs.

MICHAEL LOHAN, an individual, and
CALM TRUST,LLC.. a Florida Corporation,

      Defendants.
_____/
MICHAEL LOHAN, an individual, and
CALM TRUST,LLC., a Florida Corporation,

      Counter-Plaintiffs,
vs.

DREAM RECOVERY INTERNATIONAL,
LLC., a Florida Limited Liability Company

      Counter-Defendant.
_____/
MICHAEL LOHAN

      Third Party-Plaintiff,
vs.

SCOTT FRANKEL

      Third Party-Defendant.
_____/

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DREAM INTERNATIONAL HOLDINGS LLC, PLAINTIFF/COUNTER DEFENDANT DREAM RECOVERY INTERNATIONAL, LLC, AND THIRD PARTY DEFENDANT SCOTT FRANKEL

      **THIS CAUSE**, having come to be heard by this Court on Craig Oberweger, Esq., Jason Siedman, and Palm Law Partner's Motion to Withdraw as Counsel, and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

Exhibit "H"

ORDERED AND ADJUDGED that said Motion is hereby GRANTED. Craig Oberweger, Esq. Jason Seidman, Esq. and Palm Law Partners are withdrawn, discharged and released forthwith, and DREAM INTERNATIONAL HOLDINGS, LLC at 510 San Marco Drive, Ft. Lauderdale, FL 33301, DREAM RECOVERY INTERNATIONAL, LLC at 510 San Marco Drive, Ft. Lauderdale, FL 33301, and SCOTT FRANKEL at 9455 Bridgebrook Drive, Boca Raton, FL 33496, shall have twenty (20) days to engage new counsel or adverse action may happen without its knowledge. All future pleadings are to be directed to the parties below until new counsel appears.

_____

_____

_____

If the party is a corporation, Florida law requires that a corporation be represented by an attorney. Failure to timely retain new counsel, who files an appearance on behalf of the corporation within twenty (20) days from the date of this Order, may result in the entry of a Default.

DONE AND ORDERED in Chambers at Palm Beach County Courthouse, Palm Beach County, Florida, on this 31st day of March, 2016.

HONORABLE LISA SMALL
CIRCUIT JUDGE

Copies to:
David Zappitell, Esq.: Zappitell Law Firm, P.I.,
200 N.E. 2nd Avenue, Suite 103, Delray Beach, Florida 33444
david@bocaratonlaw.com; cheryl@bocaratonlaw.com
James Coleman for Dream International Holding, LLC., & Dream Recovery International, LLC.
510 San Marco Dr. Ft Lauderdale, FL 33301
Scott Frankel 9455 Bridgebrook Drive, Boca Raton. FL 33496
Craig Oberweger, Esq.: Palm Law Partners, P.A., 1801 North Military Trail, Suite 120, Boca Raton, FL 33431 craig@palmlawpartners.com; jason@palmlawpartners.com carmen@palmlawpartners.com

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

DREAM RECOVERY INTERNATIONAL, LLC,
A Florida Limited Liability Company,
and DREAM INTERNATIONAL HOLDINGS, LLC,
a Florida Limited Liability Company,

Plaintiff,                              CASE NO.: 50-2014-CA-14048 XXXX MB (AH)

Vs.

MICHAEL LOHAN, an Individual, and
CALM TRUST, LLC,

Defendants.
_____/

MICHAEL LOHAN and CALM TRUST, LLC,
Florida Limited Liability Company,

Counterclaimants,

Vs.

DREAM RECOVERY INTERNATIONAL, LLC,
A Florida Limited Liability Company,

Counter-Defendant.
_____/

MICHAEL LOHAN,

Third Party Plaintiff,

Vs.

