

**ORDERED in the Southern District of Florida on September 14, 2016.**

John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 16-16068-BKC-JKO |
| | Chapter 11 |
| DREAM RECOVERY INTERNATIONAL LLC, | (Lead Case) |
| Debtor. | |
| _____/ | |
| In re: | Case No.: 16-16073-BKC-JKO |
| | Chapter 11 |
| DREAM INTERNATIONAL HOLDINGS, LLC, | (Jointly Administered) |
| Debtor. | |
| _____/ | |
| In re: | Case No.: 16-16074-BKC-JKO |
| | Chapter 11 |
| FIREBIRD RENEWAL, LLC, | (Jointly Administered) |
| Debtor. | |
| _____/ | |

### ORDER CONVERTING CASES[1] UNDER CHAPTER 11 TO CASES UNDER CHAPTER 7

This matter came to be heard on September 13, 2016 at 10:30 a.m. upon the *United States Trustee's Expedited Motion To Dismiss Or Convert Case And Request For Expedited Hearing* [D.E.#103] (the "Motion"). After proper notice and hearing, the Court having considered the Motion, listened to the arguments of counsel, taken specific judicial notice of the entire contents of the Court file,

---

[1] Pursuant to this Order, all of the above-captioned jointly administered chapter 11 cases are converted to chapter 7.

and for the reasons stated on the record,

>It is **ORDERED** that:

1. These jointly administered chapter 11 cases are converted to cases under chapter 7 and the U.S. Trustee shall appoint a chapter 7 trustee.

2. If applicable, the debtors shall immediately remit to the clerk of court the $15.00 trustee surcharge fee prescribed by the Judicial Conference of the United States (if not previously paid by the debtors). Failure to pay this fee will result in dismissal of this case.

3. The debtors or the chapter 11 trustee, shall:

    a. Forthwith turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(4);

    b. Within 30 days of the date of this order, file an accounting of all receipts and distributions made. A copy of this report must be served on the U.S. Trustee; and

    c. File, within 14 days of the date of this order, a schedule of unpaid debts incurred after the commencement of the chapter 11 case as required by Bankruptcy Rule 1019(5) and a supplemental matrix and certification in the format required by and Local Rule 1019-1(B). The debtors or debtors' attorney is required to provide notice to those creditors pursuant to Local Rule 1019-1(B). Failure to comply may also result in sanctions being imposed by the court. Debts not listed or noticed timely will not be discharged. A copy of this schedule shall be served on the chapter 7 trustee.

4. The debtors shall:

    a. file, within 14 days of the date of this order, the statements and schedules required by Bankruptcy Rule 1019(1)(A) and Bankruptcy Rule 1007(c) and in accordance with Local Rule 1019-1(B)

    b. file, if the debtors are individuals within 14 days of the date of this order, the Official Bankruptcy Form 22 A "Statement of Current Monthly Income and Means Test Calculation for Use in Chapter 7 Only" as required under Local Rule 1019-1(H), and, if not already filed under chapter 11, payment advices as required by Bankruptcy Rules 1007(b)(1) and 1007(c) and, the certificate and debt repayment plan, if any, required by §521(b), a certification under §109(h)(3) or a request for a determination by the court under 109(h)(4).

      c.    file, if the debtors are individuals, within 30 days of the date of this order, a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1019(1)(B), and conforming to Official Form 8.

5. Pursuant to Local Rule 2016-1(C)(2), the debtors' attorney, any examiner or trustee appointed by the court, or any other professional person employed under 11 U.S.C. §327 or 1103 shall, file within 90 days after the date of the post-conversion meeting, an application for compensation for outstanding fees and expenses incurred during the chapter 11 administration including an application justifying retention of any retainer received which has not been approved by a prior award. Any retainers received which are not approved will be subject to turnover to the chapter 7 trustee. The attorney for the debtors in possession, or the chapter 11 trustee (if one was appointed) shall notify all such professionals of this deadline by serving them with a copy of this order.

6. The debtors shall provide notice to affected parties of the deadline set pursuant to Local Rule 1019-1(F)(1) for filing by a non-governmental unit a request for payment of an administrative expense.

7. If this case is being converted after the confirmation of a plan, the debtors, within 30 days of the date of this order, shall file:

    a.    A schedule of all property not listed in the final report and account of the debtors in possession or chapter 11 trustee which was acquired after the commencement of the chapter 11 case but before the entry of this conversion order;

    b.    A schedule of unpaid debts (and a supplemental matrix as described in paragraph 3(c)) not listed in the final report and account of the debtors in possession or chapter 11 trustee, which were incurred after the commencement of the chapter 11 case but before the entry of this conversion order, as required by Bankruptcy Rule 1019(5) and provide notice of the claims deadline as required by Bankruptcy Rule 1019(6) and Local Rule 1019-1(B) and (F); and

    c.    A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case, but before the entry of this conversion order.

8. Failure of the debtors to comply with the provisions of this order may result in dismissal

of this case without further hearing or notice.

###

**Submitted by:**

Zana M. Scarlett
Trial Attorney
U.S. Trustee's Office
51 SW First Avenue, Suite 1204
Miami, FL 33130

**ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)**