UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| DREAM RECOVERY INTERNATIONAL, LLC, | CASE NO. 16-16068-JKO |
| | CHAPTER 7 |
| Debtor | Lead Case |
| _____/ | |
| | |
| DREAM INTERNATIONAL HOLDINGS, LLC, | CASE NO. 16-16073-JKO |
| | (JOINTLY ADMINISTERED) |
| | CHAPTER 7 |
| Debtor. | |
| _____/ | |
| | |
| FIREBIRD RENEWAL, LLC, | CASE NO. 16-16074-JKO |
| | (JOINTLY ADMINISTERED) |
| | CHAPTER 7 |
| Debtor. | |
| _____/ | |

## DEBTOR'S ACCOUNTING AND SCHEDULE OF UNPAID DEBTS

COMES NOW the Debtor, DREAM RECOVERY INTERNATIONAL, LLC, and files this Accounting and Schedule of Post-petition Debts, as follows:

1. An accounting of all receipts and disbursements will be reflected in the Debtor's September, 2016 DIP Report to be filed with the Court within the timeframe allowed pursuant to the Agreed Order Converting the Case under Chapter 11 to Case under Chapter 7 (ECF 127).

2. Debtor has incurred the following post-petition debts:

Robert Jordan
215 N Palmway
Lake Worth, FL 33460
Wages $16,623.59 owed from 5/17/16 to 9/9/16

Jordan Dynamics
11641 Kew Gardens Ave #111,
Palm Beach Gardens, FL 33410
payroll advance $2,000.00

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all parties enumerated on the attached list, this the _____ day of September, 2016.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 910(A).

        RAPPAPORT OSBORNE RAPPAPORT & KIEM, PL
        Attorneys for Debtor
        Suite 203, Squires Building
        1300 North Federal Highway
        Boca Raton, Florida 33432
        Telephone: (561) 368-2200

        BY: _____/s/_____
           TAREK K. KIEM
           Florida Bar No. 637041

Label Matrix for local noticing
113C-0
Case 16-16068-JKO
Southern District of Florida
Fort Lauderdale
Tue Sep 27 11:28:45 EDT 2016

Boca Palms Group, LLC
Anthony and Partners, LLC
201 N. Franklin
Suite 2800
Tampa, FL 33602-5816

CB Harrison, LLC
Anthony and Partners, LLC
201 N. Franklin Street
Suite 2800
Tampa, FL 33602-5816

Dream International Holdings LLC
510 San Marco Dr
Fort Lauderdale, FL 33301-2546

Dream Recovery International LLC
510 San Marco Dr
Fort Lauderdale, FL 33301-2546

Dream Years IV LLC
c/o Shir Law Group, P.A.
1800 NW Corporate Blvd Ste 200
Boca Raton, FL 33431-7336

Firebird Renewal LLC
370 Northern Boulevard
Great Neck, NY 11021-4813

Medivance Billing Service, Inc.
4750 N. Hiatus Road
Sunrise, FL 33351-7917

3460 West Hillsboro #202
Coconut Creek, FL 33073-2119

Aetna, Inc.
Stephanie C. Gratton
77 W Wacker Dr #4100
Chicago, IL 60601-1683

American Funding Group LLC
1855 Griffin Rd #A370
Dania, FL 33004-2208

Amy Effman
530 S FEDERAL HGHWAY # 1
LAKE WORTH, FL 33460-4681

Athena Sava, San Marco Trust and
Meir Dehry, Trustee
c/o Ron Kaniuk, Esq.
301 Yamato Road, #2121
Boca Raton, FL 33431-4901

Augustin, Iesha
138 SE 3rd Ave
Boynton Beach, FL 33435-4525

Baker, Ericka L
5624 SW 18
West Park, FL 33023-3059

Baker-Carr, Heather G
2435 SW 22 Ave #202
Delray Beach, FL 33445-7727

Beckles, Tamara
7100 Pioneer Rd
West Palm Beach, FL 33413-2213

Blake, Paul
3460 W Hillsboro Blvd #202
Coconut Creek, FL 33073-2119

Boca Palms Group LLC
Attn: Dana Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Brown, Russell
725 A NW 3 Ct
Hallandale, FL 33009-3240

