**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case Number: | 16-16068 PDR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Dream Recovery International LLC | Filed (f) or Converted (c): | 09/15/16 (c) |
| | | §341(a) Meeting Date: | 10/27/16 |
| Period Ending: | 06/30/22 | Claims Bar Date: | 01/25/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Chase Bank Checking Account 7658<br>Asset entered by mistake. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank Savings Account 2180 | 7.35 | 0.00 | | 0.00 | FA |
| 3 | Various Bank Accounts (u)<br>Per Amd. Sch ECF#54 | Unknown | 3,315.23 | | 3,315.23 | FA |
| 4 | Security Deposit with landlord<br>This asset has no value as the debtor defaulted on lease pre-petition. | 55,500.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts receivable<br>Value changed at Amd Sch ECF#54; most were disputed or uncollectible | 4,491,639.93 | 890,000.00 | | 37,196.00 | FA |
| 6 | Dream JV, LLC (50% owner) | Unknown | 0.00 | | 0.00 | FA |
| 7 | Office Furniture & Beds<br>Assets abandoned. Motion to abandon filed at DE#475. Order granting abandonment at DE#485. | 1,000.00 | 500.00 | OA | 0.00 | FA |
| 8 | 2012 Ford Van: VIN 1FBSS3BL2CDA76686, 76,943 miles<br>Trustee sold vehicle. See DE#194. | 15,000.00 | 11,700.00 | | 11,700.00 | FA |
| 9 | Leased 2014 Mercedes Sprinter Van<br>Leased vehicle - No value to estate. | Unknown | 0.00 | | 0.00 | FA |
| 10 | 2012 Ford Van: VIN 1FBSS3BL6CDA76772, 73,486 miles<br>Vehicle sold by Trustee. See DE#194. | 15,000.00 | 11,500.00 | | 11,500.00 | FA |
| 11 | Internet domain names<br>Asset has no value to estate. | Unknown | 0.00 | | 0.00 | FA |
| 12 | License with State of Florida, Department of Children and Families<br>Asset has no value. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Customer/Patient List<br>Asset has no value. | Unknown | 0.00 | | 0.00 | FA |
| 14 | Claims against Boca Palms Group, LLC<br>Adv. Case No: 17-01417 - Resolved per court order entered at ECF#396 in main case. (Brandon Bey & Bey Holdings, LLC also named defendants). See Note 1 below. | Unknown | 1,061,800.00 | | 239,662.70 | FA |
| 15 | Claims against Dream Years IV, LLC<br>Adv. Case No: 18-01122 - Resolved against all defendants but Brett Hirsch for $10,000.00 per court order entered at ECF#416 | Unknown | 2,000,000.00 | | 13,869.99 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | | | | |
|---|---|---|---|---|---|
| | in main case. The $10,000.00 settlement was paid to the Trustee.<br><br>A final judgment in the amount of $111,625.00 was entered against Brett Hirsch on 2/24/21 at ECF#147 in the adversary proceeding.  This and a number of other final judgments were sold for a total sum of $37,500.00. See case note 4 below for details of the final judgment sale. As set forth in case note 4 below, the pro-rata allocation of the $37,500.00 purchase price to the judgments is 3.46693%. Accordingly, $3,869.99 of the sale price has been allocated to this judgment. | | | | |
| 16 | Claims against CB Harrison, LLC<br>Adv. Case No: 17-01417 - Same as asset 14. See Note 2 below. | Unknown | 1,061,800.00 | 0.00 | FA |
| 17 | Claims against Scott Frankel<br>Adv. Case No: 17-01417 - Same as asset 14. See Note 2 below. | Unknown | 1,061,800.00 | 0.00 | FA |
| 18 | Claims against Dana Frankel<br>Adv. Case No: 17-01417 - Same as asset 14. See Note 2 below. | Unknown | 1,061,800.00 | 0.00 | FA |
| 19 | NuMed Care, LLC<br>NuMed Care, LLC defunct and out of business after federal government raided and shut down Nu-Med in August 2015. | Unknown | 0.00 | 0.00 | FA |
| 20 | Claims aginast Michael Lohan and Calm Trust, LLC (u)<br>Adv. Case #18-01137 - Final judgment in the amount of $256,574.24 entered on 9/24/2020 against Michael Lohan and Calm Trust, LLC at DE#106 in adversary proceeding. Defendants made one post-judgment payment of $2,667.00.<br><br>This and a number of other final judgments were sold for a total sum of $37,500.00. See case note 4 below for details of the final judgment sale and the formula for the 3.466953% pro-rata allocation of the $37,500.00 purchase price to each judgment. Accordingly, $8,895.30 of the sale price has been allocated to this judgment. | Unknown | 128,287.12 | 11,562.30 | 0.00 |
| 21 | Void (u)<br>Adv. Case #18-01137. Same as asset #20 above, and was unnecessarily created for co-defendant in adversary litigation. | 0.00 | 0.00 | 0.00 | FA |
| 22 | Void<br>Asset entered by mistake, and was part of accounts receivable asset number 5. | 0.00 | 0.00 | 0.00 | FA |
| 23 | Insurance Refund (u) | 49.19 | 49.19 | 49.19 | FA |
| 24 | Fraudulent Transfer Lawsuit Against Blue Water Cafe (u)<br>Adv Case #18-01188 - Default judgment entered against the defendant in the amount of $320,239.98 on 10/26/18 at ECF#16 in the adversary proceeding. | 320,239.98 | 320,239.98 | 0.00 | FA |
| 25 | Fraudulent Transfer Lawsuit against Marilyn Lohan (u)<br>Adv. Case No.: 18-01185 - Settled per court order entered at ECF#419 in main case. Settlement paid in full. | 30,000.00 | 3,000.00 | 3,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| 26 | Fraudulent Transfer Lawsuit against Social Quotient, Inc. (u)<br>Adv. Case No.: 18-01177 - Settled per court order entered at ECF#379 in the main case. Settlement paid in full. | 224,000.00 | 224,000.00 | | 25,000.00 | FA | |
| 27 | Fraudulent Transfer Lawsuit against Scott Grodsky (u)<br>Adv. Case No.: 18-01176 - Settled per court order entered at ECF#367 in main case. Settlement paid in full. | 106,299.95 | 106,299.95 | | 15,000.00 | FA | |
| 28 | Fraudulent Transfer Lawsuit against Anthony Moschetto (u)<br>Adv. Case No.: 18-01175 - Settled per court order entered at ECF#409 in main case. Settlement paid in full. | 80,000.00 | 80,000.00 | | 7,500.00 | FA | |
| 29 | Fraudulent Transfer Lawsuit against Lynn Bertsch, individually and as PR of the Estate of Robert Bertsch (u)<br>Adv. Case No.: 18-01174 - Settled per court order entered at ECF#369 in main case. Settlement paid in full. | 226,322.89 | 226,322.89 | | 5,000.00 | FA | |
| 30 | Void<br>Asset created in error, and was part of accounts receivable asset number #5. | 0.00 | 0.00 | | 0.00 | FA | |
| 31 | Fraudulent Transfer Lawsuit against Sage Market Advisors, LLC, Jeffrey Chicola and Carmen Chicola (u)<br>Adv. Case No: 18-01172 - Default judgment entered against all defendants in the amount of $510,000.00 on 10/26/18 at ECF#16 in the adversary proceeding.<br><br>This and a number of other final judgments were sold for a total sum of $37,500.00. See case note 4 below for details of the final judgment sale and the formula for the 3.466953% pro-rata allocation of the $37,500.00 purchase price to each judgment. Accordingly, $17,681.46 of the sale price has been allocated to this judgment. | 510,620.84 | 510,620.84 | | 17,681.46 | | 0.00 |
| 32 | Fraudulent Transfer Lawsuit against John Suprock, Laurie Suprock, PCS Business Brokers, LLC and PCS Advisors, LLC (u)<br>Adv. Case No.: 18-01171 - Settled per court order entered at ECF#362 in main case. Settlement paid in full. | 490,161.22 | 490,161.22 | | 99,999.92 | FA | |
| 33 | Fraudulent Transfer Lawsuit against Joseph Czulada (u)<br>Adv Case #18-01167 - Default judgment entered against the defendant in the amount of $65,424.12 on 10/26/18 at ECF#16 in the adversary proceeding.<br><br>This and a number of other final judgments were sold for a total sum of $37,500.00. See case note 4 below for details of the final judgment sale and the formula for the 3.466953% pro-rata allocation of the $37,500.00 purchase price to each judgment. Accordingly, $2,268.22 of the sale price has been allocated to this judgment. | 65,424.12 | 65,424.12 | | 2,268.22 | | 0.00 |
| 34 | Void<br>Asset created in error, and was part of accounts receivable asset number #5. | 0.00 | 0.00 | | 0.00 | FA | |
| 35 | 2016 Workers Compensation Refund (u) | 473.00 | 473.00 | | 473.00 | FA | |
| 36 | Charles Goldstein, Esq. Settlement (u)<br>Matter settled per order entered at ECF#382 in main case. | 50,000.00 | 50,000.00 | | 50,000.00 | FA | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| | Settlement paid in full. | | | | |
| 37 | Fraudulent Transfer Lawsuit against Jake Gibson (u)<br>Adv. Case No.: 18-01159 - Default judgment entered against the defendant in the amount of $42,018.20 on 10/26/18 at ECF#16 in the adversary proceeding.<br><br>This and a number of other final judgments were sold for a total sum of $37,500.00. See case note 4 below for details of the final judgment sale and the formula for the 3.466953% pro-rata allocation of the $37,500.00 purchase price to each judgment. Accordingly, $1,456.75 of the sale price has been allocated to this judgment. | 42,018.20 | 42,018.20 | 1,456.75 | 0.00 |
| 38 | Fraudulent Transfer Lawsuit against First Step to Freedom (u)<br>Adv. Case No.: 18-01160 - Default judgment entered against defendant in the amount of $158,000.00 on October 26, 2018 at ECF#16 in the adversary proceeding. | 158,000.00 | 158,000.00 | 0.00 | FA |
| 39 | Fraudulent Transfer Lawsuit against Recovery Interventions (u)<br>Adv. Case No.: 18-01161 - Default judgment entered against defendant in the amount of $37,500.00 on 10/26/18 at ECF#17 in the adversary proceeding. | 47,500.00 | 47,500.00 | 0.00 | FA |
| 40 | Fraudulent Transfer Lawsuit against Simply 180 (u)<br>Adv. Case No.: 18-01162 - Settled per court order entered at ECF#403 in main case. Settlement paid in full. | 50,000.00 | 50,000.00 | 7,500.00 | FA |
| 41 | Fraudulent Transfer Lawsuit against Recovery Consulting Network (u)<br>Adv. Case No.: 18-01164 - Default judgment entered against defendant in the amount of $97,500.00 on 10/26/18 at ECF#15 in the adversary proceeding. | 97,500.00 | 97,500.00 | 0.00 | FA |
| 42 | Fraudulent Transfer Lawsuit against Universal Branding Solutions (u)<br>Included in settlement set forth in asset 14 above. | 30,000.00 | 30,000.00 | 0.00 | FA |
| 43 | Fraudulent Transfer Lawsuit against Patrick Norquist (u)<br>Adv. Case No.:18-01166 - Default judgment entered against defendant in the amount of $45,000.00 10/26/18 at ECF#16 in the adversary proceeding.<br><br>This and a number of other final judgments were sold for a total sum of $37,500.00. See case note 4 below for details of the final judgment sale and the formula for the 3.466953% pro-rata allocation of the $37,500.00 purchase price to each judgment. Accordingly, $1,560.13 of the sale price has been allocated to this judgment. | 45,000.00 | 45,000.00 | 1,560.13 | 0.00 |
| 44 | Fraudulent transfer lawsuit against Jose Ramon Morales, Adv. Case No. 18-01135 (u)<br>Adv. Case No.: 18-01135 - Default judgment entered at ECF#43. Defendant filed chapter 7 bankruptcy (19-23671-EPK) and received a discharge of the judgment on 1/22/2020 (DE#17). | 0.00 | 242,251.04 | 0.00 | FA |
| 45 | Fraudulent transfer lawsuit against Phreedom Recovery & Dicirucio (u)<br>Pre-suit settlement approved per court order entered at | 7,500.00 | 7,500.00 | 1,768.15 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