SCOTT FRANKEL,

Third Party Defendant.
_____/

**DEFENDANTS, MICHAEL LOHAN's AND CALM TRUST, LLC's,
MOTION FOR DEFAULT AND/OR TO DISMISS THE CLAIMS OF
PLAINTIFFS, DREAM RECOVERY INTERNATIONAL, LLC, AND**

## DREAM INTERNATIONAL HOLDINGS, LLC,

Defendants, MICHAEL LOHAN and CALM TRUST, LLC, a Florida Limited Liability Company, hereby file this Motion for Default and/ or to Dismiss the Claims of Plaintiffs DREAM RECOVERY INTERNATIONAL, LLC, and DREAM INTERNATIONAL HOLDINGS, LLC, and state as follows:

1.     On March 31, 2016, this Honorable Court entered an Order authorizing counsel for Plaintiffs, DREAM RECOVERY INTERNATIONAL, LLC, and DREAM INTERNATIONAL HOLDINGS, LLC, to withdraw. In the Order, the Court provided these Defendants with twenty (20) days to engage new counsel. The Order is attached hereto as Exhibit "A."

2.     The March 31, 2016 Order specifically stated, "If the party is a corporation, Florida law requires that a corporation be represented by an attorney. Failure to timely retain new counsel, who files an appearance of behalf of the corporation within twenty (20) days from the date of this Order, may result in the entry of a Default."

3.     Twenty days have lapsed, and the corporate Plaintiffs, DREAM RECOVERY INTERNATIONAL, LLC, and DREAM INTERNATIONAL HOLDINGS, LLC, have failed to timely retain new counsel who filed an appearance in this case.

4.     Accordingly, Defendants, MICHAEL LOHAN and CALM TRUST, LLC, request this Court to enter a default against these corporate Plaintiffs, or dismiss their claims in this matter, for failing to retain new counsel and failing to abide by this Court's Order.

5.    Defendants, MICHAEL LOHAN and CALM TRUST, LLC, wish to maintain and continue their counterclaims against these corporate Plaintiffs, and wish to maintain and continue their counterclaims against the individual, SCOTT FRANKEL.

WHEREFORE, Defendants, MICHAEL LOHAN and CALM TRUST, LLC, request this Court to enter a default against these corporate Plaintiffs, DREAM RECOVERY INTERNATIONAL, LLC, and DREAM INTERNATIONAL HOLDINGS, LLC, or dismiss their claims in this matter, for failing to retain new counsel and for failing to abide by this Court's Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by Email Service and Certified Mail to James Coleman, for Dream International Holdings, LLC and Dream Recovery International, LLC, 50 San Marco Drive, Fort Lauderdale, FL 33301; Scott Frankel, 9455 Bridgebrook Drive, Boca Raton, FL 33496; and Craig Oberweger, Esq., Palm Law Partners, P.A., 1801 North Military Trail, Suite 120, Boca Raton, FL 33431 (craig@palmlawpartners.com; Jason@palmlawpartners.com; Carmen@palmlawpartners.com) this 3rd day of May , 2016.

ZAPPITELL LAW FIRM, P.L.
Attorneys for Michael Lohan and
Calm Trust, LLC
200 N.E. 2nd Avenue, Suite 103
Delray Beach, FL 33444
(561-330-6330; Fax: 561-330-6769)

BY: _____
KERRI C. SMITH
Florida Bar No.: 0183369

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT OF FLORIDA, IN AND
FOR PALM BEACH COUNTY

DREAM RECOVERY INTERNATIONAL,
LLC., a Florida Limited Liability Company, and
DREAM INTERNATIONAL HOLDINGS
LLC., a Florida Limited Liability Company

       Plaintiff,

                           CASE NO.: 502014CA014048XXXXMB (AH)

vs.

MICHAEL LOHAN, an individual, and
CALM TRUST,LLC.. a Florida Corporation,

       Defendants.
_____/
MICHAEL LOHAN, an individual, and
CALM TRUST,LLC., a Florida Corporation,

       Counter-Plaintiffs,
vs.

DREAM RECOVERY INTERNATIONAL,
LLC., a Florida Limited Liability Company

       Counter-Defendant.
_____/
MICHAEL LOHAN

       Third Party-Plaintiff,
vs.