Bullard, Andrew J
2222 McClellan St
Hollywood, FL 33020-1238

Burton, Colette
4440 NW 19 St #L307
Lauderhill, FL 33313-4987

CB Harrison LLC
Attn: Scott Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Calm Trust LLC
c/o David J Zappitell Esq
200 NE 2 Ave #103
Delray Beach, FL 33444-3768

Cassandre Raphael
512 SW 1st Ct. Apt 304
Pompano Beach, FL 33060-6862

Cigna
Attn: Cynthia Makara
Routing W3SIUQ
900 Cottage Grove Rd
Hartford, CT 06152-0001

Colon, Milagros J
403 South F St
Lake Worth, FL 33460-4313

Dalton, Charles P
3617 SE 2 Ct
Boynton Beach, FL 33435-8617

Dana Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Dell, Jessica R
8641 Ranch Club Ct
Park City, UT 84098-6283

Dream International Holdings, LLC
c/o James Coleman
370 Northern Blvd
Great Neck, NY 11021-4813

Dream Years IV LLC
c/o Shir Law Group PA
1800 NW Corporate Blvd #200
Boca Raton, FL 33431-7336

Everbank Commercial Finance, Inc.
10 Waterview Blvd
Parsippany, NJ 07054-7607

Firebird Renewal, LLC
c/o James Coleman
370 Northern Blvd
Great Neck, NY 11021-4813

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Foster, Shane
26 SW 5th Ave
Dania Beach, FL 33004-3203

Gibel, Joseph J
1102 SE 3 St #4
Deerfield Beach, FL 33441-5908

Gibson, Donald
1815 Merry Pl #205
West Palm Beach, FL 33407-6378

Gibson, Jake
7199 Ivy Crossing Ln
Boynton Beach, FL 33436-9415

Giebel, Joseph J
1102 SE 3 St #4
Deerfield Beach, FL 33441-5908

Hariston, Joy
4400 NE 20 Ave #4
Oakland Park, FL 33308-5189

Harris, Taniere
1213 NW 19th Ave
Ft Lauderdale, FL 33311-5847

Hemerick, Tara L
16531 Blatt Blvd 203
Weston, FL 33326-1828

Hodge, Chabli
1018 NW 116th Ave
Coral Springs, FL 33071-4112

Holliday, Trina M
3460 W Hillsboro Blvd # 202
Coconut Creek, FL 33073-2119

Hughes-Fillette, Jessica D
5952 NW 77 Dr
Parkland, FL 33067-3333

Internal Revenue Service
Central Insolvency Unit
POB 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

James Coleman
370 Northern Blvd
Great Neck, NY 11021-4813

James S. Coleman
370 Northern Blvd.
Great Neck, NY 11021-4813

James, Marc
200 NE 38 St #5
Oakland Park, FL 33334-1232

Jill Youngswich
21218 St Andrews Blvd #700
Boca Raton, FL 33433-2435

Johnson, April D
7311 SW 8th Ct
N Lauderdale, FL 33068-2304

Johnson, Sabrina
5891 W McNab
North Lauderdale, FL 33068-4642

Jordan Dynamics
11641 Kew Gardens Ave #111
Palm Beach Gardens, FL 33410-2846

Jordan, Robert W
POB 810642
Boca Raton, FL 33481-0642

Keith Youngswich
21218 St Andrews Blvd #700
Boca Raton, FL 33433-2435

Konnerth, Rachel
697 NE 36 Ave C
Oakland Park, FL 33334-2857

Livingston, Iris F
422 NW 7 Ct
Boynton Beach, FL 33426-3623

Maricel Castro
c/o Keith E. Gitman Esq
Kanner & Pintaluga PA
925 S Federal Hwy 6 FL
Boca Raton, FL 33432-6122