| | | | | | |
|---|---|---|---|---|---|
| | ECF#420 in main case. Settling parties defaulted and lawsuit filed on 10/21/20. Adv. Case No.: 20-01379 - Default judgment entered against all defendants in the amount of $51,000.00 on 10/26/2018 at ECF#22 in the adversary proceeding.<br><br>This and a number of other final judgments were sold for a total sum of $37,500.00. See case note 4 below for details of the final judgment sale and the formula for the 3.466953% pro-rata allocation of the $37,500.00 purchase price to each judgment. Accordingly, $1,768.15 of the sale price has been allocated to this judgment. | | | | |
| 46 | Fraudulent transfer lawsuit against Healing Group Consultants (u)<br>Adv. Case No.: 18-00158. Settled per court order entered at DE#430 in main case. Settlement paid in full. | 3,500.00 | 3,500.00 | 3,500.00 | FA |
| 47 | Tom McLaughlin III potential & contingent claim (u)<br>Asset added in amended schedules filed at ECF#155. Debtor's principal James Coleman is not aware of any claims against this individual and does not know why he was added to schedules. | Unknown | 0.00 | 0.00 | FA |
| 48 | TD Bank Account #4760 (u) | 8,680.58 | 8,680.58 | 8,680.58 | FA |
| 49 | Coleman Group Settlement (u)<br>Settled pre-suit per court order entered at ECF#469 in main case. See Note 3 below. | 50,000.00 | 50,000.00 | 20,000.00 | 30,000.00 |
| **TOTALS** (Excluding Unknown Values) | | **$7,221,437.25** | **$10,151,043.36** | **$599,243.62** | **$30,000.00** |