SCOTT FRANKEL

       Third Party-Defendant.
_____/

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DREAM INTERNATIONAL HOLDINGS LLC, PLAINTIFF/COUNTER DEFENDANT DREAM RECOVERY INTERNATIONAL, LLC, AND THIRD PARTY DEFENDANT SCOTT FRANKEL

THIS CAUSE, having come to be heard by this Court on Craig Oberweger, Esq., Jason Siedman, and Palm Law Partner's Motion to Withdraw as Counsel, and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

Exhibit "A"

ORDERED AND ADJUDGED that said Motion is hereby GRANTED. Craig Oberweger, Esq. Jason Seidman, Esq. and Palm Law Partners are withdrawn, discharged and released forthwith, and DREAM INTERNATIONAL HOLDINGS, LLC at 510 San Marco Drive, Ft. Lauderdale, FL 33301, DREAM RECOVERY INTERNATIONAL, LLC at 510 San Marco Drive, Ft. Lauderdale, FL 33301, and SCOTT FRANKEL at 9455 Bridgebrook Drive, Boca Raton, FL 33496, shall have twenty (20) days to engage new counsel or adverse action may happen without its knowledge. All future pleadings are to be directed to the parties below until new counsel appears.

If the party is a corporation, Florida law requires that a corporation be represented by an attorney. Failure to timely retain new counsel, who files an appearance on behalf of the corporation within twenty (20) days from the date of this Order, may result in the entry of a Default.

DONE AND ORDERED in Chambers at Palm Beach County Courthouse, Palm Beach County, Florida, on this 31st day of March, 2016.

HONORABLE LISA SMALL
CIRCUIT JUDGE

**Copies to:**
David Zappitell, Esq.: Zappitell Law Firm, P.I.,
200 N.E. 2nd Avenue, Suite 103, Delray Beach, Florida 33444
david@bocaratonlaw.com; cheryl@bocaratonlaw.com
James Coleman for Dream International Holding, LLC., & Dream Recovery International, LLC.
510 San Marco Dr. Ft Lauderdale, FL 33301
Scott Frankel 9455 Bridgebrook Drive, Boca Raton, FL 33496
Craig Oberweger, Esq.: Palm Law Partners, P.A., 1801 North Military Trail, Suite 120, Boca Raton, FL
33431 craig@palmlawpartners.com; jason@palmlawpartners.com carmen@palmlawpartners.com

**Tarek Kiem**

| | |
|---|---|
| **From:** | Tarek Kiem <tarek@rorlawfirm.com> |
| **Sent:** | Tuesday, July 26, 2016 2:34 PM |
| **To:** | 'Kerri Smith' |
| **Cc:** | david@bocaratonlaw.com; stacy@rorlawfirm.com; luann@rorlawfirm.com; 'Cheryl Gunnarson' |
| **Subject:** | RE: Case No. 50-2014-CA-14048 Michael Lohan & Calm Trust LLC / Bankruptcy Case No. Case No. 16-16068-JKO In re Dream Recovery International LLC et al |
| **Importance:** | High |

Kerri and David,

I am out of time.  Please send me a cancellation of the hearings set for 7/28 at 8:45 AM in the above matter by end of business today.  Otherwise, I will have no choice but to bring this matter to the bankruptcy court's attention and I will have to request fees and costs on behalf of the bankruptcy estate for filing same.

Tarek Kiem, Esq.
RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200 ext. 112.
Facsimile: (561) 338-0350

CONFIDENTIALITY NOTE:
THE INFORMATION CONTAINED IN THIS TRANSMISSION IS LEGALLY PRIVILEGED AND CONFIDENTIAL, INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE (1) REPLY BY E-MAIL TO US IMMEDIATELY AND (2) DELETE THIS MESSAGE.

**From:** Tarek Kiem [mailto:tarek@rorlawfirm.com]
**Sent:** Tuesday, July 19, 2016 10:58 AM
**To:** 'Kerri Smith'
**Cc:** luann@rorlawfirm.com; stacy@rorlawfirm.com
**Subject:** RE: Case No. 50-2014-CA-14048 Michael Lohan & Calm Trust LLC / Bankruptcy Case No. Case No. 16-16068-JKO In re Dream Recovery International LLC et al

Hi Kerri,

I am circling back with you on this matter.  Let me know.