Maya Sarkisyan
5049 Greenwich Preserve Ct
Boynton Beach, FL 33436-5802

Mazan, Gary A
8150 Cleary Blvd #1509
Plantation, FL 33324-1375

Medivance Billing Service Inc
4750 N Hiatus Rd
Fort Lauderdale, FL 33351-7917

(p)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

Mercedes-Benz Financial Services USA LLC
Stephen B. Grow
Warner Norcross & Judd LLP
111 Lyon St. NW Suite 900
Grand Rapids, MI 49503-2487

Meza, Fanny G
3758 Mil Race Ct
Greenacres, FL 33463-8715

Michael Lohan
c/o David J. Zappitell Esq
200 NE 2 Ave #103
Delray Beach, FL 33444-3768

Mikkelson, Raymond
9916 Liberty Rd
Boca Raton, FL 33434-2386

Mina Higgins Group LLP
555 Broadhollow Rd #404
Melville, NY 11747-5001

Morales, Jose
1300 SW 5th St
Boca Raton, FL 33486-4404

Newman, Edward D
22708 Vista Wood Way
Boca Raton, FL 33428-5501

NuMed Care LLC
c/o Lauren Bannigan, Esq
Registered Agent
11257 NW 65 Ct
Parkland, FL 33076-3709

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Law Partners PA
1801 N Military Trail #120
Boca Raton, FL 33431-1810

Palm Law Partners, P.A.
1801 N. Military Trail
Suite 120
Boca Raton, Florida 33431
Boca Raton, FL 33431-1810

Poitier, Darius
221 NW 4 Ave
Delray Beach, FL 33444-2715

Raphael, Cassandre
512 SW 1 Ct #304
Pompano Beach, FL 33060-6862

Reyes, Griffin
20985 St Andrews Blvd #28
Boca Raton, FL 33433-1717

Salzano, Vincent
4620 Bougainvilla Dr #9
Lauderdale By The Sea, FL 33308-3642

Scorzelli, Daniel
65 Forest Cir
Cooper City, FL 33026-1107

Scott Frankel
9455 Bridgebrook Dr
Boca Raton, FL 33496-1039

Simply 180, Inc.
c/o Ronald S. Nisonson, Esq.
Ward Damon Posner
4420 Beacon Circle
West Palm Beach, Florida 33407-3281

Sosa Ramirez, Damiana
617 Urquhart St
Lake Worth, FL 33461-4945

Stephen B. Grow
Warner Norcross & Judd LLP
111 Lyon St NW Suite 900
Grand Rapids, MI 49503-2487

Taylor, Tearaca S
3870 SW 31 Ct
Hollywood, FL 33023-5745

United Medical Industries Corp.
8603 NW 66 St
Miami, FL 33166-2670

UnitedHealthcare
Attn: Corinne Boesz
185 Asylum Street - 03B
Hartford, CT 06103-3408

Urgent Care Billing
123 NW 13 St #300A
Boca Raton, FL 33432-1624

Chad S. Paiva
trustee@gmlaw.com
525 Okeechobee Blvd., Suite 1570
West Palm Beach, FL 33401-6349

Dana Frankel
Anthony and Partners, LLC
201 N. Franklin Street
Suite 2800
Tampa, FL 33602-5816

Scott Frankel
Anthony and Partners, LLC
201 N. Franklin Street
Suite 2800
Tampa, FL 33602-5816

Tarek K Kiem
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mercedes-Benz Financial Services
P.O. Box 5260
Carol Stream, IL 60197-5209

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)San Marco Trust

(d)Jordan, Robert W
POB 810642
Boca Raton, FL 33481-0642

End of Label Matrix
Mailable recipients    91
Bypassed recipients     2
Total                  93