**Major activities affecting case closing:**
CBD: 1/25/17 - Reviewed and objections in process

TAX RETURN STATUS: CPA RETAINED T0 FILE ALL NECESSARY RETURNS

THIS CASE IS JOINTLY ADMINISTERED WITH #16-16073 AND #16-16074 PER ORDER ECF#12. THE TRUSTEE FILED A REPORT OF NO DISTRIBUTION IN FIREBIRD RENEWAL LLC CASE (16 -16074-PDR) ON FEBRUARY 27, 2022 (ECF#64). THE TRUSTEE WILL FILE A REPORT OF NO DISTRIBUTION IN DREAM INTERNATIONAL HOLDINGS LLC AFTER ALL MONIES ARE COLLECTED IN THIS CASE AND THE FINAL CONSOLIDATED ESTATE TAX RETURN IS FILED WITH THE IRS.

Case Notes:

1. (Assets 14, 16, 17 and 18 are all defendants in Adversary #17-01417. The defendants were jointly and severally liable for any damages so the value of $1,061,800 has been reflected beside each asset, however, the total amount at issue is only $1,061.80. Adversary case settled per Order entered at ECF#396 in the main case and all proceeds were allocated to Asset #14.

2. (Asset #15) Trustee settled with all defendants for $10,000.00 except Brett Hirsch. A final judgment was entered against Brett Hirsch in the amount of $111,625.00 on 2/24/21.

3. (Asset #49) - Settlement with the "Coleman Group" consisting of James S. Coleman, Connie S.Y. Coleman, Lydia B. Coleman, Best Future Investment LLC, and Angel Capital Limited Partnership. Coleman Group to pay estate $50,000 in 10 installments of $2,500 commencing 11/15/21 through 8/15/22, followed by a balloon payment of $25,000 on 9/15/22. The order approving settlement entered at ECF#469 in the main case. Payments are current.

4. Sale of voidable transfer final judgments obtained by Trustee during pendency of bankruptcy case. The Trustee sold the following judgments to Titan Asset Purchasing, LLC ("Titan") for $37,500.00 which was approved by the Court at a hearing held on June 2, 2022. The Motion to approve sale is filed at ECF#504. The order approving the sale of the final judgments was entered at ECF#512. The $37,500.00 purchase price has been paid to the Trustee. The final judgments and corresponding asset numbers sold are as follows:

1. Asset #15 - Final judgment against Brett Hirsch in the amount of $111,625.00;
2. Assets #20 - Final judgment against Calm Trust, LLC and Michael Lohan jointly and severally in the amount of $256,574.24;

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

3. Asset #31 - Final judgment against Sage Market Advisors, Michael Chicola and Carmen Chicola, jointly and severally in the amount of $510,000.00;
4. Asset #33 - Final judgment against Joseph W. Czulada in the amount of $65,424.12;
5. Asset #37 - Final judgment against Jake Gibson in the amount of $42,018.20;
6. Asset #43 - Final judgment against Patrick J. Norquist in the amount of $45,000.00; and
7. Asset #45 - Final judgment against Phreedom Recovery, LLC and George Dicirucio, jointly and severally in the amount of $51,000.00.

The Trustee has applied the funds pro-rata to each of the judgments and the amount will be reflected in the asset related to the adversary proceeding in which the judgment was entered. The final judgments sold total $1,081,641.56. The $37,500.00 purchase price represents 3.466953% of the total judgment amount and the pro-rata allocation of the $37,500.00 purchase price to each final judgment will be based on that percentage. There is a separate note with the pro-rata calculation in each asset.