Thanks,

Tarek Kiem, Esq.
RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200 ext. 112.
Facsimile: (561) 338-0350

**Exhibit "C"**

CONFIDENTIALITY NOTE:
THE INFORMATION CONTAINED IN THIS TRANSMISSION IS LEGALLY PRIVILEGED AND CONFIDENTIAL, INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE (1) REPLY BY E-MAIL TO US IMMEDIATELY AND (2) DELETE THIS MESSAGE.

**From:** Kerri Smith [mailto:ksmith@kerrismithpa.com]
**Sent:** Wednesday, June 29, 2016 5:42 PM
**To:** Tarek Kiem
**Subject:** Re: Case No. 50-2014-CA-14048 Michael Lohan & Calm Trust LLC / Bankruptcy Case No. Case No. 16-16068-JKO In re Dream Recovery International LLC et al

Tarek,

Let me take a look at it. I will see if I can get a hold of Mr. Zappitell and let you know soon as possible.

Thanks,

Kerri

LAW OFFICES
KERRI C. SMITH, P.A.
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida 33431
Telephone: (561) 981-6234
Cellular: (561) 702-8110
Facsimile: (561) 892-2907
ksmith@kerrismithpa.com
http://www.personalinjurylawboca.com

On Jun 29, 2016, at 4:49 PM, Tarek Kiem <tarek@rorlawfirm.com> wrote:

> Kerri,
>
> The claims against Michael Lohan and Calm Trust are assets of the bankruptcy estate and as such are under the exclusive jurisdiction of the bankruptcy court. By pursuing a dismissal of the claims held by the Debtor/bankruptcy estate, you are asking the state court to administer an asset of the estate, which it has no jurisdiction to do.
>
> Tarek Kiem, Esq.
> RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
> Suite 203, Squires Building
> 1300 North Federal Highway
> Boca Raton, Florida 33432
> Telephone: (561) 368-2200 ext. 112.
> Facsimile: (561) 338-0350
>
> CONFIDENTIALITY NOTE:
> THE INFORMATION CONTAINED IN THIS TRANSMISSION IS LEGALLY PRIVILEGED AND CONFIDENTIAL, INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS

2

COMMUNICATION IN ERROR, PLEASE (1) REPLY BY E-MAIL TO US IMMEDIATELY AND (2) DELETE THIS MESSAGE.

**From:** Kerri Smith [mailto:ksmith@kerrismithpa.com]
**Sent:** Wednesday, June 29, 2016 3:53 PM
**To:** Tarek Kiem
**Cc:** david@bocaratonlaw.com; stacy@rorlawfirm.com; luann@rorlawfirm.com; Cheryl Gunnarson
**Subject:** Re: Case No. 50-2014-CA-14048 Michael Lohan & Calm Trust LLC / Bankruptcy Case No. Case No. 16-16068-JKO In re Dream Recovery International LLC et al

Mr. Kiem,

Please provide me with case law which supports your position that dismissal of a debtor's case for lack of prosecution (rather than seeking affirmative relief FROM the debtor) violates the law.

We await your response,

Kerri Smith


LAW OFFICES
KERRI C. SMITH, P.A.
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida 33431
Telephone: (561) 981-6234
Cellular: (561) 702-8110
Facsimile: (561) 892-2907
ksmith@kerrismithpa.com
http://www.personalinjurylawboca.com


On Jun 29, 2016, at 1:42 PM, Tarek Kiem <tarek@rorlawfirm.com> wrote:

> All,
>
> As you are aware Dream Recovery International LLC and Dream Recovery International Holdings are in Chapter 11 Bankruptcy. There is an automatic stay in place as it relates to the foregoing entities. Your actions against the Debtors in the underlying state court proceedings with Case No. 50-2014-CA-14048XXXXMB(AH) is a violation of the automatic stay. Please cease and desist all actions in the state court proceedings as it relates to the Debtors, including your pursuit of a motion to dismiss and or strike affirmative defenses, which is set for hearing in state court on 7/28/16 at 8:45AM. Please forward a notice withdrawing or cancelling the hearing on the foregoing matter or we will have no choice but to bring this matter before the bankruptcy judge and seek any and all remedies available to the Debtors for your violation of the automatic stay.
>
> If you have any questions or concerns, please do not hesitate to contact me.
>
> Thank you.
>
> Tarek Kiem, Esq.
> RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL

Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200 ext. 112.
Facsimile: (561) 338-0350

CONFIDENTIALITY NOTE:
THE INFORMATION CONTAINED IN THIS TRANSMISSION IS LEGALLY PRIVILEGED AND
CONFIDENTIAL, INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED
ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS COMMUNICATION IN
ERROR, PLEASE (1) REPLY BY E-MAIL TO US IMMEDIATELY AND (2) DELETE THIS
MESSAGE.