**Initial Projected Date of Final Report (TFR):**  July 30, 2019          **Current Projected Date of Final Report (TFR):**  June 30, 2023

**Form 2**
**Cash Receipts and Disbursements Record**

| | |
|---|---|
| **Case Number:** | 16-16068 PDR |
| **Case Name:** | Dream Recovery International LLC |
| **Taxpayer ID#:** | ******6802 |
| **Period:** | 07/01/21 - 06/30/22 |

| | |
|---|---|
| **Trustee:** | Chad S. Paiva |
| **Bank Name:** | Signature Bank |
| **Account:** | ******2798 - Checking |
| **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/16 | Asset #48 | TD BANK | Proceeds from Closing bank account | 1229-000 | 8,680.58 | | 8,680.58 |
| 10/03/16 | Asset #3 | Wells Fargo Bank, N.A. | Bank Acct ending in 0429 | 1229-000 | 2,094.00 | | 10,774.58 |
| 10/03/16 | Asset #3 | Wells Fargo Bank, N.A. | Bank acct ending in 1623 | 1229-000 | 384.53 | | 11,159.11 |
| 10/03/16 | Asset #3 | Wells Fargo Bank, N.A. | Bank acct ending in 1334 | 1229-000 | 126.70 | | 11,285.81 |
| 10/03/16 | Asset #3 | Wells Fargo Bank, N.A. | Bank acct ending in 7886 | 1229-000 | 710.00 | | 11,995.81 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 20.65 | 11,975.16 |
| 11/01/16 | Asset #5 | Inspira Health Network | Account receivable | 1121-000 | 596.00 | | 12,571.16 |
| 11/17/16 | 1001 | Chad S. Paiva | Per Order DE#202  (reimbursement for storage) | 3120-002 | | 645.54 | 11,925.62 |
| 11/29/16 | 1002 | Public Storage | Rent for December 2016 - Per Order DE#202 | 2410-000 | | 324.52 | 11,601.10 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 23.07 | 11,578.03 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 21.45 | 11,556.58 |
| 01/05/17 | 1003 | PUBLIC STORAGE | UNIT 0946 - JANUARY 2017 RENT - PER ORDER DE#202 | 2410-000 | | 324.52 | 11,232.06 |
| 01/17/17 | | AUCTION AMERICA, INC. | Per Notice of Auction Sale DE#194 | | 23,200.00 | | 34,432.06 |
| 01/17/17 | Asset #8 | | Per Notice of Auction Sale    11,700.00<br>ECF#194 | 1129-000 | | | 34,432.06 |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 2

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/17/17 | Asset #10 | | Per Notice of Auction Sale          11,500.00<br>DE#194 | 1129-000 | | | 34,432.06 |
| 01/26/17 | 1004 | Kipu Systems, LLC | Per Order DE#244 - patient records | 2990-000 | | 900.00 | 33,532.06 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 42.37 | 33,489.69 |
| 02/02/17 | 1005 | PUBLIC STORAGE | UNIT 0946 - FEBRUARY 2017 RENT - PER<br>ORDER DE#202 | 2410-000 | | 324.52 | 33,165.17 |
| 02/14/17 | Asset #23 | AFCO | refund insurance premium | 1229-000 | 49.19 | | 33,214.36 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 57.45 | 33,156.91 |
| 03/01/17 | 1006 | PUBLIC STORAGE | Rent: March 2017 - Per Order DE#202 | 2410-000 | | 324.52 | 32,832.39 |
| 03/21/17 | 1007 | PUBLIC STORAGE | April 2017 rent - Unit 0946 - per Order DE#202 | 2410-000 | | 324.52 | 32,507.87 |
| 03/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 62.92 | 32,444.95 |
| 04/26/17 | 1008 | PUBLIC STORAGE | May 2017 rent - Unit 0946 - Per Order DE#202 | 2410-000 | | 324.52 | 32,120.43 |
| 04/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 56.00 | 32,064.43 |
| 05/16/17 | 1009 | PUBLIC STORAGE | June 2017 rent - Unit 0946 - Per Order DE#202 | 2410-000 | | 324.52 | 31,739.91 |
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 65.15 | 31,674.76 |
| 06/29/17 | 1010 | PUBLIC STORAGE | July 2017 rent - per order DE#279 | 2410-000 | | 363.82 | 31,310.94 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Dream Recovery International LLC | Bank Name: | Signature Bank |
| | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 58.58 | 31,252.36 |
| 07/18/17 | 1011 | PUBLIC STORAGE | August 2017 rent - Unit 0946 - per Order DE#279;  Stopped on 08/08/2017 | 2410-000 | | 363.82 | 30,888.54 |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 55.94 | 30,832.60 |
| 08/02/17 | 1012 | GREENSPOON MARDER, PA. | Per Order DE#289 - Adm. Services retainer - collection of acct receivables (special counsel) | 3110-000 | | 7,500.00 | 23,332.60 |
| 08/08/17 | 1011 | PUBLIC STORAGE | August 2017 rent - Unit 0946 - per Order DE#279;  Stopped: Check issued on 07/18/2017 | 2410-000 | | -363.82 | 23,696.42 |
| 08/08/17 | 1013 | PUBLIC STORAGE | August 2017 rent - Unit 0946 - Per Order DE#279 | 2410-000 | | 363.82 | 23,332.60 |
| 08/21/17 | 1014 | PUBLIC STORAGE | Sept 2017 rent - Unit 0946 - Per DE#279 | 2410-000 | | 363.82 | 22,968.78 |
| 08/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 55.58 | 22,913.20 |
| 09/18/17 | 1015 | PUBLIC STORAGE | Oct 2017 rent - Unit 0946 - Per DE#279 | 2410-000 | | 363.82 | 22,549.38 |
| 09/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 40.96 | 22,508.42 |
| 10/18/17 | 1016 | PUBLIC STORAGE | Nov 2017 rent - Unit 0946 - Per DE#379 | 2410-000 | | 363.82 | 22,144.60 |
| 10/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 44.49 | 22,100.11 |
| 11/15/17 | 1017 | PUBLIC STORAGE | DEC 2017 RENT - UNIT 0946 - Per DE#379 | 2410-000 | | 363.82 | 21,736.29 |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 4

| | | |
|---|---|---|
| **Case Number:** | 16-16068 PDR | |
| **Case Name:** | Dream Recovery International LLC | |
| **Taxpayer ID#:** | ******6802 | |
| **Period:** | 07/01/21 - 06/30/22 | |