Label Matrix for local noticing
113C-0
Case 16-16068-JKO
Southern District of Florida
Fort Lauderdale
Wed Jul 27 09:47:36 EDT 2016

Boca Palms Group, LLC
Anthony and Partners, LLC
201 N. Franklin
Suite 2800
Tampa, FL 33602-5816

CB Harrison, LLC
Anthony and Partners, LLC
201 N. Franklin Street
Suite 2800
Tampa, FL 33602-5816

Dream International Holdings LLC
510 San Marco Dr
Fort Lauderdale, FL 33301-2546

Dream Recovery International LLC
510 San Marco Dr
Fort Lauderdale, FL 33301-2546

Dream Years IV LLC
c/o Shir Law Group, P.A.
1800 NW Corporate Blvd Ste 200
Boca Raton, FL 33431-7336

Firebird Renewal LLC
370 Northern Boulevard
Great Neck, NY 11021-4813

3460 West Hillsboro #202
Coconut Creek, FL 33073-2119

Aetna, Inc.
Stephanie C. Gratton
77 W Wacker Dr #4100
Chicago, IL 60601-1683

American Funding Group LLC
1855 Griffin Rd
Dania, FL 33004-2200

American Funding Group LLC
1855 Griffin Rd #A370
Dania, FL 33004-2208

Athena Sava, San Marco Trust and
Meir Dehry, Trustee
c/o Ron Kaniuk, Esq.
301 Yamato Road, #2121
Boca Raton, FL 33431-4901

Augustin, Iesha
138 SE 3rd Ave
Boynton Beach, FL 33435-4525

Baker, Ericka L
5624 SW 18
West Park, FL 33023-3059

Baker-Carr, Heather G
2435 SW 22 Ave #202
Delray Beach, FL 33445-7727

Beckles, Tamara
7100 Pioneer Rd
West Palm Beach, FL 33413-2213

Blake, Paul
3460 W Hillsboro Blvd #202
Coconut Creek, FL 33073-2119

Boca Palms Group LLC
Attn: Dana Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Brown, Russell
725 A NW 3 Ct
Hallandale, FL 33009-3240

Bullard, Andrew J
2222 McClellan St
Hollywood, FL 33020-1238

Burton, Colette
4440 NW 19 St #L307
Lauderhill, FL 33313-4987

CB Harrison LLC
Attn: Scott Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Calm Trust LLC
c/o David J Zappitell Esq
200 NE 2 Ave #103
Delray Beach, FL 33444-3768

Cigna
Attn: Cynthia Makara
Routing W3SIUQ
900 Cottage Grove Rd
Hartford, CT 06152-0001

Colon, Milagros J
403 South F St
Lake Worth, FL 33460-4313

Dalton, Charles P
3617 SE 2 Ct
Boynton Beach, FL 33435-8617

Dana Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Dell, Jessica R
8641 Ranch Club Ct
Park City, UT 84098-6283

Dream Years IV LLC
c/o Shir Law Group PA
1800 NW Corporate Blvd #200
Boca Raton, FL 33431-7336

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Foster, Shane
26 SW 5th Ave
Dania Beach, FL 33004-3203

Gibel, Joseph J
1102 SE 3 St #4
Deerfield Beach, FL 33441-5908

Gibson, Donald
1815 Kerry Pl #205
West Palm Beach, FL 33407-6378

Gibson, Jake
7199 Ivy Crossing Ln
Boynton Beach, FL 33436-9415

Giebel, Joseph J
1102 SE 3 St #4
Deerfield Beach, FL 33441-5908

Hariston, Joy
4400 NE 20 Ave #4
Oakland Park, FL 33308-5189

Harris, Taniere
1213 NW 19th Ave
Ft Lauderdale, FL 33311-5847

Hemerick, Tara L
16531 Blatt Blvd 203
Weston, FL 33326-1828

Hodge, Chabli
1018 NW 116th Ave
Coral Springs, FL 33071-4112

Holliday, Trina M
3460 W Hillsboro Blvd # 202
Coconut Creek, FL 33073-2119

Hughes-Fillette, Jessica D
5952 NW 77 Dr
Parkland, FL 33067-3333

Internal Revenue Service
Central Insolvency Unit
POB 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