| | |
|---|---|
| **Trustee:** | Chad S. Paiva |
| **Bank Name:** | Signature Bank |
| **Account:** | ******2798 - Checking |
| **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 41.03 | 21,695.26 |
| 12/18/17 | 1018 | PUBLIC STORAGE | JAN 2018 RENT - UNIT 0946 PER DE#379 | 2410-000 | | 363.82 | 21,331.44 |
| 12/29/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 38.94 | 21,292.50 |
| 01/23/18 | 1019 | PUBLIC STORAGE | FEB 2018 Rent - Unit 0946 per DE#379 | 2410-000 | | 363.82 | 20,928.68 |
| 01/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 43.29 | 20,885.39 |
| 02/21/18 | 1020 | PUBLIC STORAGE | MARCH 2018 RENT - UNIT 0946 PER DE#379 | 2410-000 | | 363.82 | 20,521.57 |
| 02/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 36.03 | 20,485.54 |
| 03/12/18 | Asset #5 | Blue Cross Blue Shield of Alabama | A/R Brandon Etheridge | 1121-000 | 1,700.00 | | 22,185.54 |
| 03/14/18 | 1021 | PUBLIC STORAGE | April 2018 rent - Unit 0946 Per DE#379 | 2410-000 | | 363.82 | 21,821.72 |
| 03/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 39.77 | 21,781.95 |
| 04/26/18 | 1022 | PUBLIC STORAGE | May 2018 rent - Unit 0946 Per DE#379 | 2410-000 | | 363.82 | 21,418.13 |
| 04/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 41.74 | 21,376.39 |
| 05/17/18 | 1023 | PUBLIC STORAGE | June 2018 rent - Unit 0946 Per DE#379 | 2410-000 | | 363.82 | 21,012.57 |
| 05/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 41.03 | 20,971.54 |
| 06/26/18 | Asset #5 | EMPIRE BLUECROSS BLUESHIELD | Per Order DE#341 Member name:  Terjee Kristiansen | 1121-000 | 2,500.00 | | 23,471.54 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/18 | Asset #5 | EMPIRE BLUECROSS BLUESHIELD | Per Order DE#341<br>Member Name:  Eliana Rocha | 1121-000 | 20,400.00 | | 43,871.54 |
| 06/26/18 | 1024 | PUBLIC STORAGE | July 2018 rent - Unit 0946 per DE#379 | 2410-000 | | 363.82 | 43,507.72 |
| 06/26/18 | 1025 | GREENSPOON MARDER, LLP | Contingent fee Per Order DE#341 | 3110-000 | | 7,632.57 | 35,875.15 |
| 06/26/18 | 1026 | GREENSPOON MARDER, LLP | Costs per Order DE#341 | 3120-000 | | 221.00 | 35,654.15 |
| 06/29/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 41.86 | 35,612.29 |
| 07/24/18 | 1027 | PUBLIC STORAGE | AUGUST 2018 Rent - Unit 0946 Per DE#346 | 2410-000 | | 422.98 | 35,189.31 |
| 07/24/18 | 1028 | Chad S. Paiva | Reimbursement for 7-2018 rent per Order DE#346 | 2420-000 | | 59.16 | 35,130.15 |
| 07/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 73.73 | 35,056.42 |
| 08/21/18 | 1029 | PUBLIC STORAGE | Sept 2018 Rent - Unit 0946 Per Order DE#346 | 2410-000 | | 422.98 | 34,633.44 |
| 08/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 66.91 | 34,566.53 |
| 09/20/18 | 1030 | PUBLIC STORAGE | Oct 2018 rent - Unit 0946 - Order DE#346 | 2410-000 | | 422.98 | 34,143.55 |
| 09/25/18 | Asset #5 | Medical Mutual | Per Order DE#352 | 1121-000 | 3,000.00 | | 37,143.55 |
| 09/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 60.22 | 37,083.33 |
| 10/04/18 | 1031 | Greenspoon Marder LLP | cont. fee per order DE#352 (special counsel) | 3110-000 | | 1,000.00 | 36,083.33 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Dream Recovery International LLC | Bank Name: | Signature Bank |
| | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/18 | 1032 | Greenspoon Marder LLP | expenses Per Order DE#352 (special counsel) | 3120-000 | | 221.00 | 35,862.33 |
| 10/25/18 | 1033 | PUBLIC STORAGE | Nov 2018 Rent - Unit 0948<br>Per Order DE#346 | 2410-000 | | 422.98 | 35,439.35 |
| 10/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 73.89 | 35,365.46 |
| 11/20/18 | 1034 | PUBLIC STORAGE | Dec 2018 rent - Unit 0946 -<br>Per Order DE#346 | 2410-000 | | 422.98 | 34,942.48 |
| 11/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 65.56 | 34,876.92 |
| 12/28/18 | 1035 | PUBLIC STORAGE | Per Order DE#346 - Unit 946 - Jan 2019 rent | 2410-000 | | 422.98 | 34,453.94 |
| 12/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 66.75 | 34,387.19 |
| 01/24/19 | 1036 | PUBLIC STORAGE | Unit 946 - Feb 2019 rent<br>Per Order DE#346 | 2410-000 | | 422.98 | 33,964.21 |
| 01/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 68.07 | 33,896.14 |
| 02/12/19 | Asset #35 | Michigan Commercial Insurance Mutual | refund 2016 workers compensation insurance | 1229-000 | 473.00 | | 34,369.14 |
| 02/28/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 59.10 | 34,310.04 |
| 03/04/19 | 1037 | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 422.98 | 33,887.06 |
| 03/29/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 60.73 | 33,826.33 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/19 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 417.36 | 33,408.97 |
| 04/24/19 | Asset #29 | Geneovese Joblove & Battista | DE#369 Order approving settlement between Trustee and Robert A. Bertsch.  Adv. 18-01174 | 1241-000 | 5,000.00 | | 38,408.97 |
| 04/30/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 67.88 | 38,341.09 |
| 05/01/19 | Asset #27 | 2386 Hempstead, Inc. | DE#376 Order approving settlement between Trustee and Scott Grodsky.  Adv. 18-01176. | 1241-000 | 15,000.00 | | 53,341.09 |
| 05/06/19 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 422.59 | 52,918.50 |
| 05/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 100.36 | 52,818.14 |
| 06/11/19 | Asset #5 | Medova Healthcare Financial | DE#378 Order entered approving settlement between Trustee and Medova for $9,000.00 (Account Receivable). | 1121-000 | 9,000.00 | | 61,818.14 |
| 06/11/19 | 1038 | Greenspoon Marder LLP | DE#378 - Order approving Medova settlement and payment of GM contingency fee and costs. ;      Voided on 06/11/2019 | | | 3,571.00 | 58,247.14 |
| 06/11/19 | | Greenspoon Marder LLP | DE#378 - Order approving                  571.00 Medova settlement and payment of GM contingency fee and costs. (special counsel) | 3220-000 | | | 58,247.14 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/11/19 | | Greenspoon Marder LLP | DE#378 - Order approving Medova settlement and payment of GM contingency fee and costs. (special counsel) | 3,000.00 | 3210-000 | | | 58,247.14 |
| 06/11/19 | 1038 | Greenspoon Marder LLP | DE#378 - Order approving Medova settlement and payment of GM contingency fee and costs. ;    Voided: Check issued on 06/11/2019 | | | | -3,571.00 | 61,818.14 |
| 06/11/19 | | Greenspoon Marder LLP | DE#378 - Order approving Medova settlement and payment of GM contingency fee and costs. (special counsel) | -571.00 | 3220-000 | | | 61,818.14 |
| 06/11/19 | | Greenspoon Marder LLP | DE#378 - Order approving Medova settlement and payment of GM contingency fee and costs. (special counsel) | -3,000.00 | 3210-000 | | | 61,818.14 |
| 06/12/19 | 1039 | Greenspoon Marder LLP | DE#378 Order approving Medova settlement and payment of contingency fee/costs to special counsel Greenspoon Marder | | | | 3,571.00 | 58,247.14 |
| 06/12/19 | | Greenspoon Marder LLP | DE#378 Order approving Medova settlement and payment of contingency fee/costs to special counsel Greenspoon Marder | 3,000.00 | 3210-000 | | | 58,247.14 |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 9