James S. Coleman
370 Northern Blvd.
Great Neck, NY 11021-4813

James, Marc
200 NE 38 St #5
Oakland Park, FL 33334-1232

Jill Youngswich
21218 St Andrews Blvd #700
Boca Raton, FL 33433-2435

Johnson, April D
7311 SW 8th Ct
N Lauderdale, FL 33068-2304

Johnson, Sabrina
5891 W McNab
North Lauderdale, FL 33068-4642

Jordan Dynamics
11641 Kew Gardens Ave #111
Palm Beach Gardens, FL 33410-2846

Jordan, Robert W
POB 810642
Boca Raton, FL 33481-0642

Keith Youngswich
21218 St Andrews Blvd #700
Boca Raton, FL 33433-2435

Konnerth, Rachel
697 NE 36 Ave C
Oakland Park, FL 33334-2857

Livingston, Iris F
422 NW 7 Ct
Boynton Beach, FL 33426-3623

Maricel Castro
c/o Keith E. Gitman Esq
Kanner & Pintaluga PA
925 S Federal Hwy 6 FL
Boca Raton, FL 33432-6122

Maya Sarkisyan
5049 Greenwich Preserve Ct
Boynton Beach, FL 33436-5802

Mazan, Gary A
8150 Cleary Blvd #1509
Plantation, FL 33324-1375

Medivance Billing Service Inc
4750 N Hiatus Rd
Fort Lauderdale, FL 33351-7917

(p)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

Meza, Fanny G
3758 Mil Race Ct
Greenacres, FL 33463-8715

Michael Lohan
c/o David J. Zappitell Esq
200 NE 2 Ave #103
Delray Beach, FL 33444-3768

Mikkelson, Raymond
9916 Liberty Rd
Boca Raton, FL 33434-2386

Mina Higgins Group LLP
555 Broadhollow Rd #404
Melville, NY 11747-5001

Morales, Jose
1300 SW 5th St
Boca Raton, FL 33486-4404


Newman, Edward D
22708 Vista Wood Way
Boca Raton, FL 33428-5501

NuMed Care LLC
c/o Lauren Bannigan, Esq
Registered Agent
11257 NW 65 Ct
Parkland, FL 33076-3709

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614


Palm Law Partners PA
1801 N Military Trail #120
Boca Raton, FL 33431-1810

Palm Law Partners, P.A.
1801 N. Military Trail
Suite 120
Boca Raton, Florida 33431
Boca Raton, FL 33431-1810

Poitier, Darius
221 NW 4 Ave
Delray Beach, FL 33444-2715


Raphael, Cassandre
512 SW 1 Ct #304
Pompano Beach, FL 33060-6862

Reyes, Griffin
20985 St Andrews Blvd #28
Boca Raton, FL 33433-1717

Salzano, Vincent
4620 Bougainvilla Dr #9
Lauderdale By The Sea, FL 33308-3642


Scorzelli, Daniel
65 Forest Cir
Cooper City, FL 33026-1107

Scott Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Sosa Ramirez, Damiana
617 Urquhart St
Lake Worth, FL 33461-4945


Taylor, Tearaca S
3870 SW 31 Ct
Hollywood, FL 33023-5745

United Medical Industries Corp.
8603 NW 66 St
Miami, FL 33166-2670

UnitedHealthcare
Attn: Corinne Boesz
185 Asylum Street - 03B
Hartford, CT 06103-3408


Urgent Care Billing
123 NW 13 St #300A
Boca Raton, FL 33432-1624

Dana Frankel
Anthony and Partners, LLC
201 N. Franklin Street
Suite 2800
Tampa, FL 33602-5816