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/19 | | Greenspoon Marder LLP | DE#378 Order approving          571.00<br>Medova settlement and<br>payment of contingency<br>fee/costs to special counsel<br>Greenspoon Marder | 3220-000 | | | 58,247.14 |
| 06/12/19 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment.<br>Unit 946 per ECF#346 | 2410-000 | | 422.59 | 57,824.55 |
| 06/28/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 97.84 | 57,726.71 |
| 07/03/19 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment.<br>Unit 946 per ECF#346. | 2410-000 | | 466.34 | 57,260.37 |
| 07/13/19 | Asset #36 | Genovese Joblove & Battista, PA<br>Trust account | DE#382 Order approving settlement with<br>Charles Goldstein, Esq. and the Law Offices of<br>Charles Goldstein P.C. | 1241-000 | 50,000.00 | | 107,260.37 |
| 07/13/19 | Asset #32 | Genovese Joblove & Battista, PA<br>Trust account | DE#362 Order approving settlement between<br>Trustee and John Suprock, Laurie Suprock,<br>PCS Business Brokers LLC and PCS Advisors<br>LLC | 1241-000 | 72,916.62 | | 180,176.99 |
| 07/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 257.62 | 179,919.37 |
| 08/06/19 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment.<br>Unit 946 per ECF#346. | 2410-000 | | 466.34 | 179,453.03 |
| 08/10/19 | Asset #40 | Genovese Joblove & Battista, PA<br>Trust account | Trustee's settlement with Simply 180 LLC per<br>ECF#403 | 1241-000 | 7,500.00 | | 186,953.03 |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 10

| | | |
|---|---|---|
| **Case Number:** | 16-16068 PDR | |
| **Case Name:** | Dream Recovery International LLC | |
| **Taxpayer ID#:** | ******6802 | |
| **Period:** | 07/01/21 - 06/30/22 | |