Scott Frankel
Anthony and Partners, LLC
201 N. Franklin Street
Suite 2800
Tampa, FL 33602-5816


Tarek K Kiem
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Mercedes-Benz Financial Services
P.O. Box 5260
Carol Stream, IL 60197-5209

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)San Marco Trust

(d)Jordan, Robert W
POB 810642
Boca Raton, FL 33481-0642

End of Label Matrix
Mailable recipients    81
Bypassed recipients     2
Total                  83

```
Label Matrix for local noticing        Dream International Holdings LLC       Dream Years IV LLC
113C-0                                  510 San Marco Dr                      c/o Shir Law Group, P.A.
Case 16-16073-JKO                       Fort Lauderdale, FL 33301-2546        1800 NW Corporate Blvd Ste 200
Southern District of Florida                                                  Boca Raton, FL 33431-7336
Fort Lauderdale
Wed Jul 27 09:49:05 EDT 2016

Boca Palms Group LLC                    CB Harrison LLC                       Calm Trust LLC
Attn: Dana Frankel                      Attn: Scott Frankel                   c/o David Zappitell Esq
9455 Bridgebrook Dr                     9455 Bridgebrook Dr                   200 NE 2 Ave #103
Boca Raton, FL 33496-1039               Boca Raton, FL 33496-1039             Delray Beach, FL 33444-3768


Dana Frankel                            Dream Years IV LLC                    Florida Department of Revenue
9455 Bridgebrook Dr                     c/o Shir Law Group PA                 5050 West Tennessee Street
Boca Raton, FL 33496-1039               1800 NW Corporate Blvd #200           Tallahassee, FL 32399-0100
                                        Boca Raton, FL 33431-7336


Internal Revenue Service                James S. Coleman                      Michael Lohan
Central Insolvency Unit                 370 Northern Blvd.                    c/o David Zappitell Esq
POB 7346                                Great Neck, NY 11021-4813             200 NE 2 Ave #103
Philadelphia, PA 19101-7346                                                   Delray Beach, FL 33444-3768


NuMed Care LLC                          Office of the US Trustee              Scott Frankel
c/o Lauren Bannigan, Esq.               51 S.W. 1st Ave.                      9455 Bridgebrook Dr
Registered Agent                        Suite 1204                           Boca Raton, FL 33496-1039
11257 NW 65 Ct                          Miami, FL 33130-1614
Parkland, FL 33076-3709

Tarek K Kiem                            End of Label Matrix
1300 N Federal Hwy #203                 Mailable recipients      15
Boca Raton, FL 33432-2848               Bypassed recipients       0
                                        Total                    15
```

Label Matrix for local noticing
113C-0
Case 16-16074-JKO
Southern District of Florida
Fort Lauderdale
Wed Jul 27 09:49:19 EDT 2016

Dream Years IV LLC
c/o Shir Law Group, P.A.
1800 NW Corporate Blvd Ste 200
Boca Raton, FL 33431-7336

Firebird Renewal LLC
370 Northern Boulevard
Great Neck, NY 11021-4813

Boca Palms Group LLC
Attn: Dana Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

CB Harrison LLC
Attn: Scott Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Calm Trust LLC
c/o David Zappitell Esq
200 NE 2 Ave #103
Delray Beach, FL 33444-3768

Dana Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Dream Years IV LLC
c/o Shir Law Group PA
1800 NW Corporate Blvd #200
Boca Raton, FL 33431-7336

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Internal Revenue Service
Central Insolvency Unit
POB 7346
Philadelphia, PA 19101-7346

James S. Coleman
370 Northern Blvd.
Great Neck, NY 11021-4813

Jeffrey Chicola
1171 Lawrence Ave
Westfield, NJ 07090-3710

Michael Lohan
c/o David Zappitell Esq
200 NE 2 Ave #103
Delray Beach, FL 33444-3768

NuMed Care LLC
c/o Lauren Bannigan, Esq.
Registered Agent
11257 NW 65 Ct
Parkland, FL 33076-3709

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Scott Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Tarek K Kiem
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

End of Label Matrix
Mailable recipients    16
Bypassed recipients     0
Total                  16