| | |
|---|---|
| **Trustee:** | Chad S. Paiva |
| **Bank Name:** | Signature Bank |
| **Account:** | ******2798 - Checking |
| **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/19 | Asset #26 | Genovese Joblove & Battista, PA Trust account | DE#379 Order approving settlement between Trustee and Social Quotient. | 1241-000 | 25,000.00 | | 211,953.03 |
| 08/30/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 341.87 | 211,611.16 |
| 09/05/19 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 466.34 | 211,144.82 |
| 09/25/19 | Asset #32 | Genovese Joblove & Battista, PA Trust account | DE#362 Order approving settlement between Trustee and John Suprock, Laurie Suprock, PCS  Business Brokers LLC and PCS Advisors LLC<br>(Adv 18-01171) | 1241-000 | 10,833.32 | | 221,978.14 |
| 09/30/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 406.97 | 221,571.17 |
| 10/03/19 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 466.34 | 221,104.83 |
| 10/25/19 | Asset #32 | Genovese Joblove & Battista, PA Trust account | DE#362 Order approving settlement between Trustee and Suprock. (Adv 18-01171) | 1241-000 | 5,416.66 | | 226,521.49 |
| 10/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 450.98 | 226,070.51 |
| 11/05/19 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 466.34 | 225,604.17 |
| 11/14/19 | Asset #32 | Genovese Joblove & Battista, PA Trust account | DE#362 Order approving settlement between Trustee and Suprock et. al. (Adv 18-01171) | 1241-000 | 5,416.66 | | 231,020.83 |
| 11/29/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 408.46 | 230,612.37 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/19 | Asset #32 | Genovese Joblove & Battista, PA Trust account | DE#362 Order approving settlement between the Trustee and Suprock. (Adv 18-01171) | 1241-000 | 5,416.66 | | 236,029.03 |
| 12/04/19 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 466.34 | 235,562.69 |
| 12/31/19 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 463.79 | 235,098.90 |
| 01/07/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 465.50 | 234,633.40 |
| 01/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 447.33 | 234,186.07 |
| 02/04/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 465.50 | 233,720.57 |
| 02/28/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 402.42 | 233,318.15 |
| 03/03/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 465.50 | 232,852.65 |
| 03/05/20 | Asset #14 | Genovese Joblove & Battista, PA Trust account | DE#396 Order approving settlement between Trustee and Frankel, CB Harrison, Boca Palms, Bey and Bey Holdings.  (Adv 17-01417) | 1129-000 | 239,662.70 | | 472,515.35 |
| 03/17/20 | Asset #25 | Marilyn Lohan | DE#419 - Order approving settlement between Trustee and Marilyn Lohan. (Adv 18-01185) Payment to A/R Account #Lohan Dream Recovery; Payment #1 due 03/20/2020 | 1241-000 | 300.00 | | 472,815.35 |
| 03/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 797.31 | 472,018.04 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 465.50 | 471,552.54 |
| 05/01/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 869.81 | 470,682.73 |
| 05/03/20 | Asset #15 | Genovese Joblove & Battista, PA Trust account | DE#416 Amended Order approving settlement between Trustee and Deam Years/Youngswick parties  (Adv 18-01122) | 1129-000 | 10,000.00 | | 480,682.73 |
| 05/06/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 465.50 | 480,217.23 |
| 05/10/20 | Asset #28 | Anthony Moschetto | DE#409 Order approving settlement between Trustee and Moschetto.   (Adv 18-01175) | 1241-000 | 3,750.00 | | 483,967.23 |
| 05/16/20 | Asset #25 | Marilyn Lohan | DE#419 Order approving settlement between Trustee and Marilyn Lohan. (Adv 18-01185) Payment to A/R Account #Lohan Dream Recovery; Payment #2 due 04/20/2020 | 1241-000 | 300.00 | | 484,267.23 |
| 05/29/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 858.22 | 483,409.01 |
| 06/04/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 465.50 | 482,943.51 |
| 06/06/20 | Asset #28 | Anthony Moschetto | DE#409 Order approving settlement between Trustee and Anthony Moschetto. (Adv 18-01175) | 1241-000 | 3,750.00 | | 486,693.51 |
| 06/06/20 | Asset #25 | Marilyn Lohan | DE#419 - Order approving settlement between Trustee and Marilyn Lohan. (Adv 18-01185) Payment to A/R Account #Lohan Dream Recovery; Payment #3 due 05/20/2020 | 1241-000 | 300.00 | | 486,993.51 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 828.25 | 486,165.26 |
| 07/03/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 485,674.20 |
| 07/04/20 | Asset #25 | Marilyn Lohan | DE#419 Order approving settlement between Trustee and Marilyn Lohan. Payment to A/R Account #Lohan Dream Recovery; Payment #4 due 06/20/2020 | 1241-000 | 300.00 | | 485,974.20 |
| 07/16/20 | Asset #46 | Healing Group Consultants LLC | DE#430 Order approving settlement between Trustee and Healing Group. | 1241-000 | 3,500.00 | | 489,474.20 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 805.43 | 488,668.77 |
| 08/04/20 | Asset #25 | Marilyn Lohan | DE#419 Order approving settlement between Trustee and Marilyn Lohan. Payment to A/R Account #Lohan Dream Recovery; Payment #5 due 07/20/2020 | 1241-000 | 300.00 | | 488,968.77 |
| 08/04/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 488,477.71 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 806.83 | 487,670.88 |
| 09/03/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 487,179.82 |
| 09/09/20 | Asset #25 | Marilyn Lohan | DE#419 Order approving settlement between Trustee and Marilyn Lohan. Payment to A/R Account #Lohan Dream Recovery; Payment #6 due 08/20/2020 | 1241-000 | 300.00 | | 487,479.82 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 779.10 | 486,700.72 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Dream Recovery International LLC | Bank Name: | Signature Bank |
| | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/06/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 486,209.66 |
| 10/08/20 | Asset #25 | Marilyn Lohan | DE#419 Order approving settlement between Trustee and Marilyn Lohan.<br>Payment to A/R Account #Lohan Dream Recovery; Payment #7 due 09/20/2020 | 1241-000 | 300.00 | | 486,509.66 |
| 10/20/20 | 1040 | KapilaMukamal | DE#447 Order awarding interim fees and expenses to Kapila Mukamal | | | 36,165.47 | 450,344.19 |
| 10/20/20 | | KapilaMukamal | DE#447 Order awarding    35,000.00<br>interim fees and expenses to<br>Kapila Mukamal | 3410-000 | | | 450,344.19 |
| 10/20/20 | | KapilaMukamal | DE#447 Order awarding    1,165.47<br>interim fees and expenses to<br>Kapila Mukamal | 3420-000 | | | 450,344.19 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 771.76 | 449,572.43 |
| 11/04/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 449,081.37 |
| 11/08/20 | Asset #25 | Marilyn Lohan | DE#419 Order approving settlement between Trustee and Marilyn Lohan.<br>Payment to A/R Account #Lohan Dream Recovery; Payment #8 due 10/20/2020 | 1241-000 | 300.00 | | 449,381.37 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 742.31 | 448,639.06 |
| 12/04/20 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 448,148.00 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/08/20 | Asset #25 | Marilyn Lohan | DE#419 Order approving settlement between Trustee and Marilyn Lohan.<br>Payment to A/R Account #Lohan Dream Recovery; Payment #9 due 11/20/2020 | 1241-000 | 300.00 | | 448,448.00 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 740.62 | 447,707.38 |
| 01/05/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 447,216.32 |
| 01/21/21 | Asset #25 | Marilyn Lohan | DE#419 Order approving settlement between the Trustee and Marilyn Lohan<br>Payment to A/R Account #Lohan Dream Recovery; Payment #10 due 12/20/2020 | 1241-000 | 300.00 | | 447,516.32 |
| 01/21/21 | Asset #20 | Michael Lohan | Default Final Judgment (DE#106) in Paiva v. Calm Trust, Adv. 18-01137-PDR | 1129-000 | 667.00 | | 448,183.32 |
| 01/21/21 | Asset #20 | Michael Lohan | Default Final Judgment (DE#106) in Paiva v. Calm Trust, Adv. 18-01137-PDR | 1129-000 | 1,000.00 | | 449,183.32 |
| 01/21/21 | Asset #20 | Michael Lohan | Default Final Judgment (DE#106) in Paiva v. Calm Trust, Adv. 18-01137-PDR | 1129-000 | 1,000.00 | | 450,183.32 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 694.05 | 449,489.27 |
| 02/01/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 448,998.21 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 671.81 | 448,326.40 |
| 03/04/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 447,835.34 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 813.66 | 447,021.68 |
| 04/05/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 446,530.62 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 715.80 | 445,814.82 |
| 05/04/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 445,323.76 |
| 05/28/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 666.26 | 444,657.50 |
| 06/22/21 | 1041 | Genovese Joblove & Batista, P.A. | DE#471 Order awarding GJB interim fees in the amount of $200,000.00 and reimbursement of expenses in the amount of $33,008.01. | | | 233,008.01 | 211,649.49 |
| 06/22/21 | | Genovese Joblove & Batista, P.A. | DE#471 Order awarding GJB interim fees in the amount of $200,000.00 and reimbursement of expenses in the amount of $33,008.01.                   200,000.00 | 3210-000 | | | 211,649.49 |
| 06/22/21 | | Genovese Joblove & Batista, P.A. | DE#471 Order awarding GJB interim fees in the amount of $200,000.00 and reimbursement of expenses in the amount of $33,008.01.                   33,008.01 | 3220-000 | | | 211,649.49 |
| 06/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 783.23 | 210,866.26 |
| 07/01/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 491.06 | 210,375.20 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 209,814.92 |
| 07/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 348.91 | 209,466.01 |
| 08/03/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 208,905.73 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 357.26 | 208,548.47 |
| 09/03/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 207,988.19 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 333.44 | 207,654.75 |
| 10/05/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 207,094.47 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 321.01 | 206,773.46 |
| 11/03/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 206,213.18 |
| 11/18/21 | Asset #49 | James Coleman | DE#469 - Order approving settlement between Trustee and Coleman Group. Stipulation at DE#464. | 1241-000 | 2,500.00 | | 208,713.18 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 354.29 | 208,358.89 |
| 12/06/21 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 207,798.61 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/21 | Asset #49 | James Coleman | DE#469 - Order approving settlement between Trustee and Coleman Group.  Stipulation at DE#464. | 1241-000 | 2,500.00 | | 210,298.61 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 346.20 | 209,952.41 |
| 01/05/22 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 209,392.13 |
| 01/22/22 | Asset #49 | James Coleman | DE#469 Order approving settlement between Trustee and Coleman parties. | 1241-000 | 2,500.00 | | 211,892.13 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 347.87 | 211,544.26 |
| 02/04/22 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 210,983.98 |
| 02/16/22 | Asset #49 | James Coleman | DE#469 Order approving settlement between Trustee and Coleman parties. | 1241-000 | 2,500.00 | | 213,483.98 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 317.20 | 213,166.78 |
| 03/04/22 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 212,606.50 |
| 03/19/22 | Asset #49 | James Coleman | DE#469 Order approving settlement between Trustee and Coleman Group. | 1241-000 | 2,500.00 | | 215,106.50 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 353.43 | 214,753.07 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/05/22 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 214,192.79 |
| 04/18/22 | Asset #49 | James Coleman | DE#469 Order approving settlement between the Trustee and Coleman Group. | 1241-000 | 2,500.00 | | 216,692.79 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 325.69 | 216,367.10 |
| 05/03/22 | | PUBLIC STORAGE | Monthly auto debit for storage facility payment. Unit 946 per ECF#346. | 2410-000 | | 560.28 | 215,806.82 |
| 05/21/22 | Asset #49 | James Coleman | DE#469 Order approving settlement between the Trustee and Coleman Group. | 1241-000 | 2,500.00 | | 218,306.82 |
| 05/23/22 | 1042 | Chad S. Paiva | Reimbursement of expenses advanced for shredding of debtor's records, and removal and disposal of debtor's tangible personal property. See court order at DE#485 and Trustee's notice of filing at DE#510. | 2990-000 | | 1,725.95 | 216,580.87 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 351.29 | 216,229.58 |
| 06/18/22 | | Titan Asset Purchasing LLC | DE#512 Order granting motion to sell judgments free and clear of liens, claims and interests. | | 37,500.00 | | 253,729.58 |
| 06/18/22 | Asset #15 | | 3,869.99 | 1241-000 | | | 253,729.58 |
| 06/18/22 | Asset #20 | | 8,895.30 | 1241-000 | | | 253,729.58 |
| 06/18/22 | Asset #31 | | 17,681.46 | 1241-000 | | | 253,729.58 |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 20

| Case Number: | 16-16068 PDR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | Dream Recovery International LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2798 - Checking |
| Taxpayer ID#: | ******6802 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/22 | Asset #33 | | 2,268.22 | 1241-000 | | | 253,729.58 |
| 06/18/22 | Asset #37 | | 1,456.75 | 1241-000 | | | 253,729.58 |
| 06/18/22 | Asset #43 | | 1,560.13 | 1241-000 | | | 253,729.58 |
| 06/18/22 | Asset #45 | | 1,768.15 | 1241-000 | | | 253,729.58 |
| 06/22/22 | Asset #49 | James Coleman | DE#469 Order approving settlement between the Trustee and Coleman Group. | 1241-000 | 2,500.00 | | 256,229.58 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 370.74 | 255,858.84 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | **599,243.62** | **343,384.78** | **$255,858.84** |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | **599,243.62** | **343,384.78** | |
| | Less: Payment to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$599,243.62** | **$343,384.78** | |

| Net Receipts: | $599,243.62 |
|---|---|
| Less Other Noncompensable Items: | 645.54 |
| Net Estate: | $598,598.08 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2798** | **599,243.62** | **343,384.78** | **255,858.84** |
| | **$599,243.62** | **$343,384.78** | **$255,858.84** |